| | |
|---|---|
| James I. Stang (CA Bar No. 94435)<br>Brittany M. Michael *(Pro Hac Vice)*<br>Gail Greenwood (CA Bar No. 169939)<br>Gillian N. Brown (CA Bar No. 205132)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, Suite 3430<br>San Francisco, California 94104-4436<br>Telephone: 415-263-7000<br>Email: jstang@pszjlaw.com<br>       bmichael@pszjlaw.com<br>       ggreenwood@pszjlaw.com<br><br>Attorneys for the Official Committee of<br>Unsecured Creditors | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor. | Case No. 23-30564<br>Chapter 11<br><br><br><br>Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A**; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>    Defendants. | **STIPULATION TO EXTEND PAGE LIMITS ON BRIEFING RELATING TO MOTIONS TO DISMISS COMPLAINT**<br><br>[Related to Doc. Nos. 12-15 and 18]<br><br>[No Hearing per Local Procedures] |

4906-8440-6622.1 05068.002
SMRH:4919-0128-3419.2

Plaintiff the Official Committee of Unsecured Creditors of the Debtor (the "Committee"); Defendant Roman Catholic Archbishop of San Francisco (the "Debtor"); Defendant Parishes (the "Parishes"); Defendants Holy Cross Catholic Cemeteries, Saint Mary Magdalene Catholic Cemetery, Mt. Olivet Cemetery, Our Lady of Pillar Cemetery, and Tomales Catholic Cemetery (together, the "Cemeteries"); Defendants Archbishop Riordan High School, Marin Catholic High School, and Junipero Serra High School (together, the "Three High Schools"); Defendant Sacred Heart Cathedral Preparatory ("Sacred Heart"), and Defendant Vallombrosa Retreat Center ("Vallombrosa") by and through their counsel, stipulate as follows:

## RECITALS

**WHEREAS**, on August 21, 2023, the Debtor filed the above-captioned voluntary bankruptcy case under chapter 11 of Title 11 of the United States Code;

**WHEREAS** on September 1, 2023, the United States Trustee for Region 17 appointed the Committee to represent the Debtor's unsecured creditors;

**WHEREAS** on May 6, 2025, the Committee commenced the above-captioned adversary proceeding by filing and serving an *Adversary Complaint for Declaratory Relief* [Doc. No. 1];

**WHEREAS** on July 9, 2025, the Committee filed an *Amended Adversary Complaint for Declaratory Relief with Corrected Exhibit A* (the "Amended Complaint") [Doc. No. 10];

**WHEREAS** on July 21, 2025, the following motions to dismiss (collectively, "Motions to Dismiss") were filed in response to the Amended Complaint:

- the Cemeteries filed a motion to dismiss [Doc. No. 12];
- the Three High Schools filed a motion [Doc. No. 13];
- the Debtor filed a motion to dismiss [Doc. No. 14];
- the Parishes filed a motion to dismiss [Doc. No. 15];
- Sacred Heart filed a motion to dismiss [Doc. No. 18]; and
- Vallombrosa filed a joinder to the Motions to Dismiss [Doc No. __].

**WHEREAS** Bankruptcy Local Rule 9013-1(c) provides that the "initial and response memoranda of points and authorities shall not exceed 25 pages of text, and reply memorandum shall not exceed 15 pages of text. . .;" and

**WHEREAS,** the Bankruptcy Court has jurisdiction to approve this Stipulation and enter an order, in substantially the form appended hereto as Exhibit A, extending the page limits applicable to opposition briefs and reply briefs;

**NOW, THEREFORE**, the Parties hereby agree:

1. The recitals above are incorporated into and made a part of this Stipulation.

2. The Committee may file an omnibus response to the Motions to Dismiss not to exceed 40 pages (excluding tables of contents and tables of authorities).

3. Each of the Cemeteries, the Three High Schools, the Debtor, the Parishes, Sacred Heart, and Vallombrosa may file a separate reply to the omnibus response not to exceed 20 pages (excluding tables of contends and tables of authorities).

4. The Bankruptcy Court shall, to the fullest extent permitted by law, retain sole and exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Stipulation.

**IT IS SO STIPULATED:**

Date: August 13, 2025  **PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ Gail S. Greenwood
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Date: August 13, 2025  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Ori Katz
Ori Katz

-and-

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

By: /s/ Paul Pascuzzi
Paul Pascuzzi
*Counsel for The Roman Catholic Archbishop of San Francisco*

| | |
|---|---|
| Date: August 13, 2025 | **WOMBLE BOND DICKINSON**<br><br>By: */s/ Robert Charles*<br>Robert Charles<br>Katie Rios<br>*Counsel for the Parishes Listed on Exhibit A to the Amended Complaint* |
| Date: August 13, 2025 | **WILKE FLEURY**<br><br>By: */s/ Steven Williamson*<br>Steven Williamson<br>Daniel Egan<br>*Counsel for Catholic Cemeteries of the Archdiocese of San Francisco* |
| Date: August 13, 2025 | **BINDER MALTER HARRIS & ROME-BANKS LLP**<br><br>By: */s/ Julie Rome-Banks*<br>Julie Rome-Banks<br>*Counsel for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School* |
| Date: August 13, 2025 | **McDERMOTT WILL & SCHULTE LLP**<br><br>By: */s/ Lisa Linsky*<br>Lisa Linsky<br>*Counsel for Sacred Heart Cathedral Preparatory* |
| Date: August 13, 2025 | **NIESAR & VESTAL LLP**<br><br>By: */s/ Peter C. Califano*<br>Peter C. Califano<br>*Counsel for Vallombrosa Retreat Center* |

# EXHIBIT A

```
 1  James I. Stang (CA Bar No. 94435)
    Brittany M. Michael (Pro Hac Vice)
 2  Gail Greenwood (CA Bar No. 169939)
    PACHULSKI STANG ZIEHL & JONES LLP
 3  One Sansome Street, Suite 3430
    San Francisco, California 94104-4436
 4  Telephone: 415-263-7000
 5  Email:  jstang@pszjlaw.com
           bmichael@pszjlaw.com
 6         ggreenwood@pszjlaw.com
 7  Attorneys for the Official Committee of
    Unsecured Creditors
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11<br><br>Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A**; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND PAGE LIMITS ON BRIEFING RELATING TO MOTIONS TO DISMISS COMPLAINT**<br><br>**[Related to Doc. Nos. 12-15 and 18]**<br><br>[No Hearing per Local Procedures] |

The Court has reviewed the *Stipulation to Extend Page Limits on Briefing Relating to Motions to Dismiss Complaint (Related to Doc. Nos. 12-15 and 18)* [Doc. No. ____] (the "Stipulation");[1] the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED** that:

1. The Stipulation is APPROVED.

2. The Committee may file an omnibus response to the Motions to Dismiss not to exceed 40 pages (excluding tables of contents and tables of authorities).

3. Each of the Cemeteries, the Three High Schools, the Debtor, the Parishes, Sacred Heart, and Vallombrosa may file a separate reply to the omnibus response not to exceed 20 pages (excluding tables of contends and tables of authorities).

4. The Bankruptcy Court retains sole and exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

* * * END OF [PROPOSED] ORDER * * *

---

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.