

Entered on Docket
August 15, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

Signed and Filed: August 15, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
       bmichael@pszjlaw.com
       ggreenwood@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11<br><br>Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A**; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO EXTEND PAGE LIMITS ON BRIEFING RELATING TO MOTIONS TO DISMISS COMPLAINT**<br><br>[Related to Doc. Nos. 12-15 and 18]<br><br>[No Hearing per Local Procedures] |

The Court has reviewed the *Stipulation to Extend Page Limits on Briefing Relating to Motions to Dismiss Complaint (Related to Doc. Nos. 12-15 and 18)* [Doc. No. 27] (the "Stipulation");[1] the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED** that:

1. The Stipulation is APPROVED.

2. The Committee may file an omnibus response to the Motions to Dismiss not to exceed 40 pages (excluding tables of contents and tables of authorities).

3. Each of the Cemeteries, the Three High Schools, the Debtor, the Parishes, Sacred Heart, and Vallombrosa may file a separate reply to the omnibus response not to exceed 20 pages (excluding tables of contends and tables of authorities).

4. The Bankruptcy Court retains sole and exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\* \* \* END OF ORDER \* \* \***

---

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.