Jason D. Strabo (Bar No. 246426)
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206-
Telephone: (310) 277 4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

Darren Azman (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Cristopher W. Ray (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
cray@mwe.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br><br>**CHAPTER 11** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN EXHIBIT A; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Pro. 25-03021 (DM)<br><br><br>**NOTICE OF CHANGE OF LAW FIRM NAME** |

**PLEASE TAKE NOTICE** that, on August 1, 2025, the law firm of McDermott Will & Emery LLP, attorneys for Sacred Heart Cathedral Preparatory, combined with Schulte Roth & Zabel LLP to form MCDERMOTT WILL & SCHULTE LLP. All other contact information will remain the same.

Dated: August 16, 2025      By:    /s/ *Jason D. Strabo*

Jason D. Strabo (Bar No. 246426)
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Cris W. Ray (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
cray@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

# CERTIFICATE OF SERVICE

I certify that on August 16, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

*/s/ Jason D. Strabo*
Jason D. Strabo