1  Peter C. Califano (State Bar No. 129043)
   Meha Raja (State Bar No. 330407)
2  NIESAR & VESTAL LLP
   90 New Montgomery St., 9th Floor
3  San Francisco, CA 94105
   Telephone:(415) 882-5300
4  Facsimile: (415) 882-5400
   Email: pcalifano@nvlawllp.com
5  Email: mraja@nvlawllp.com

6
   Attorneys for Defendant
7  Vallombrosa Retreat Center

8

9                    UNITED STATES BANKRUPTCY COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13

14  THE ROMAN CATHOLIC ARCHBISHOP OF          Case No.: 23-30564
    SAN FRANCISCO,                            Chapter 11

15                                   Debtor.

16

17  THE OFFICAL COMMITTEE OF UNSECURED        Adv. Proc. 25-03021
    CREDITORS,

18                                            **NOTICE OF CHANGE OF ADDRESS**

19                                  Plaintiff,

20            v.

21  THE ROMAN CATHOLIC ARCHBISHOP OF
    SAN FRANCISCO, Parishes Listed in Exhibit A;

22  Holy Cross Catholic Cemeteries; Saint Mary
    Magdalene Catholic Cemetery; Mt. Olivet

23  Cemetery; Our Lady of Pillar Cemetery; Tomales
    Catholic Cemetery; Archbishop Riordan High

24  School; Sacred Heart Cathedral Preparatory; Marin
    Catholic High School; Junipero Serra High School;

25  Vallombrosa Retreat Center; and Serra Clergy

26  House,

27                                 Defendants.

28

                                  1

**PLEASE TAKE NOTICE** that the current and correct contact information for Peter Califano, counsel for defendant Vallombrosa Retreat Center, is as follows:

> Peter Califano
> Niesar and Vestal, LLP
> 90 New Montgomery Street, 9th Floor
> San Francisco, CA 94105
> Telephone:(415) 882-5300
> Facsimile: (415) 882-5400
> Email: pcalifano@nvlawllp.com

DATED:  August 19, 2025                    NIESAR & VESTAL LLP

*/s/ Peter C. Califano*
Peter C. Califano
Attorneys for Vallombrosa Retreat Center

2

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on August 19, 2025, I electronically filed the foregoing Notice of

3   Change of Address with the Clerk of the Court by using the CM/ECF system, which will send a

4   notice of electronic filing to all CM/ECF participants.

5

6                                                  */s/ Katharine Butler*
                                                     Katharine Butler

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3