1  James I. Stang (CA Bar No. 94435)
   Brittany M. Michael *(Pro Hac Vice)*
2  Gail Greenwood (CA Bar No. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Sansome Street, Suite 3430
   San Francisco, California 94104-4436
4  Telephone: 415-263-7000
5  Email:  jstang@pszjlaw.com
           bmichael@pszjlaw.com
6          ggreenwood@pszjlaw.com

7  Attorneys for the Official Committee of
   Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11<br><br>Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A**; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AUTHORITY TO COMMENCE, PROSECUTE, AND SETTLE LITIGATION AGAINST DIOCESAN AFFILIATES ON BEHALF OF THE BANKRUPTCY ESTATE**<br><br>[No Hearing Required unless requested pursuant to Local Bankruptcy Rule 9014-1(b)(3)] |

The Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Archdiocese" or "Debtor") hereby moves (the "Motion") for court authority to commence, prosecute, and settle an adversary proceeding against the Archdiocese, its parishes and related parochial schools (the "Parishes"), six cemeteries (the "Cemeteries"), four high schools (the "High Schools"), a retreat center, and a clergy house. The adversary proceeding will establish that the latter defendants are not separate legal entities and are merely operating divisions of the Debtor whose assets are property of the estate.

The Committee brings this Motion pursuant to the Court's *Order Regarding Future Conduct of Adversary Proceeding* entered September 4, 2025 [Docket No. 44] (the "September 4 Order"), and Bankruptcy Code sections 105(a), 1103(c), and 1109(b). The Committee proposes to file an amended complaint (the "Second Amended Complaint") substantially in the form of Exhibit A and requests entry of an order substantially in the form of Exhibit B confirming the Committee's standing to pursue the Second Amended Complaint.

The Second Amended Complaint sets forth two causes of action for declaratory relief based on an actual and justiciable controversy between the Committee and the defendants. The Archdiocese flatly denies that the division defendants are part of the bankruptcy and, contrary to available facts described by the Committee, asserts that the division defendants are separate unincorporated associations under California law. The Committee on behalf of creditors, including hundreds of survivors of child sexual abuse, seeks a declaratory judgment establishing the scope of the estate – i.e., who is the debtor and what are its assets? This fundamental question impacts next steps in the bankruptcy case, including for example, the Committee's ability to obtain updated and amended schedules and operating reports by the Archdiocese, to establish the value of estate property subject to any plan of reorganization and satisfaction of confirmation requirements under Bankruptcy Code section 1129, and to determine the scope of any discharge under Bankruptcy Code section 524. Additional examples are identified in the Second Amended, while the causes of action asserted in the original complaint remain unchanged.

This Motion is supported by the accompanying Notice and Opportunity for Hearing, the Memorandum of Points and Authorities and exhibits thereto, the pleadings on file in this adversary proceeding, and any other evidence properly before the Court.

Dated: September 11, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Gail S. Greenwood
James I. Stang
Brittany M. Michael
Gail S. Greenwood

Attorneys for the Official Committee of Unsecured Creditors

4921-7510-5896.1 05068.002                    2