Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
       mkutsuris@ffwplaw.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Bishop of San Francisco,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| The Official Committee of Unsecured Creditors,<br><br>    Plaintiff,<br><br>v.<br><br>The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,<br><br>    Defendants. | Adv No. 25-03021<br><br>**REQUEST FOR SPECIAL NOTICE** |

    PLEASE TAKE NOTICE that the undersigned attorneys hereby request notice of all matters filed in the above-titled action. Counsel does not hereby enter a general appearance or consent to this Court's jurisdiction. Further, Counsel does not waive any arguments, including

regarding this Court's jurisdiction, and specifically reserves any such arguments. All such notices should be directed to:

Paul J. Pascuzzi<br>
Mikayla E. Kutsuris<br>
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP<br>
500 Capitol Mall, Suite 2250<br>
Sacramento, CA 95814<br>
Tel: (916) 329-7400<br>
Fax: (916) 329-7435<br>
e-mail: ppascuzzi@ffwplaw.com<br>
e-mail: mkutsuris@ffwplaw.com

Dated: September 15, 2025  FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Mikayla E Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco