The Official Committee Of Unsecured Cred,

    Plaintiff

Adv. Proc. No. 25-03021-DM

The Roman Catholic Archbishop of San Fra,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 2

Date Rcvd: Sep 17, 2025      Form ID: TRANSAP      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

**Recip ID     Recipient Name and Address**
+      JAMES I. STANG, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067-4114

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

**Name      Email Address**

Brittany Mitchell Michael
     on behalf of Plaintiff The Official Committee Of Unsecured Creditors bmichael@pszjlaw.com

Daniel Lloyd Egan
     on behalf of Defendant Holy Cross Catholic Cemeteries degan@wilkefleury.com

Gail S. Greenwood
     on behalf of Plaintiff The Official Committee Of Unsecured Creditors ggreenwood@pszjlaw.com  rrosales@pszjlaw.com

James I. Stang
     on behalf of Plaintiff The Official Committee Of Unsecured Creditors jstang@pszjlaw.com

Jason D. Strabo
     on behalf of Defendant Sacred Heart Cathedral Preparatory jstrabo@mwe.com  dnorthrop@mwe.com

Jeannie Kim

    on behalf of Defendant The Roman Catholic Archbishop of San Francisco jekim@sheppardmullin.com
    dgatmen@sheppardmullin.com

Julie H. Rome-Banks
    on behalf of Defendant Archbishop Riordan High School julie@bindermalter.com

Kathleen Mary Derrig Rios
    on behalf of Defendant All Hallows Chapel Katie.Rios@wbd-us.com

Ori Katz
    on behalf of Defendant The Roman Catholic Archbishop of San Francisco okatz@sheppardmullin.com
    LSegura@sheppardmullin.com

Paul J. Pascuzzi
    on behalf of Defendant The Roman Catholic Archbishop of San Francisco ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Peter C. Califano
    on behalf of Defendant Vallombrosa Retreat Center pcalifano@nvlawllp.com

Robert M Charles, Jr
    on behalf of Defendant All Hallows Chapel Robert.Charles@wbd-us.com

TOTAL: 12

Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>The Roman Catholic Archbishop of San Francisco<br>Debtor(s) | Case No.: 23−30564<br>Chapter: 11 |
| Plaintiff(s)<br>The Official Committee Of Unsecured Creditors | Adversary Proceeding No. 25−03021 |
| vs. | |
| The Roman Catholic Archbishop of San Francisco et al.<br>Defendant(s) | |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on September 4, 2025 was filed on Wednesday, September 17, 2025. The following deadlines apply:

The parties have Wednesday, September 24, 2025 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, October 8, 2025.

If a request for redaction is filed, the redacted transcript is due Monday, October 20, 2025.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, December 16, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 9/19/25

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court