Peter C. Califano (State Bar No. 129043)
Meha Raja (State Bar No. 330407)
NIESAR & VESTAL LLP
90 New Montgomery St., 9th Floor
San Francisco, CA 94105
Telephone:(415) 882-5300
Facsimile: (415) 882-5400
Email: pcalifano@nvlawllp.com
Email: mraja@nvlawllp.com

Attorneys for Defendant
Vallombrosa Retreat Center

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>                  Debtor. | Case No.: 23-30564<br>Chapter 11 |
| THE OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                  Plaintiff,<br><br>      v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,<br><br>                  Defendants. | Adv. Proc. 25-03021<br><br>**VALLOMBROSA RETREAT CENTER'S ANSWER TO SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF** |

Non-Debtor entity Vallombrosa Retreat Center ("Vallombrosa"), by and through its attorneys, Niesar & Vestal LLP, and by way of answer to the Second Amended Complaint for Declaratory Relief (the "SAC") filed by the Official Committee of Unsecured Creditors (the "Committee"), hereby states and alleges as set forth below. In addition, pursuant to Fed. R. Bankr. P. 7013(b), Fed. R. Civ. P. 12(b)-(i), and B.L.R. 7012-1, Bankruptcy Local Rule 7012-1, Vallombrosa does not consent to entry of final orders and/or a final judgment by this Court in this adversary proceeding.

## INTRODUCTION

1. Vallombrosa lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the SAC and therefore on that basis denies said allegations.

2. Vallombrosa admits the allegations contained in the first sentence of Paragraph 2 of the SAC. Vallombrosa denies all other allegations contained in Paragraph 2 of the SAC.

3. Vallombrosa lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the SAC and therefore on that basis denies said allegations.

## NATURE OF THE ACTION

4. Vallombrosa denies the allegations contained Paragraph 4 of the SAC.

5. Vallombrosa denies the allegations contained Paragraph 5 of the SAC.

6. Vallombrosa lacks knowledge or information sufficient to form a belief as to truth of the allegations set forth in Paragraph 6 of the SAC and therefore on that basis denies said allegations.

7. Vallombrosa admits that it is an unincorporated association, but denies all other allegations in Paragraph 7 of the SAC, except that Vallombrosa admits that its real property is titled to the Roman Catholic Archbishop of San Francisco (incorrectly defined in the SAC as the "Archdiocese") and held in trust for Vallombrosa's benefit.

8. Vallombrosa denies the allegations contained in Paragraph 8 of the SAC.

## JURISDICTION & VENUE

9. Vallombrosa lacks knowledge or information sufficient to form a belief as to truth of the allegations set forth in Paragraph 9 of the SAC and therefore on that basis denies said allegations.

10. Vallombrosa lacks knowledge or information sufficient to form a belief as to truth of the allegations set forth in Paragraph 10 of the SAC and therefore on that basis denies said allegations.

11. Vallombrosa lacks knowledge or information sufficient to form a belief as to truth of the allegations set forth in Paragraph 11 of the SAC and therefore on that basis denies said allegations.

12. Vallombrosa does not consent to entry of final orders and/or a final judgment by this Court in this adversary proceeding.

## THE PARTIES

13. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 of the SAC and therefore denies such allegations on that basis.

14. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the SAC and therefore denies such allegations on that basis.

15. Vallombrosa admits that Exhibit A contains a list of various parishes and schools which the Committee alleges as co-defendants. Vallombrosa lacks the knowledge and information sufficient to form a belief as to the remaining allegations contained in Paragraph 15 of the SAC and therefore denies such allegations on that basis.

16. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of the SAC and therefore denies such allegations on that basis.

///

17. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the SAC and therefore denies such allegations on that basis.

18. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the SAC and therefore denies such allegations on that basis.

19. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the SAC and therefore denies such allegations on that basis.

20. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the SAC and therefore denies such allegations on that basis.

21. Vallombrosa admits the allegations of Paragraph 21 of the SAC.

22. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of the SAC and therefore denies such allegations on that basis.

## FACTUAL BACKGROUND

**The Archdiocese**

23. Vallombrosa admits the allegations of Paragraph 23 of the SAC.

24. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of the SAC and therefore denies such allegations on that basis.

25. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of the SAC and therefore denies such allegations on that basis.

26. Vallombrosa admits that the Archdiocese (as defined by the Committee) is a corporation sole. However, Vallombrosa lacks the knowledge or information sufficient to form

a belief as to the truth of the remaining allegations set forth in Paragraph 26 of the SAC and therefore denies such allegations on that basis.

27. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of Paragraph 27 of the SAC. Vallombrosa admits that it is a California unincorporated association and as such is not required to register with the California Secretary of State. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 27 of the SAC and therefore denies such allegations on that basis.

28. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 28 of the SAC and therefore denies such allegations on that basis.

29. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 29 of the SAC and therefore denies such allegations on that basis.

30. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 30 of the SAC and therefore denies such allegations on that basis.

31. Vallombrosa admits that it is an unincorporated association. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 31 of the SAC and therefore denies such allegations on that basis.

32. Vallombrosa denies the allegations set forth in Paragraph 32 of the SAC.

33. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 of the SAC and therefore denies such allegations on that basis.

34. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 34 of the SAC and therefore denies such allegations on that basis.

35. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of the SAC and therefore denies such allegations on that basis.

36. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 of the SAC and therefore denies such allegations on that basis.

37. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 37 of the SAC and therefore denies such allegations on that basis.

38. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 38 of the SAC and therefore denies such allegations on that basis.

39. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 39 of the SAC and therefore denies such allegations on that basis.

**The Parishes**

40. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 40 of the SAC and therefore denies such allegations on that basis.

41. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41 of the SAC and therefore denies such allegations on that basis.

42. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 of the SAC and therefore denies such allegations on that basis.

43. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 of the SAC and therefore denies such allegations on that basis.

44. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 of the SAC and therefore denies such allegations on that basis.

45. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 of the SAC and therefore denies such allegations on that basis.

46. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 of the SAC and therefore denies such allegations on that basis.

47. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 47 of the SAC and therefore denies such allegations on that basis.

48. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 48 of the SAC and therefore denies such allegations on that basis.

49. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 49 of the SAC and therefore denies such allegations on that basis.

50. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 50 of the SAC and therefore denies such allegations on that basis.

51. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 51 of the SAC and therefore denies such allegations on that basis.

**The Catholic High Schools**

52. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 52 of the SAC and therefore denies such allegations on that basis.

53. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 53 of the SAC and therefore denies such allegations on that basis.

54. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 54 of the SAC and therefore denies such allegations on that basis.

55. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 55 of the SAC and therefore denies such allegations on that basis.

56. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 of the SAC and therefore denies such allegations on that basis.

57. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 57 of the SAC and therefore denies such allegations on that basis.

58. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 58 of the SAC and therefore denies such allegations on that basis.

59. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 59 of the SAC and therefore denies such allegations on that basis.

**The Cemeteries**

60. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 60 of the SAC and therefore denies such allegations on that basis.

61. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 61 of the SAC and therefore denies such allegations on that basis.

62. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 62 of the SAC and therefore denies such allegations on that basis.

63. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 63 of the SAC and therefore denies such allegations on that basis.

64. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 of the SAC and therefore denies such allegations on that basis.

65. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 65 of the SAC and therefore denies such allegations on that basis.

**Vallombrosa Retreat Center**

66. Vallombrosa denies the allegations set forth in Paragraph 66 of the SAC.

67. Vallombrosa admits the allegation in Paragraph 67 of the SAC that Archdiocese holds title to real property for the Vallombrosa Retreat Center and that the Archdiocese holds the title in trust for the benefit of Vallombrosa. Vallombrosa denies all other remaining allegations in Paragraph 67 of the SAC.

68. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 68 of the SAC and therefore denies such allegations on that basis.

69. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 69 of the SAC and therefore denies such allegations on that basis.

70. Vallombrosa lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 70 of the SAC and denies such allegations on that basis.

71. Vallombrosa denies the allegations set forth in Paragraph 71 of the SAC.

72. In responding to paragraph 72 of the SAC, Vallombrosa states that the Archdiocese's pleadings speak for themselves. Vallombrosa lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 72 and denies such allegations on that basis.

**Serra Clergy House**

73. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 73 of the SAC and therefore denies such allegations on that basis.

74. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 74 of the SAC and therefore denies such allegations on that basis.

75. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 75 of the SAC and therefore denies such allegations on that basis.

76. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 76 of the SAC and therefore denies such allegations on that basis.

**First Claim for Relief**

77. In response to Paragraph 77 of the SAC, Vallombrosa realleges its responses to all preceding paragraphs of the SAC and incorporates them herein.

78. In response to Paragraph 78 of the SAC, Vallombrosa states that the cited declaration of Joseph J. Passarello speaks for itself. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the remaining allegations set forth in Paragraph 78 of the SAC and therefore denies such allegations on that basis.

79. Vallombrosa contends that, as an unincorporated association, it is a legal entity separate from the Archdiocese under California law. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the remaining allegations set forth in Paragraph 79 of the SAC and therefore denies such allegations on that basis.

80. Paragraph 80 is a prayer for relief based on legal conclusions to which no response is required. To the extent a response is required, the allegations of paragraph 80 are denied as to Vallombrosa. To the extent that the allegations characterize Vallombrosa as an operating division of the Archdiocese, Vallombrosa denies that it is an operating division of the Archdiocese and states that it is an unincorporated association pursuant to California law.

## Second Claim for Relief

81. In response to Paragraph 81 of the SAC, Vallombrosa realleges its responses to all preceding paragraphs of the SAC and incorporates them herein.

82. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 82 of the SAC and therefore denies such allegations on that basis.

83. In response to Paragraph 83 of the SAC, Vallombrosa states that the cited Statement of Methodology Regarding the Archdiocese's Schedules of Assets and Liabilities and Statement of Financial Affairs speaks for itself. Vallombrosa lacks the knowledge or information sufficient to form a belief as to the remaining allegations set forth in Paragraph 83 of the SAC and therefore denies such allegations on that basis.

84. Paragraph 84 is a legal conclusion to which no response is required. To the extent a response is required, the allegations of paragraph 84 are denied as to Vallombrosa.

85. Vallombrosa denies the allegations set forth in the first sentence of Paragraph 85 of the SAC. The second sentence of Paragraph 85 of the SAC is a legal contention or conclusion that does not require a response. To the extent a response is required, the allegations of paragraph 85 are denied as to Vallombrosa.

86. Paragraph 86 is a prayer for relief based on legal conclusions to which no response is required. To the extent a response is required, the allegations of paragraph 86 are denied as to Vallombrosa. To the extent that the allegations characterize Vallombrosa as an operating division of the Archdiocese, Vallombrosa denies that it is an operating division of the Archdiocese and states that it is an unincorporated association pursuant to California law.

# AFFIRMATIVE DEFENSES

FURTHER, AS SEPARATE AFFIRMATIVE DEFENSES to each and every cause of action of the SAC, Vallombrosa is informed and believes, and on such information and belief alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The relief sought is barred, in whole or in part, to the extent the SAC fails to state a cause of action against Vallombrosa upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

The relief sought is barred, in whole or in part, by applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE
### (Lack of Case or Controversy—Canon Law)

Declaratory relief is not available as there is no justiciable case or controversy. The independent legal existence of non-debtor entities and ownership of real property related thereto is not reasonably under dispute in canon law.

### FOURTH AFFIRMATIVE DEFENSE
### (No Right of Action)

Declaratory relief is not available as requested by the Committee, as the relief sought violates the non-debtor entity Vallombrosa's rights of free expression, assembly, and religion as guaranteed by the First Amendment of the United States Constitution.

### FIFTH AFFIRMATIVE DEFENSE
### (Unincorporated Association)

Vallombrosa is an unincorporated association under California law and therefore is not an operating division of the Archdiocese.

### SIXTH AFFIRMATIVE DEFENSE
### (Uncertainty)

The Committee's claims are barred, in whole or in part, because it cannot be ascertained from the SAC the basis of any of the allegations stated therein, including in particular that the Archdiocese does not hold Vallombrosa's real property and assets in trust for Vallombrosa's benefit.

### SEVENTH AFFIRMATIVE DEFENSE
### (Improper Debtor)

The relief that the Committee is seeking is precluded by 11 USC Section 303(a).

### EIGHTH AFFIRMATIVE DEFENSE
### (Express Trust)

Vallombrosa's real property is titled to another but it is held for the benefit of Vallombrosa.

### NINTH AFFIRMATIVE DEFENSE
### (Joinder to Other Defenses)

Vallombrosa joins in the affirmative defenses included in the Answers of the other Defendants in this Adversary Proceeding, including applicable affirmative defenses.

### TENTH AFFIRMATIVE DEFENSE
### (Further Defenses)

Vallombrosa reserves its right to assert additional defenses upon further discovery of the Committee's claims and other defenses during the course of this Adversary Proceeding.

### PRAYER

WHEREFORE, Vallombrosa prays for judgment as follows:

1) That the Committee take nothing by way of its SAC;

2) That Vallombrosa be awarded costs of suit incurred herein, including reasonable attorneys' fees, as permitted by law; and

3) For such other and further relief as the Court deems just and proper.

DATED: October 1, 2025         Niesar & Vestal LLP

*/s/ Peter C. Califano*
Peter C. Califano
Attorneys for Vallombrosa Retreat Center

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I electronically filed the foregoing Vallombrosa Retreat Center's Answer to Second Amended Complaint for Declaratory Relief with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. LBRs 7017-1 and 9013-3.

                                              */s/ Meha M. Raja*
                                               Meha Raja