Jason D. Strabo (State Bar No. 246426)
**McDermott Will & Schulte LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206-
Telephone: (310) 277 4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

Darren Azman (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Cristopher W. Ray (admitted *pro hac vice*)
**McDermott Will & Schulte LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
cray@mwe.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No.: 23-30564<br>**CHAPTER 11** |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN EXHIBIT A; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Pro. 25-03021 (DM)<br><br>**DEFENDANT SACRED HEART CATHEDRAL PREPARATORY'S JOINDER IN OBJECTIONS OF DEBTOR AND PARISHES TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AUTHORITY TO COMMENCE, PROSECUTE, AND SETTLE LITIGATION AGAINST DIOCESAN AFFILIATES ON BEHALF OF BANKRUPTCY ESTATE**<br><br>Judge: Hon. Dennis Montali<br>Date: TBD<br>Time: TBD<br>Place: Zoom.Gov |

In opposition to *The Official Committee of Unsecure Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate* and the accompanying memorandum of law [Docket Nos. 50, 51] (the "Motion"), Defendant Sacred Heart Cathedral Preparatory ("Sacred Heart Cathedral") hereby joins in *The Roman Catholic Archbishop of San Francisco's Objection to the Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate* [Docket No. 67] (the "Debtor's Opposition") and *The Parishes' Joinder and Response to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate* [Docket No. 68] (the "Parishes' Joinder and Opposition").

## CONCLUSION

For the reasons set forth in the Debtor's Opposition and the Parishes' Joinder and Opposition, Sacred Heart Cathedral respectfully requests that this Court deny the Motion and dismiss the *Second Amended Complaint for Declaratory Relief* [Docket No. 53].

Dated: October 6, 2025

By: /s/ Jason D. Strabo
Jason D. Strabo (State Bar No. 246426)
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277 4110
Facsimile: (310) 277-4730
jstrabo@mwe.com

- and -

Darren Azman (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Cristopher W. Ray (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
llinsky@mwe.com
cray@mwe.com

*Attorneys for Sacred Heart Cathedral Preparatory*

Case: 25-03021    Doc# 69    Filed: 10/06/25    Entered: 10/06/25 13:58:09    Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of California.

                                                */s/ Jason D. Strabo*
                                                Jason D. Strabo