| | |
|---|---|
| WILKE FLEURY LLP<br>DANIEL L. EGAN (SBN 142631)<br>degan@wilkefleury.com<br>STEVE WILLIAMSON (SBN 238869)<br>swilliamson@wilkefleury.com<br>MUSTAFA R. KARIM (SBN 351030)<br>mkarim@wilkefleury.com<br>621 Capitol Mall, Suite 900<br>Sacramento, California 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br><br>Attorneys for Defendants CATHOLIC CEMETERIES OF THE ARCHDIOCESE OF SAN FRANCISCO | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN EXHIBIT A; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL, JUNIPERO SERRA HIGH SCHOOL, VALLOMBROSA RETREAT CENTER; and SERRA CLERGY HOUSE,<br><br>    Defendants. | Adv. Proc. 25-03021<br><br>**JOINDER IN OBJECTIONS OF DEBTOR AND PARISHES TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION FOR AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE LITIGATION AGAINST DIOCESAN AFFILIATES ON BEHALF OF BANKRUPTCY ESTATE** |

Defendants CATHOLIC CEMETERIES OF THE ARCHDIOCESE OF SAN FRANCISCO hereby join in the Objections of the Debtor (Dkt No. 67) and Joinder and Response of the Parishes (Dkt No. 68) filed in opposition to the Motion of the Official Committee of Unsecured Creditors for Authority to Commence, Prosecute and Settle Litigation (Dkt No. 50).

DATED: October 7, 2025          WILKE FLEURY LLP

By: /s/ Steve Williamson
          STEVE WILLIAMSON
Attorneys for CATHOLIC CEMETERIES OF
THE ARCHDIOCESE OF SAN FRANCISCO