Peter C. Califano (State Bar No. 129043)
Meha Raja (State Bar No. 330407)
NIESAR & VESTAL LLP
90 New Montgomery St., 9th Floor
San Francisco, CA 94105
Telephone:(415) 882-5300
Facsimile: (415) 882-5400
Email: pcalifano@nvlawllp.com
Email: mraja@nvlawllp.com

Attorneys for Defendant
Vallombrosa Retreat Center

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>　　　　　　　　　　　　Debtor. | Case No.: 23-30564<br>Chapter 11 |
| THE OFFICAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,<br><br>　　　　　　　　　　　　Defendants. | Adv. Proc. 25-03021<br><br>**JOINDER IN OBJECTIONS OF DEBTOR AND PARISHES TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION FOR AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE LITIGATION AGAINST DIOCESAN AFFILIATES ON BEHALF OF A BANKRUPTCY ESTATE**<br><br>Date:　TBD<br>Time:　TBD<br>Place: Zoom.gov<br>Judge: Hon. Dennis Montali |

Defendant VALLOMBROSA RETREAT CENTER hereby joins in the Objection of The Debtor Roman Catholic Archbishop of San Francisco (Doc No 67) and Joinder and Response of the Parishes (Doc No 68), both filed in opposition to the Motion of the Official Committee of Unsecured Creditors for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate (Doc No 50).

DATED: October 7, 2025     NIESAR & VESTAL LLP

*/s/ Peter C. Califano*
Peter C. Califano
Attorneys for Vallombrosa Retreat Center

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed the foregoing Notice of Joinder with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. LBRs 7017-1 and 9013-3.

*/s/ Katharine Butler*
Katharine Butler