Robert M. Charles, Jr. (*pro hac vice*)
Robert.Charles@wbd-us.com
Katie Rios (*pro hac vice*)
Katie.Rios@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Tel:  520.629.4427

Attorneys for Parishes of the Roman Catholic
Archdiocese of San Francisco

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; et al,<br><br>Defendants. | Adv. Proc. 25-03021<br><br>**The Parishes' Submission Of Proposed Discovery Plan And Scheduling Order**<br><br>Hearing:  October 23, 2025<br>Time:     1:30 p.m.<br>Judge:    Hon. Dennis Montali |

The Parishes of the Roman Catholic Archbishop of San Francisco hereby submit their proposed:

- Discovery Plan (Exhibit 1); and
- Trial Scheduling Order (Exhibit 2).

The proposed Discovery Plan is redlined to show the change proposed against the proposal made by the Committee. The issue requires a couple of sentences of explanation.

This adversary proceeding seeks a declaration that the 88 Parishes, which have existed for decades and more, do not exist. The complaint was filed after two years of formal and informal Rule 2004 discovery by the Committee from at least, to our knowledge:

4901-8535-8952.1

SUBMISSION OF PROPOSED DISCOVERY PLAN

Case: 25-03021   Doc# 78   Filed: 10/16/25   Entered: 10/16/25 17:11:56   Page 1 of 5

- Debtor, The Roman Catholic Archbishop of San Francisco, The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation (ECF 633);
- Aprio, LLP (ECF 858);
- Baker Tilly US, LLP (ECF 853); and
- Burr Pilger Meyer, Inc. (ECF 504).

Counsel for the Parishes does not have copies of any of the documents produced by anyone in Rule 2004.

Counsel for the Parishes is informed that the Committee has obtained, at least, as relevant to the Parishes:

- All of the documents referenced in the complaint;
- 10 years of Parish financial information maintained by the Archdiocese;
- "Audits" of the Archdiocese and at least some Parishes' financial information;
- Detailed information about Parish real and personal property assets;
- Insurance policies concerning Parish property and persons who work at the Parishes; and
- Archdiocese policies applicable to Parishes;
- Acquisition and disposition of Parish property; and
- Transactions between the Archdiocese and Parishes including Parish contributions to the Archdiocese.

The Parishes simply request access to the documents produced in Rule 2004 discovery in electronic form. The Parishes agree to limit the access via password, and to exclusion of documents that a producing party, such as Debtor, asserts should be off limits.

The assurance that

> "The Parties will work cooperatively to produce documents electronically. The Debtor and other Defendants are willing to work cooperatively but all Defendants have concerns about significant litigation expense and burden that may arise from electronic document production, storage, and access."

4901-8535-8952.1
- 2 -
SUBMISSION OF PROPOSED DISCOVERY PLAN
25-03021
Case: 25-03021    Doc# 78    Filed: 10/16/25    Entered: 10/16/25 17:11:56    Page 2 of 5

4901-8535-8952, v. 1

is warm, welcome, and entirely meaningless if the Committee or Debtor decline to allow the Parishes electronic access to information.

The Defendants' proposed discovery plan timing is ambitious if the Parishes do not have to play "go fish." Without prompt access to the information already produced in an accessible electronic form, the Parishes believe they need to add at least 90 days to the discovery schedule.

Accordingly, the Parishes respectfully request that these concerns be accommodated by agreement. Of course, counsel was and is prepared to negotiate any concerns immediately.

Dated: October 16, 2025                              WOMBLE BOND DICKINSON (US) LLP

                                                                                   By: */s/ Robert M. Charles, Jr.*
                                                                                       Robert M. Charles, Jr.
                                                                                       Katie Rios
                                                                                 *Attorneys for Parishes of the Roman Catholic Archdiocese of San Francisco*

Case: 25-03021    Doc# 78    Filed: 10/16/25    Entered: 10/16/25 17:11:56    Page 3 of 5

4901-8535-8952, v. 1

<u>Certificate of Service</u>

I, Robert M. Charles, Jr., declare:

I am employed by Womble Bond Dickinson (US) LLP in Pima County, Arizona. I am over the age of 18 years and not a party to the within entitled cause. My business address is One South Church Avenue, Suite 2000, Tucson, AZ 85701.

On October 16, 2025, I served a true and correct copy of the foregoing document

IN THE MANNER STATED BELOW:

SERVED VIA CM/ECF

| | |
|---|---|
| Attorneys for Creditors Committee<br>Pachulski, Stang, Ziehl & Jones LLP<br>James I. Stang, Esq.<br>Email: jstang@pszjlaw.com<br>Brittany Mitchell Michael, Esq<br>Email: bmichael@pszjlaw.com<br>Michael L. Cohen, Esq.<br>mcohen@pszjlaw.com<br>Gail S. Greenwood, Esq.<br>Email: ggreenwood@pszjlaw.com | Attorneys for Roman Catholic Archbishop of San Francisco, Vallombrosa Retreat Center and Serra Clergy House<br>Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Paul Pascuzzi, Esq.<br>Email: ppascuzzi@ffwplaw.com<br><br>Sheppard Mullin<br>Ori Katz, Esq.<br>Email: okatz@sheppardmullin.com |
| Attorneys for Catholic Cemeteries of the Archdiocese of San Francisco<br>Wilke Fleury<br>Daniel Egan, Esq.<br>Email: degan@wilkefleury.com | Attorney for Sacred Heart Cathedral Preparatory<br>McDermott Will & Schulte LLP<br>Jason D. Strabo, Esq.<br>Email: jstrabo@mwe.com |
| Attorneys for Archbishop Riordan High School, Marin Catholic High School and Junipero Serra High School<br>Julie H. Rome-Banks<br>Binder Malter Harris<br> & Rome-Banks LLP<br>Email: julie@bindermalter.com | |

SERVED VIA ELECTRONIC MAIL:

| Attorney for Sacred Heart Cathedral Preparatory<br>McDermott Will & Emery<br>Lisa A. Linsky, Esq.<br>Email: llinsky@mwe.com | Attorneys for Roman Catholic Archbishop of San Francisco, Vallombrosa Retreat Center and Serra Clergy House<br>Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Paul Pascuzzi, Esq.<br>Email: ppascuzzi@ffwplaw.com<br><br>Sheppard Mullin<br>Jennifer Nassiri, Esq.<br>Amanda Cottrell, Esq.<br>Email: jnassiri@sheppardmullin.com<br>Email: acottrell@sheppardmullin.com<br><br>Weintraub Tobin<br>Paul Gaspari, Esq.<br>Email: pgaspari@weintraub.com |
|---|---|
| Attorneys for Catholic Cemeteries of the Archdiocese of San Francisco<br>Wilke Fleury<br>Steven Williamson, Esq.<br>Email: swilliamson@wilkefleury.com | Attorneys for Archbishop Riordan High School, Marin Catholic High School and Junipero Serra High School<br>Julie H. Rome-Banks<br>Reno R.F. Fernandez<br>Binder Malter Harris & Rome-Banks LLP<br>Email: rob@bindermalter.com<br>Email: julie@bindermalter.com<br>Email: reno@bindermalter.com |

Executed on October 16, 2025., at Tucson, Arizona. I certify under penalty of perjury that the foregoing is true and correct.

>*/s/ Renee L. Creswell*
>Renee L. Creswell

4901-8535-8952.1
- 5 -
SUBMISSION OF PROPOSED DISCOVERY PLAN
25-03021

Case: 25-03021    Doc# 78    Filed: 10/16/25    Entered: 10/16/25 17:11:56    Page 5 of 5

4901-8535-8952, v. 1