PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
  PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:         ppascuzzi@ffwplaw.com
               jrios@ffwplaw.com
               tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         okatz@sheppardmullin.com
               amartin@sheppardmullin.com
               jekim@sheppardmullin.com

AMANDA L. COTTRELL, Cal. Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone:     (469) 391-7400
Facsimile:     (469) 391-7401
Email:         acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and Debtor in Possession.<br><br>The Official Committee of Unsecured Creditors,<br><br>Plaintiff,<br><br>v.<br><br>The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03021<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S RESPONSE TO THE COURT'S TENTATIVE RULING**<br><br>Judge:   Hon. Dennis Montali<br>Date:    October 23, 2025<br>Time:    1:30 p.m.<br>Place:   Zoom.Gov |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,<br><br>            Defendants, |

The Roman Catholic Archbishop of San Francisco, a corporation sole, the above-captioned debtor and debtor in possession in the above-captioned chapter 11 case (the "Main Case") and defendant in the above-captioned adversary proceeding (the "Debtor"), files this Response to the Court's Tentative Ruling on the Motion for Authority to Commence, Prosecute, and Settle Litigation (the "Standing Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") as follows:

The Debtor reserves all arguments made in its Objection, and believes that the Court's tentative on the Committee's Standing Motion is erroneous for the reasons stated in the Objection. That said, the Debtor recognizes that it has made its arguments in writing in its Objection, and the Court has rejected them, such that oral argument would be futile. Debtor thus submits on the Court's tentative ruling.

Dated: October 22, 2025      FELDERSTEIN FITZGERALD WILLOUGHBY
                             PASCUZZI & RIOS LLP

                             By      /s/ Paul J. Pascuzzi
                                    PAUL J. PASCUZZI
                                    JASON E. RIOS
                                    THOMAS R. PHINNEY

                             Attorneys for The Roman Catholic Archbishop of
                             San Francisco

Dated: October 22, 2025      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                             By      /s/ Ori Katz
                                    ORI KATZ
                                    AMANDA L. COTTRELL

                             Attorneys for The Roman Catholic Archbishop of San
                             Francisco