

**Signed and Filed: November 7, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30564-DM |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) Adversary Proceeding |
| | ) No. 25-03021-DM |
| Plaintiff, | ) |
| vs. | ) |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; ET AL., | ) |
| Defendants. | ) |

**ORDER AFTER SCHEDULING CONFERENCE ON NOVEMBER 6, 2025**

On November 6, 2025, the court held a scheduling conference. Appearances are noted on the record.

Based upon the matters discussed on the record, it is hereby ORDERED that,

1) Counsel for the Official Committee of Unsecured Creditors may file a motion for partial summary judgment on the issue of expert testimony regarding Canon law. If such a motion is filed on or before November 18, 2025, oppositions must be filed by December 16, 2025, a reply filed by January 8, 2026, and the court will hold a hearing on the motion on January 15, 2026, at 1:30 PM. Debtor-Defendant shall file its own opposition, and non-debtor Defendants shall file one combined opposition, which may be up to thirty-five pages in length.

2) The parties shall adopt the following discovery deadlines up through mid-2026:

| | |
|---|---|
| Initial Disclosures | October 30, 2025 |
| L/D to Produce Documents | March 31, 2026 |
| L/D to Depose Fact Witnesses | June 15, 2026 |
| L/D to Produce Experts Reports (excluding but not Canon law experts) | June 15, 2026 |

**\*\*END OF ORDER\*\***