1  James I. Stang (CA Bar No. 94435)
   Brittany M. Michael *(Pro Hac Vice)*
2  Gail Greenwood (CA Bar No. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Sansome Street, 34th Floor, Suite 3430
   San Francisco, California 94104-4436
4  Telephone: 415-263-7000
   Email: jstang@pszjlaw.com
5         bmichael@pszjlaw.com
          ggreenwood@pszjlaw.com
6
7  Attorneys for the Official Committee of
   Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Proc. 25-03021<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES BASED ON CANON LAW**<br><br>Date: January 15, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

The Official Committee of Unsecured Creditors of the Roman Catholic Archbishop of San Francisco (the "Committee") has filed a memorandum of points and authorities in support of its *Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law* (the "Motion").[1] The Motion is made pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure, incorporating Rule 56 of the Federal Rules of Civil Procedure, on the grounds that the material facts are undisputed and, as a legal matter, this Court must apply neutral principles of civil law and must avoid delving into questions of religious doctrine. By this Motion, the Committee seeks an order determining that certain affirmative defenses that are premised on canon law have no application to the claims for relief alleged in the Complaint and dismissing those affirmative defenses, and otherwise precluding the application of canon law to resolve whether the Division Defendants are separate legal entities from the Archdiocese.

The Motion is based on the previously filed Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Brittany M. Michael and exhibits thereto, all pleadings filed in this adversary, and any other evidence properly before the Court.

Dated: November 19, 2025　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　By　*/s/ Gail S. Greenwood*
　　　　　　　　　　　　　　　　　　　　　　James I. Stang
　　　　　　　　　　　　　　　　　　　　　　Brittany M. Michael (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　Gail S. Greenwood

　　　　　　　　　　　　　　　　　　　　　　Attorneys for the Official Committee of
　　　　　　　　　　　　　　　　　　　　　　Unsecured Creditors

---

[1] Capitalized terms not defined herein have the meanings set forth in the Memorandum of Points and Authorities filed herewith.