PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
    PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:       (916) 329-7435
Email:            ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
 ORI KATz, State Bar No. 209561                AMANDA L. COTTRELL, Cal. Bar No. 360215
 ALAN H. MARTIN, State Bar No. 132301          2200 Ross Avenue, 20th Floor
 JEANNIE KIM, State Bar No. 270713             Dallas, Texas 75201
 Four Embarcadero Center, 17th Floor           Telephone:      (469) 391-7400
 San Francisco, California 94111-4109          Facsimile:       (469) 391- 7401
 Telephone:      (415) 434-9100                Email:            acottrell@sheppardmullin.com
 Facsimile:       (415) 434-3947
 Email:            okatz@sheppardmullin.com
                     amartin@sheppardmullin.com
                     jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>          Debtor and<br>          Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| The Official Committee of Unsecured Creditors,<br><br>          Plaintiff,<br><br>          v.<br><br>The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred | Adv No. 25-03021<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Dennis Montali |

Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,

Defendants,

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On December 16, 2025, I served true copies of the following document(s) described as:

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S OPPOSITION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES BASED ON CANON LAW;**

**DECLARATION OF FATHER PATRICK SUMMERHAYS IN SUPPORT OF THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S OPPOSITION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES BASED ON CANON LAW**

on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

*See attached Service List*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 16, 2025, at San Francisco, California.

*/s/ Dorothy M. Gatmen*
Dorothy M. Gatmen

**Registered Electronic Participants**

Gillian Nicole Brown on behalf of Plaintiff The Official Committee Of Unsecured Creditors
gbrown@pszjlaw.com

Peter C. Califano on behalf of Defendant Vallombrosa Retreat Center
pcalifano@nvlawllp.com

Robert M Charles, Jr on behalf of Defendant All Hallows Chapel
Robert.Charles@wbd-us.com

Allan B Diamond on behalf of Interested Party Archdiocese of San Francisco Capital Assets Support Corporation
adiamond@diamondmccarthy.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Gail S. Greenwood on behalf of Plaintiff The Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Ori Katz on behalf of Defendant The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Defendant The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Mikayla Kutsuris on behalf of Defendant The Roman Catholic Archbishop of San Francisco
mkutsuris@ffwplaw.com

Patrick Emerson McCormick on behalf of Defendant Parishes of the Roman Catholic Archdiocese of San Francisco
patrick.e.mccormick@wbd-us.com

Brittany Mitchell Michael on behalf of Plaintiff The Official Committee Of Unsecured Creditors
bmichael@pszjlaw.com

Paul J. Pascuzzi on behalf of Defendant The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel
Katie.Rios@wbd-us.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

James I. Stang on behalf of Plaintiff The Official Committee Of Unsecured Creditors
jstang@pszjlaw.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

Steven John Williamson on behalf of Defendant Holy Cross Catholic Cemeteries
swilliamson@wilkefleury.com