Damion D. D. Robinson, SBN 262573
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Tel: (424) 278-2335
Email: damion.robinson@diamondmccarthy.com

Allan B. Diamond, Esq. (admitted *pro hac vice*)
Christopher D. Johnson, Esq. (admitted *pro hac vice*)
Justin Strother (admitted *pro hac vice*)
**DIAMOND McCARTHY LLP**
2200 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Telephone: (713) 333-5100
Fax: (713) 333-5199
Email: adiamond@diamondmccarthy.com
 Chris.johnson@diamondmccarthy.com
 Justin.strother@diamondmccarthy.com

*Attorneys for Archdiocese of San Francisco Capital Assets Support Corporation*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*,<br><br>Defendants. | Adv. Proc. No. 25-03021<br><br>**NOTICE OF HEARING ON THE ARCHDIOCESE OF SAN FRANCISCO CAPITAL ASSETS SUPPORT CORPORATION'S MOTION TO INTERVENE UNDER FED. R. CIV. P. 24**<br><br>Date: January 15, 2026<br>Time: 1:30 p.m. (PST)<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

**NOTICE IS HEREBY GIVEN** that on December 15, 2025, the ARCHDIOCESE OF SAN FRANCISCO PARISH, SCHOOL AND CEMETERY JURIDIC PERSONS CAPITAL ASSETS

- 1 -
NOTICE OF HEARING

SUPPORT CORPORATION ("CASC") filed its *Motion to Intervene Under Federal Rule of Civil Procedure 24(a)(2)* (the "Motion") [ECF No. 111].

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion to Intervene is scheduled for **January 15, 2026, at 1:30 p.m. (Pacific Time)** (the "Hearing") before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco, California. The Hearing will not be conducted in the presiding judge's courtroom but will instead be conducted via videoconference by Zoom. The Bankruptcy Court's website provides information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**NOTICE IS FURTHER GIVEN** that on or before **January 1, 2026**, any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for CASC as listed above, and any other party that has requested notice in the above-captioned adversary proceeding. Failure to timely file an opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected.

Dated: December 17, 2025     DIAMOND MCCARTHY LLP

*/s/ Allan B. Diamond*
Damion D.D. Robinson
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Telephone: 424-278-2335
damion.robinson@diamondmccarthy.com

Allan B. Diamond (admitted *pro hac vice*)
Christopher D. Johnson (admitted *pro hac vice*)
Justin Strother (admitted *pro hac vice*)
2200 Post Oak Blvd., Suite 1000
Houston, TX 77056
Telephone: 713-333-5100
Facsimile: 713-333-5199
adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com

*Attorneys for Archdiocese of San Francisco Capital Assets Support Corporation*

# PROOF OF SERVICE

STATE OF TEXAS, COUNTY OF HARRIS

I am employed in the County of Harris, State of Texas. I am over the age of 18 and not a party to the within action; my business address is: 909 Fannin, Suite 3700, Houston, TX 77010.

On December 17, 2025, I served the foregoing document(s) described as:

**NOTICE OF HEARING ON THE ARCHDIOCESE OF SAN FRANCISCO CAPITAL ASSETS SUPPORT CORPORATION'S MOTION TO INTERVENE UNDER FED. R. CIV. P. 24**

on interested parties in this action, at the following address(es):

    ***SEE ATTACHED SERVICE LIST***

☒   **BY EMAIL:** I served a copy of the foregoing on the interested parties via email to their addresses for electronic service as specified in the Service List, or through an electronic service platform.

☐   **BY MAIL:** I enclosed ☐ originals / ☐ true copies of the same in sealed envelopes addressed as specified in the Service List.

    ☐ I deposited the sealed envelope for collection with the United States Postal Service, with the postage thereon fully prepaid.

    ☐ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage thereon fully prepaid.

☐   **BY OVERNIGHT:** I enclosed the foregoing in an envelope or package provided by an overnight delivery carrier and addressed to the persons stated in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

Executed on December 17, 2025 at Houston, Texas.

| | |
|---|---|
|   Catherine Burrow | */s/ Catherine Burrow* |
| [Print Name of Person Executing Proof] | [Signature] |

**Registered Electronic Participants**

Peter C. Califano on behalf of Defendant Vallombrosa Retreat Center
pcalifano@nvlawllp.com

Robert M Charles, Jr on behalf of Defendant All Hallows Chapel
Robert.Charles@wbd-us.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Gail S. Greenwood on behalf of Plaintiff The Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Ori Katz on behalf of Defendant The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Defendant The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Brittany Mitchell Michael on behalf of Plaintiff The Official Committee Of Unsecured Creditors
bmichael@pszjlaw.com

Paul J. Pascuzzi on behalf of Defendant The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel
Katie.Rios@wbd-us.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

James I. Stang on behalf of Plaintiff The Official Committee Of Unsecured Creditors
jstang@pszjlaw.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com