

**CHANGES MADE BY COURT**

Signed and Filed: December 23, 2025

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Bankruptcy Case No. 23-30564-DM<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF SECURED CREDITORS,<br>        Plaintiff,<br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; ET AL.,<br>        Defendants. | Adversary Proceeding No. 25-03021-DM |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL
OPPOSITION TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Before this Court is the *Motion of St. Dominic' for Leave to File Supplemental Opposition to Plaintiff's Motion for Partial Summary Judgment* (the "**Motion for Leave**")[1] filed by St. Dominic's Priory of San Francisco ("**St. Dominic's**") on December 17, 2025 [Adv. P. Doc. No. 121]. The Court, having carefully considered the submissions, the record, the applicable law, and any arguments related thereto, hereby orders that:

---

[1] Capitalized terms used herein but not otherwise defined have the meanings given to them in the order.

1

1. The Motion for Leave is granted.

2. St. Dominic's is permitted to file the Supplemental Response, which will be considered as a response to the Committee's Partial MSJ filed at Adv. P. Doc. No. 104.

3. Within one business day of entry of this Order, St. Dominic's shall file and serve the Supplemental Response.

4. The Committee may address the Supplemental Response in its reply, which was due for filing by January 8, 2026 pursuant to the *Order After Scheduling Conference on November 6, 2025* filed at Adv. P. Doc. No. 103 (the "**Scheduling Order**") but is now due by January 12, 2026 based on a stipulation between the parties.

5. Unless otherwise set forth herein, the Scheduling Order remains unchanged.

6. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*END OF ORDER*