| | |
|---|---|
| Robert M. Charles, Jr. (*pro hac vice*)<br>Robert.Charles@wbd-us.com<br>Patrick Emerson McCormick (SBN 307298)<br>Patrick.E.McCormick@wbd-us.com<br>Katie Rios (*pro hac vice*)<br>Katie.Rios@wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP<br>50 California Street, Suite 2750<br>San Francisco, CA 94111<br>Tel:    520.629.4427<br><br>*Attorneys for Parishes of the Roman*<br>*Catholic Archdiocese of San Francisco* | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>                                    Debtor. | Case No. 23-30564-DM<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                                    Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN EXHIBIT A; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>                                    Defendants. | Adv. Proc. 25-03021-DM<br><br>**Notice of Errata re Non-Debtor Co-Defendants' Response in Opposition to Committee's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law**<br><br><u>Hearing</u><br>Date: January 15, 2026<br>Time: 1:30 pm<br>Judge: Hon. Dennis Montali<br>Location: Via Zoom Teleconference |

NOTICE OF ERRATA RE RESPONSE IN
OPPOSITION TO MOTION FOR PARTIAL
SUMMARY JUDGMENT ON
AFFIRMATIVE DEFENSES BASED ON
CANON LAW

Case: 25-03021    Doc# 130    Filed: 12/23/25    Entered: 12/23/25 14:00:55    Page 1 of 2

4936-8218-9956.2

Please be advised that Non-Debtor Co-Defendants' Response in Opposition to Committee's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law (ECF No. 126) filed on December 22, 2025, did not include a Table of Authorities. The corrected response (ECF No. 129) has been refiled as an amended response and is the operative document. Additionally, footnote 96 was corrected to remove language that populated therein in error ("Error! Main Document Only.") The remainder of the amended response is identical in form and substance to the initial response filed December 22, 2025.

Dated: December 23, 2025

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Robert M. Charles, Jr.
Robert M. Charles, Jr.
Katie Rios
*Attorneys for Parishes of the Roman Catholic Archdiocese of San Francisco*