| | |
|---|---|
| James I. Stang (CA Bar No. 94435)<br>Brittany M. Michael *(Pro Hac Vice)*<br>Gail Greenwood (CA Bar No. 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, California 94104-4436<br>Telephone: 415-263-7000<br>Email: jstang@pszjlaw.com<br>     bmichael@pszjlaw.com<br>     ggreenwood@pszjlaw.com<br><br>Attorneys for the Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Proc. 25-03021<br><br>**DECLARATION OF BRITTANY M. MICHAEL IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO THE ARCHDIOCESE OF SAN FRANCISCO CAPITAL ASSETS SUPPORT CORPORATION'S MOTION TO INTERVENE UNDER FED. R. CIV. P. 24**<br><br>Date: January 15, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

4916-3655-6421.2 05068.002

I, Brittany M. Michael, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Archbishop of San Francisco (the "Committee"). I am duly admitted to practice law in the United States District Courts for the Southern and Western Districts of New York and the District of Minnesota, and admitted to practice *pro hac vice* in this case. I submit this declaration in support of *The Official Committee of Unsecured Creditors' Objection to the Archdiocese of San Francisco Capital Assets Support Corporation's Motion to Intervene Under Fed. R. Civ. P. 24* filed herewith. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of my email dated December 19, 2025 to counsel for the Archdiocese of San Francisco Capital Assets Support Corporation ("CASC") at Diamond McCarthy LLP.

3. Attached hereto as Exhibit B is a true and correct copy of CASC counsel's response email to me dated December 22, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 2, 2026 at Minneapolis, Minnesota.

By: /s/ *Brittany M. Michael*
Brittany M. Michael

# EXHIBIT A

# Brittany M. Michael

| | |
|---|---|
| **From:** | Brittany M. Michael |
| **Sent:** | Monday, December 22, 2025 2:06 PM |
| **To:** | damion.robinson@diamondmccarthy.com; adiamond@diamondmccarthy.com; chris.johnson@diamondmccarthy.com; justin.strother@diamondmccarthy.com |
| **Cc:** | Gail S. Greenwood; Karen B. Dine; James Stang |
| **Subject:** | Re: Stipulation Regarding Intervention and Scheduling |

Counsel,

Confirming you received my below email on Friday. We are trying to avoid unnecessary expense in responding to your motion if we are able to reach agreement.

Many thanks,
Brittany

> On Dec 19, 2025, at 12:26 PM, Brittany M. Michael <bmichael@pszjlaw.com> wrote:
>
> Dear Counsel,
>
> On behalf of the Committee, we are prepared to stipulate to Capital Assets Support Corporation's intervention in the pending adversary, notwithstanding the Committee's disagreement with the positions asserted, the necessity of CASC's involvement, the timing of the request, and the failure to engage with the Committee prior to seeking the relief via motion to the Court.
>
> As part of this stipulation, we request your confirmation that such intervention will not alter or impact the existing schedule for the motion for partial summary judgment. Preserving the current timeline is essential to avoid unnecessary delay.
>
> Given the short time period for the Committee to file opposition to the motion (and the pending holidays), please let us know as soon as possible if you agree to these terms and we will send a draft stipulation promptly.
>
> Many thanks,
>
> Brittany
>
> **Brittany M. Michael**
> Pachulski Stang Ziehl & Jones LLP
> Tel: 212.561.7700 | Cell: 310.488.8144
> bmichael@pszjlaw.com
> V-Card | Bio
>
> Los Angeles | San Francisco | Wilmington, DE | New York | Houston

# EXHIBIT B

**Brittany M. Michael**
___

| | |
|---|---|
| **From:** | Justin Strother <justin.strother@diamondmccarthy.com> |
| **Sent:** | Monday, December 22, 2025 2:51 PM |
| **To:** | Brittany M. Michael |
| **Cc:** | Damion Robinson; Allan Diamond; Chris Johnson; Gail S. Greenwood; Karen B. Dine; James Stang |
| **Subject:** | Re: Stipulation Regarding Intervention and Scheduling |



Brittany,

Thank you for your email. I hope you received my out-of-office notice from Friday. We appreciate the Committee's effort to resolve this amicably. At this time, however, we're not able to agree to stipulation language that might restrict any potential relief we may need to seek on our client's behalf if the intervention is granted.

In other words, while we don't intend to delay the hearing, we need to ensure that we aren't inadvertently limiting our options. We do not want to stand in the way of you preparing a timely response to emotion, so at this point, the committee should do what it has to do in that regard.

Best,
Justin



**Justin Strother | Partner**
**2200 Post Oak Blvd., Suite 1000**
**Houston, Texas 77056**
713-333-5111 direct
713-333-5100 main

web | bio | vCard

HOUSTON | DALLAS | NEW YORK | WASHINGTON D.C.

This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

Pursuant to U.S. Treasury Department Regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purposes of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

> On Dec 22, 2025, at 2:06 PM, Brittany M. Michael <bmichael@pszjlaw.com> wrote:
>
> Counsel,

Confirming you received my below email on Friday. We are trying to avoid unnecessary expense in responding to your motion if we are able to reach agreement.

Many thanks,
Brittany

> On Dec 19, 2025, at 12:26 PM, Brittany M. Michael <bmichael@pszjlaw.com> wrote:
>
> Dear Counsel,
>
> On behalf of the Committee, we are prepared to stipulate to Capital Assets Support Corporation's intervention in the pending adversary, notwithstanding the Committee's disagreement with the positions asserted, the necessity of CASC's involvement, the timing of the request, and the failure to engage with the Committee prior to seeking the relief via motion to the Court.
>
> As part of this stipulation, we request your confirmation that such intervention will not alter or impact the existing schedule for the motion for partial summary judgment. Preserving the current timeline is essential to avoid unnecessary delay.
>
> Given the short time period for the Committee to file opposition to the motion (and the pending holidays), please let us know as soon as possible if you agree to these terms and we will send a draft stipulation promptly.
>
> Many thanks,
>
> Brittany
>
> **Brittany M. Michael**
> Pachulski Stang Ziehl & Jones LLP
> Tel: 212.561.7700 | Cell: 310.488.8144
> bmichael@pszjlaw.com
> V-Card| Bio
>
> Los Angeles | San Francisco | Wilmington, DE | New York | Houston