James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
       bmichael@pszjlaw.com
       ggreenwood@pszjlaw.com

*Attorneys for The Official
Committee of the Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor.<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Case No. 23-30564<br>Chapter 11<br><br><br>Adv. Proc. 25-03021<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On January 8, 2026, I caused to be served the following documents in the manner stated below:

- **REPLY IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DIVISION DEFENDANTS' "CANON LAW" AFFIRMATIVE DEFENSE**

- **DECLARATION OF GAIL GREENWOOD IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DIVISION DEFENDANTS' "CANON LAW" AFFIRMATIVE DEFENSE**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 8, 2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 8, 2026 at San Francisco, California.

                                                   */s/ Matthew Renck*
                                                 Legal Assistant

**Via ECF**
- **David P. Bender**   david.bender@haynesboone.com
- **Gillian Nicole Brown**   gbrown@pszjlaw.com
- **Peter C. Califano**   pcalifano@nvlawllp.com
- **Robert M Charles**   Robert.Charles@wbd-us.com
- **Allan B Diamond**   adiamond@diamondmccarthy.com
- **Daniel Lloyd Egan**   degan@wilkefleury.com
- **Gail S. Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim**   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Mikayla Kutsuris**   mkutsuris@ffwplaw.com
- **Patrick Emerson McCormick**   patrick.e.mccormick@wbd-us.com
- **Brittany Mitchell Michael**   bmichael@pszjlaw.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kathleen Mary Derrig Rios**   Katie.Rios@wbd-us.com
- **Julie H. Rome-Banks**   julie@bindermalter.com
- **James I. Stang**   jstang@pszjlaw.com
- **Jason D. Strabo**   jstrabo@mwe.com, dnorthrop@mwe.com
- **Steven John Williamson**   swilliamson@wilkefleury.com

**VIA Email**

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
Attn: Paul Pascuzzi, Esq.                                   ppascuzzi@ffwplaw.com

Sheppard Mullin
Attn: Ori Katz, Esq.                                        okatz@sheppardmullin.com
Amanda Cottrell, Esq.                                       acottrell@sheppardmullin.com
Susan Haines                                                shaines@sheppardmullin.com

Weintraub Tobin
Attn: Paul Gaspari, Esq.                                    pgaspari@weintraub.com
475 Sansome Street, Suite 510
San Francisco, CA 94111
*Attorneys for Roman Catholic Archbishop of San Francisco*

Womble Bond Dickinson
Attn: Robert Charles, Esq.                                  robert.charles@wbd-us.com
Katie Rios, Esq.                                            katie.rios@wbd-us.com
*Attorneys for the Parishes (and Related Parochial Schools) Listed on Exhibit A*

Wilke Fleury
Attn: Steven Williamson, Esq.                               swilliamson@wilkefleury.com
Daniel Egan, Esq.                                           degan@wilkefleury.com
*Attorneys for Catholic Cemeteries of the Archdiocese of San Francisco*

Binder Malter Harris & Rome-Banks LLP
Attn: Julie Rome-Banks julie@bindermalter.com
Robert G. Harris rob@bindermalter.com
*Attorney for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School,*

McDermott Will & Emery
Attn: Lisa A. Linsky, Esq. llinsky@mwe.com
Christopher Ray, Esq. cray@mwe.com
*Attorney for Sacred Heart Cathedral Preparatory*

Niesar & Vestal LLP
Peter C. Califano pcalifano@nvlawllp.com
Meha M. Raja mraja@nvlawllp.com
*Counsel for Vallombrosa Retreat Center*

Charles Beckham charles.beckham@haynesboone.com
*Counsel for St. Dominic*

4912-3642-1510.1 05068.002 4