James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
            bmichael@pszjlaw.com
            ggreenwood@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A**; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Proc. 25-03021<br><br>**NOTICE OF HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED MOTION TO OVERRULE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES FROM THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, FILED FEBRUARY 11, 2026, [DOC. NO. 155]**<br><br>Date: March 12, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO:**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **March 12, 2026 at 1:30 p.m.** (Pacific Time) (the "Hearing") before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco Division, to consider *The Official Committee of Unsecured Creditors' Amended Motion to Overrule Objections and to Compel Discovery Responses from The Roman Catholic Archbishop of San Francisco* [Doc. No. 155] (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee"). By the Motion, the Committee seeks an order compelling The Roman Catholic Archbishop of San Francisco (the "Archdiocese") to (i) amend its responses to the Committee's first set of requests for production of documents ("RFP") to provide substantive responses; (ii) produce responsive documents, if any exist, or to produce a privilege log for any documents withheld from production; (iii) amend its responses to the Committee's first set of interrogatories ("Interrogatories"), by providing factual responses to Interrogatory Nos. 1-6, 8-9, 11-14, 16, and 20-21; and (iv) amend its responses to the Committee's first set of requests for admission ("RFAs"), by providing substantive answers to RFA Nos. 1-3, 14-15 and 17-26.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will not be conducted in the presiding judge's courtroom and instead will be conducted via videoconference by Zoom. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: http://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Bankruptcy Rule 9014-1(c)(1), any opposition or response to the Motion is due by **February 26, 2026**. Copies of

[remainder of page left intentionally blank]

the Motion are available free of charge from the website maintained by Omni Agent Solutions, Inc. at https://omniagentsolutions.com/RCASF.

Dated: February 11, 2026         PACHULSKI STANG ZIEHL & JONES LLP

                                 By  /s/ Gail S. Greenwood
                                     James I. Stang
                                     Brittany M. Michael
                                     Gail S. Greenwood

                                     Attorneys for the Official Committee of
                                     Unsecured Creditors

SF 4905-8755-8287.1 05068.002                    2