| | |
|---|---|
| James I. Stang (CA Bar No. 94435)<br>Brittany M. Michael *(Pro Hac Vice)*<br>Gail Greenwood (CA Bar No. 169939)<br>Michael L. Cohen (CA Bar No. 206253)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, California 94104-4436<br>Telephone: 415-263-7000<br>Email: jstang@pszjlaw.com<br>          bmichael@pszjlaw.com<br>          ggreenwood@pszjlaw.com<br><br>Attorneys for the Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Proc. 25-03021<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE DIVISION DEFENDANTS' ALLEGED SEPARATE LEGAL EXISTENCE**<br><br>Date: March 26, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

4897-2820-4432.2 05068.002

The Official Committee of Unsecured Creditors of the Roman Catholic Archbishop of San Francisco (the "Committee") hereby moves (the "Motion") for partial summary judgment, seeking a declaration that the Division Defendants[1] have no legal existence separate from The Roman Catholic Archbishop of San Francisco (the "Archdiocese"). The Division Defendants are unincorporated units of the Archdiocese.

The Motion is made pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure, which incorporates Rule 56 of the Federal Rules of Civil Procedure. Based on the undisputed facts presented in support of the Motion, no reasonable jury could find that the Division Defendants are separate legal entities from the Archdiocese.

The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Brittany M. Michael and exhibits thereto, the Request for Judicial Notice and exhibits thereto, all pleadings filed in this adversary, and any other evidence properly before the Court.

Dated: February 19, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Brittany M. Michael
James I. Stang
Brittany M. Michael (*Pro Hac Vice*)
Gail S. Greenwood
Michael L. Cohen

Attorneys for the Official Committee of Unsecured Creditors

---

[1] "Division Defendants" means: the parishes and related parochial schools listed in **Exhibit A** hereto (the "Parishes"); three of the Archdiocesan Catholic high schools (the "High Schools"), Archbishop Riordan High School, Marin Catholic High School, and Junipero High School; each of six cemeteries (the "Cemeteries"), Holy Cross Catholic Cemetery (Colma), Holy Cross Catholic Cemetery (Menlo Park), Sant Mary Magdalene Catholic Cemetery (Bolinas), Mt. Olivet Cemetery (San Rafael), Our Lady of Pillar Cemetery, including St. Anthony's Pescadero (Half Moon Bay), and Tomales Catholic Cemetery (Tomales); and Vallombrosa Retreat Center ("Vallombrosa"). For the purposes of this Motion, Division Defendant does not include Sacred Heart Cathedral Preparatory nor Serra Clergy House. The Committee reserves its rights to seek similar relief as to those two defendants in the future.

# Exhibit A

**Parishes and Related Parochial Schools**
All Hallows Chapel
All Souls Church (All Souls School)
Church of the Assumption of Mary (Tomales)
Cathedral of St. Mary of the Assumption
Church of the Epiphany (Epiphany School)
Church of the Good Shepherd (Good Shepherd School)
Church of the Nativity (Nativity School) (Menlo Park)
Church of the Nativity (San Francisco)
Corpus Christi Church
Holy Angels Church (Holy Angels School)
Holy Name of Jesus Church (Holy Name School)
Church of the Immaculate Heart of Mary(Immaculate Heart of Mary School)
Master Dolorosa Church
Mission Dolores Basilica
Most Holy Redeemer Church
Most Holy Rosary Chapel
Notre Dame Des Victoires (Ecole Notre Dame des Victoires)
Old St. Mary's Cathedral & Chinese Mission/Cathedral of St Mary of the Immaculate Conception
Our Lady of Fatima Russian Byzantine Catholic
Our Lady of Guadalupe Mission (Brisbane)
Our Lady of Angels Church (Our Lady of Angels School)
Our Lady of Loretto Church (Our Lady of Loretto School)
Our Lady of Lourdes Church
Our Lady of Mercy Church (Our Lady of Mercy School)
Our Lady of Mount Carmel Church (Mill Valley)
Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)
Our Lady of Perpetual Help (Our Lady of Perpetual Help School)
Our Lady of the Pillar Church
Our Lady of Refuge Mission
Our Lady of the Visitacion Church (Our Lady of the Visitacion School)
Our Lady of the Wayside
Sacred Heart Church
San Jose Obero Church
National Shrine of St. Francis of Assisi
St. Agnes Church
St. Andrew Church
St. Anne of the Sunset Church (St. Anne School)
St. Anselm Church (St. Anselm School)
St. Anthony Church (Menlo Park)
St. Anthony Mission (Pescadero)
St. Anthony of Padua Church (Novato)

St. Anthony of Padua Church
St. Augustine Church
St. Bartholomew Church
St. Benedict Parish
St. Boniface Church
St. Brendan Church (St. Brendan School)
St. Bruno Church
St. Catherine of Siena Church (St. Catherine of Siena School)
St. Cecilia Church (St. Cecilia School) (San Francisco)
St. Cecilia Church (Lagunitas)
St. Charles Borromeo Church
St. Charles Church (St. Charles School)
St. Denis Church
St. Dunstan Church (St. Dunstan School)
St. Elizabeth Church
St. Emydius Church
St. Finn Barr Church (St. Finn Barr School)
St. Francis of Assisi
St. Gabriel Church (St. Gabriel School)
St. Gregory Church (St. Gregory School)
St. Helen Mission
St. Hilary Church (St. Hilary School)
St. Isabella Church (St. Isabella School)
St. James Church (St. James School)
St. John the Evangelist Church (St. John School)
St. John of God Chapel
St. Kevin Church
St. Luke Church
St. Mark Church
St. Mary Magdalene Mission
St. Mary Star of the Sea
St. Mary Church
St. Matthew Church (St. Matthias Preschool)
St. Matthias Church
St. Michael Korean Church
St. Monica-St. Thomas the Apostle Church (St. Monica School)
St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)
St. Patrick Church (San Francisco)
St. Paul Church (St. Paul School)
St. Paul of the Shipwreck
St. Peter Church (Pacifica)
St. Peter Church (St. Peter School) (San Francisco)
St. Philip the Apostle (St. Philip School)
St. Pius Church (St. Pius School)
St. Raphael Church (St. Raphael School)
St. Raymond Church (St. Raymond School)

St. Rita Church
St. Robert Church (St. Robert School)
St. Sebastian Church
St. Stephen Church (St. Stephen School)
St. Teresa Church
St. Thomas More Church (St. Thomas More School)
St. Timothy Church (St. Timothy School)
St. Veronica Church (St. Veronica School)
St. Vincent de Paul Church (St. Vincent de Paul School)
Star of the Sea Church (Stella Maris Academy)
Sts. Peter & Paul Church (Sts. Peter & Paul School)