1  James I. Stang (CA Bar No. 94435)
   Brittany M. Michael *(Pro Hac Vice)*
2  Gail Greenwood (CA Bar No. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Sansome Street, 34th Floor, Suite 3430
   San Francisco, California 94104-4436
4  Telephone: 415-263-7000
   Email:  jstang@pszjlaw.com
5          bmichael@pszjlaw.com
           ggreenwood@pszjlaw.com
6
   Attorneys for the Official Committee of
7  Unsecured Creditors

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  In re                                    Case No. 23-30564
                                             Chapter 11
12  THE ROMAN CATHOLIC ARCHBISHOP
    OF SAN FRANCISCO,
13
                 Debtor.
14  _____           Adv. Proc. 25-03021

15  THE OFFICIAL COMMITTEE OF                 **THE OFFICIAL COMMITTEE OF**
    UNSECURED CREDITORS,                      **UNSECURED CREDITORS' SEPARATE**
16                                            **STATEMENT OF UNDISPUTED FACTS**
                 Plaintiff,                   **IN SUPPORT OF ITS MOTION FOR**
17                                            **PARTIAL SUMMARY JUDGMENT**
    vs.                                       **REGARDING THE DIVISION**
18                                            **DEFENDANTS' ALLEGED SEPARATE**
    THE ROMAN CATHOLIC ARCHBISHOP             **LEGAL EXISTENCE**
19  OF SAN FRANCISCO; PARISHES LISTED
    IN **EXHIBIT A** TO THE COMPLAINT;        Date: March 26, 2026
20  HOLY CROSS CATHOLIC CEMETERIES;           Time: 1:30 p.m.
    SAINT MARY MAGDALENE CATHOLIC             Place: Via Zoom Teleconference
21  CEMETERY; MT. OLIVET CEMETERY;            Hon. Dennis Montali
    OUR LADY OF PILLAR CEMETERY;
22  TOMALES CATHOLIC CEMETERY;
    ARCHBISHOP RIORDAN HIGH SCHOOL;
23  SACRED HEART CATHEDRAL
    PREPARATORY; MARIN CATHOLIC
24  HIGH SCHOOL; JUNIPERO SERRA HIGH
    SCHOOL; VALLOMBROSA RETREAT
25  CENTER; AND SERRA CLERGY HOUSE,

26               Defendants.
    _____
27

28

# TABLE OF CONTENTS

**Page**

I. THE DIVISION DEFENDANTS ARE NOT SEPARATELY INCORPORATED .....................1

II. BEFORE THE ARCHDIOCESE FILED BANKRUPTCY, IT CONSISTENTLY DESCRIBED THE DIVISION DEFENDANTS AS "OPERATING DIVISIONS" OF THE ARCHDIOCESE ...............................................................................1

   A.   The Archdiocese and All Pre-Petition Audited Financial Statements Describe the Division Defendants as "Operating Divisions" of the Archdiocese. ........................................................................1

        ██████████████████████████████████████. ........................6

   C.   The Archdiocese Appeared for the Division Defendants in Civil Lawsuits. ............8

       a.   The Archdiocese Appeared for the Parishes in Lawsuits That Name a Parish as a Defendant. ...........................................8

       b.   The Archdiocese Appeared for the High Schools in Lawsuits That Name a High School as a Defendant. ...........................11

       c.   The Archdiocese Appeared for the Cemeteries in Lawsuits That Name a Cemetery as a Defendant. ..............................13

       d.   Vallombrosa Has Not Appeared in Civil Lawsuits. .....................................14

   D.   The Archdiocese and Its Policies Govern the Division Defendants' Operations and Finances. ..............................................14

   E.   The Archdiocese Appoints Leadership for the Division Defendants. ......................23

       a.   The Archdiocese Appoints Leadership for the Parishes. .............................23

       b.   The Archdiocese Appoints Leadership for the High Schools. ....................23

       c.   The Archdiocese Is the Signatory to the High Schools' Collective Bargaining Agreement. ...................................24

       d.   The Archdiocese Appoints Leadership for the Cemeteries. .........................25

       e.   The Archdiocese Appoints Leadership for Vallombrosa. .............................25

   F.   The Archdiocese's Internal Documents Identify the Cemeteries, Schools, and Vallombrosa as Divisions or Departments. ............................................26

        ██████████████████████████ .....................................28

   H.   No Division Has Ever Held Property in Its Own Name. .........................................29

a.    The Archdiocese Holds Title to the Real Property Used by the Cemeteries and Vallombrosa. ................................................. 29

b.    The Parishes and High Schools Have Never Held Title to Real Property. ................................................................................ 30

I.    █████████████████████████ ............................. 31

J.    Before the Archdiocese Filed Bankruptcy, the Division Defendants Never Held Themselves Out as Unincorporated Associations. ............................. 32

K.    The Divisions Were Never Referred to or Treated as Legally Separate Until the Eve of Bankruptcy. ................................................................. 33

a.    Financial Statements of the High Schools and Cemeteries Changed. .......... 33

b.    Just Months Before It Filed Bankruptcy, the Archdiocese for the First Time Entered Contracts with the Division Defendants. ...................... 35

4907-9040-4486.9 05068.002

The following undisputed material facts support a determination that the Parishes, Cemeteries, High Schools, and Vallombrosa[1] are not separate legal entities from the Archdiocese, and are, instead, operating divisions of the Archdiocese.

## I. THE DIVISION DEFENDANTS ARE NOT SEPARATELY INCORPORATED

1. The Archdiocese filed a voluntary petition under chapter 11 of the Bankruptcy Code on August 21, 2023 (the "Petition Date").[2]

2. The Archdiocese is incorporated as a California corporation sole.[3]

3. The articles of incorporation of the Archdiocese, as variously amended, state that the corporation sole was incorporated for the purpose of "administering and managing the affairs, property and temporalities of the Roman Catholic Church in said Archdiocese of San Francisco."[4]

4. The Division Defendants are not separately incorporated.[5]

## II. BEFORE THE ARCHDIOCESE FILED BANKRUPTCY, IT CONSISTENTLY DESCRIBED THE DIVISION DEFENDANTS AS "OPERATING DIVISIONS" OF THE ARCHDIOCESE

### A. The Archdiocese and All Pre-Petition Audited Financial Statements Describe the Division Defendants as "Operating Divisions" of the Archdiocese.

5. Before the Petition Date, the 2021-22 audited financial statements of the Central Administrative Office of the Archdiocese prepared by BPM LLP formerly known as Burr Pilger Mayer, Inc. ("BPM") describe the Division Defendants as operating divisions of the corporation sole:

> The Roman Catholic Archbishop of San Francisco, a California Corporation Sole (the "Corporation Sole"), was incorporated on February 24, 1854. The Corporation Sole operates the Central Administrative Office of the Roman Catholic Archdiocese of San Francisco (the "Chancery"). **Other operating divisions of the Corporation Sole**

---

[1] Capitalized terms have the meanings ascribed in the accompanying Memorandum of Points and Authorities, unless otherwise defined.

[2] Main Docket No. 1.

[3] Declaration of Brittany Michael ("Michael Dec.") at Exhibit 1 (Debtor 10072).

[4] *Id.*

[5] Parish Answer [Docket No. 66], ¶¶7, 15, 31; Cemetery Answer [Docket No. 65], ¶¶7, 20, 31; High Schools Answer [Docket No. 63], ¶¶7, 31; Vallombrosa Answer [Docket No. 61], ¶¶7, 31.

**include certain parishes, schools, cemeteries, and certain Catholic sites within the Archdiocese such as the Vallombrosa Center.**[6]

6. ███████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████

7. ███████████████████████████████

██████████████████████████████

█████████████████████████████

███████████████████████████████████

████████████

8.     Audited financial statements of the Central Administrative Office of the Archdiocese by BPM for the years as of (i) June 30, 2014 and 2015; (ii) June 30, 2015 and 2016; (iii) June 30, 2016 and 2017; (iv) June 30, 2017 and 2018; (v) June 30, 2018 and 2019; (vi) June 30, 2019 and 2020; (vii) and June 30, 2020 and 2021 repeat the description that the operating divisions of the corporation sole include "parishes, schools, cemeteries, and certain Catholic sites within the Archdiocese such as the Vallombrosa Center."[9]

9.     The Archdiocese does not have audited financial statements of the Central Administrative Office after 2022.[10]

---

[6] Michael Dec. at Exhibit 2 at p. 7 n.1 (emphasis added).

[7] *Id.* at p. 1.

[8] *Id.* at Exhibit 3 at BPM_33277.

[9] *Id.* at Exhibit 4.

[10] Michael Dec. at ¶6.

10.  ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

11.  Before the Petition Date, the 2021-22 audited financial statements of the Cemeteries prepared by BPM describe the Cemeteries as an operating division of the corporation sole:

> **The Roman Catholic Cemeteries of San Francisco (the "Cemeteries") is an operating division of The Roman Catholic Archbishop of San Francisco, a California Corporation Sole (the "Corporation Sole").** The Central Administrative Office of the Corporation Sole provides certain accounting and administration assistance to the Cemeteries. Additionally, the Central Administrative Office coordinates insurance programs for **all operating divisions of the Corporation Sole, including the Cemeteries**. The Cemeteries consist of six operating cemeteries: Holy Cross-Colma, Holy Cross - Menlo Park, Holy Cross- Saint Mary Magdalene, Mount Olivet, Our Lady of the Pillar, and Tomales Catholic Cemetery. . . .
>
> The financial statements include only the assets, liabilities, net assets, revenues, and expenses associated with the operation of the Cemeteries. Accordingly, these financial statements do not include any assets, liabilities, net assets, revenues, or expenses of other operating divisions of the Corporation Sole or those of separate and independent corporate entities affiliated with the Corporation Sole that are located within The Roman Catholic Archdiocese of San Francisco (the "Archdiocese. [typo].[12]

12.  Audited financial statements of the Cemeteries prepared by BPM for the years as of (i) June 30, 2011 and 2012; ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ likewise describe the Cemeteries as operating divisions of the corporation sole.[13]

13.  Before the Petition Date, the available audited financial statements that BPM prepared for each High School describes each High School as an operating division of the

---

[11] *Id.* at Exhibit 5.

[12] *Id.* at Exhibit 6 at p. 7 n.1 (emphasis added).

[13] *Id.* at Exhibit 7.

4907-9040-4486.9 05068.002

3

1     corporation sole. For example, ████████████████████████████████

2     █████████████ :

3         **Marin Catholic High School (the "High School") is an operating**
        **division of The Roman Catholic Archbishop of San Francisco, a**

4         **California Corporation Sole (the "Corporation Sole").** The Central
        Administrative Office of the Corporation Sole ("Central Administrative

5         Office") provides certain accounting and administration assistance to the
        High School. Additionally, the Central Administrative Office coordinates

6         insurance programs for **all operating divisions of the Corporation Sole,**
        **including the High School**. . . .

7         These financial statements include only the assets, liabilities, net assets,
        revenues, and expenses associated with the operation of the High School.

8         Accordingly, these financial statements do not include any assets,
        liabilities, net assets, revenues, or expenses of other operating divisions of

9         the Corporation Sole or those of separate and independent corporate
        entities affiliated with the Corporation Sole that are located within The

10        Roman Catholic Archdiocese of San Francisco (the "Archdiocese"). [14]

11        14.     Audited financial statements for Marin Catholic High School prepared by BPM for

12    the years as of ████████████████████████████████████████████████████

13    ███████████████████████████████████████ June 30, 2017 and 2018; █████

14    June 30, 2018 and 2019; ████████████████████████████████████ , describe

15    Marin Catholic High School as an operating division of the corporation sole.[15]

16        15.     Audited financial statements for Archbishop Riordan High School prepared by

17    BPM for the years as of ███████████████████████████████████

18    ████████████████████████████████████████████████████████████████

19    ███████████████████████████████████████████████████████

20    ████ June 30, 2021 and 2022, describe Archbishop Riordan High School as an operating

21    division of the corporation sole.[16]

22        16.     Audited financial statements for Junipero Serra High School prepared by BPM for

23    the years as of (i) June 30, 2012 and 2013; (ii) June 30, 2014 and 2015; █████████████

24    ████████████████████████████████████████████████████████████████

25

26 ──────────────────
   [14] *Id.* at Exhibit 8 at p. 9 n.1 (emphasis added).

27    [15] *Id.* at Exhibit 9.

28    [16] *Id.* at Exhibit 10.

1    ███████████████████████████████████████████, describe

2    Junipero Serra High School as an operating division of the corporation sole.[17]

3        17.    █████████████████████████████████████████

4    ████████████████████████████████████████████████

5    ████████████████████████████████████

6        18.    BPM addressed its auditor reports and audited financial statements for the Central

7    Administrative Office, for the Cemeteries, and for each of the High Schools to the attention of the

8    Archbishop before the Petition Date.[19]

9        19.    ██████████████████████████████████████████

10   ██████████████████████████████████████████████████

11   ███

12   ███████████████████████████████████████████

13   ███████████████████████████████████████████████

14   ███████████████████████████████████████████████

15   ████████████████████████████████████████████

16       20.    Audited financial statements that Squar Milner LLP prepared for Vallombrosa for

17   the period as of June 30, 2017 and 2018 describe Vallombrosa as an operating division of the

18   corporation sole.[21]

19       21.    The Squar Milner LLP's auditor reports accompanying the 2018-19 and 2017-18

20   audited financial statements include a management responsibility statement: "Management is

21   responsible for the preparation and fair presentation of these financial statements in accordance

22   with auditing standards generally accepted in the United States of America."[22]

23

24   [17] *Id.* at Exhibit 11.

25   [18] *Id.* at Exhibit 12 [Audit Committee Meeting Minutes 2018-21].

26   [19] *Id.* at Exhibits 4, and 6-11 at p. 1.

     [20] *Id.* at Exhibit 13 at p. 6 n.1 (emphasis added)

27   [21] *Id.* at Exhibit 14 at p. 6 n.1.

28   [22] *Id.* at p. 1.

22.     Audited financial statements for Vallombrosa that were prepared by a prior auditor, DZH Phillips LLP, for the years as of ██████████████████ June 30, 2013 and 2014; ██████████████████ June 30, 2015 and 2016; and ██ June 30, 2016 and 2017 likewise describe Vallombrosa as an operating division of the corporation sole.[23]

23.     DZH Phillips LLP's auditor reports include an identical management responsibility statement.[24]

24.     Before the Petition Date, each of the auditors for Vallombrosa addressed their reports and audited financial statements to the attention of the Archbishop.[25]

25.     After the Petition Date, and unlike the High Schools and Cemeteries (see below), final versions of the audited financial statements prepared by another auditor, Baker Tilly US, LLP, continued to describe Vallombrosa as an operating division of the corporation sole.[26]

26.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

_____

[23] *Id.* at Exhibit 15 [VRC FS 2012-17] at p. 7 n.A.

[24] *Id.* at p. 1.

[25] *Id.* at Exhibits 13-15 (Vallombrosa auditor reports).

[26] *Id.* at Exhibits 16 (Baker Tilly FS 2023) and 17 (Baker Tilly FS 2024).

[27] *Id.* at Exhibit 18 (email dated 9/24/24).

[28] *Id.* at Exhibit 19 (Quinquennial Report).



29 *Id.* at Exhibit 19 [Quinquennial Report] at p. 192 (italicized emphasis added).

30 *Id.*

31 *Id.* at pp. 187-88.

32 *Id.* at p. 189.

33 *Id.* at p. 202.

34 *Id.* at pp. 5-6.

35 *Id.*

[Lines 1-11 contain redacted text, shown as black bars]

**C.** **The Archdiocese Appeared for the Division Defendants in Civil Lawsuits.**

      **a.** **The Archdiocese Appeared for the Parishes in Lawsuits That Name a Parish as a Defendant.**

37.    Before the Petition Date, when a Parish was named as a defendant in civil litigation, the Archdiocese appeared and responded in place of the Parish, identifying itself as the Archdiocese "erroneously named" as the Parish.

38.    In 1991, Planned Parenthood sued Holy Angels Catholic Church, a Parish ("Holy Angels"), and certain other defendants for injunctive relief. Planned Parenthood did not name the

---

[36] *Id.*

[37] *Id.* at pp. 55-56 ("The four high schools owned and operated by the Archdiocese also have formal endowment funds.").

[38] *Id.* at p. 192.

[39] *Id.* at pp. 192-94.

[40] Michael Dec. at ¶22.

4907-9040-4486.9 05068.002

1   Archdiocese as a defendant.  The Archdiocese nevertheless filed an Answer for itself, erroneously
2   sued as Holy Angels.[41]

3       39.     The Archdiocese opposed injunctive relief sought by Planned Parenthood and
4   explained that it was appearing for Holy Angels because the Parish is not a separate legal entity.[42]
5   The Archdiocese submitted two declarations in support of its opposition to injunctive relief, and
6   the declarants testified under oath that the Archdiocese owns and operates Holy Angels and Holy
7   Angels is not a legal entity separate from the Archdiocese.

8           a.     Father Edward Cleary, the former pastor of Holy Angels, declared under
9   penalty of perjury: "HOLY ANGELS is not a separate legal entity from the ARCHDIOCESE."[43]

10          b.      Monsignor James McKay, the Moderator of the Curia and Attorney-in-Fact
11  for the Archdiocese, declared under penalty of perjury: "I am personally familiar with the
12  structure, organization and operations of the ARCHDIOCESE. The ARCHDIOCESE is the owner
13  and operator of HOLY ANGELS CATHOLIC CHURCH, which is not a separate legal entity."[44]

14      40.     In other lawsuits filed against Parishes before the Petition Date, the Archdiocese
15  similarly responded for itself and for the "erroneously sued" Parish.

16          a.     In 2002, Mario Dell'olio sued the Archdiocese and a Parish known as
17  Cathedral of St. Mary of the Assumption for injuries sustained while employed by Sacred Heart
18  Cathedral Preparatory.  The Archdiocese answered the complaint, identifying itself as "sued
19  erroneously herein as Catholic Archdiocese of San Francisco and Saint Mary's Cathedral."[45]

20

---

21  [41] *See* Request for Judicial Notice ("RJN") at Exhibit 1 (*Planned Parenthood Ass'n of San Mateo
22  County v. Holy Angels Catholic Church et al.,* U.S.D.C. N.D. Cal., case no. C910850 WHO,
    Answer).

23  [42] *See* RJN at Exhibit 2 (*Planned Parenthood Ass'n of San Mateo County v. Holy Angels Catholic
24  Church et al.,* Opposition to Preliminary Injunction) at p. 1.

25  [43] *See* RJN at Exhibit 3 (*Planned Parenthood Ass'n of San Mateo County v. Holy Angels Catholic
    Church et al.,* Declaration of Father Edward Cleary) at ¶2.

26  [44] *See* RJN at Exhibit 4 (*Planned Parenthood Ass'n of San Mateo County v. Holy Angels Catholic
27  Church et al.,* Declaration of Msg. James P. McKay) at ¶¶2-3.

    [45] *See* RJN Exhibit 5 (*Dell'olio v. St. Mary's Cathedral, et al.,* Superior Court of San Francisco,
28  case no. CGC-02-407617, Complaint and Answer).

1      b.      In 2006, Adrian Branchcomb sued certain defendants, including a Parish

2  known as Most Holy Redeemer Church, for damages associated with the operation of a senior

3  center.  The Archdiocese answered the complaint, identifying itself as "incorrectly sued as 'Most

4  Holy Redeemer Church.'"[46]

5      c.      In 2008, Maureen Zane sued the Archdiocese and a Parish parochial school

6  known as Our Lady of Angels School for wrongful termination. Judgment after arbitration was

7  entered against the Archdiocese, alone "(sued erroneously herein as The Roman Catholic

8  Archdiocese of San Francisco and Our Lady of Angels School)."[47]

9      d.      In 2008, John Batty-Sylvan sued the Archdiocese "doing business as" a

10  Parish known as St. Philips Church and also sued the Parish.  The Archdiocese answered for itself,

11  "sued erroneously" as a dba and as the Parish.[48]

12      e.      In 2020, Cheryl Belloni sued the Archdiocese for employment

13  discrimination at a Parish known as St. Isabella Church.  The plaintiff alleged over 30 years of

14  employment as the Parish secretary, Parish head of human resources, and as Parish bookkeeper.

15  The Archdiocese answered the complaint and acknowledged that the Archdiocese was Belloni's

16  employer.[49]

17      f.      In 2020, Marc Crowther sued the Archdiocese and other defendants,

18  including the Parishes known as Saint Cecilia Catholic Church and Mission Dolores Parish, for

19

20

21

22  [46] *See* RJN at Exhibit 6 (*Adrian Branchcomb et al. v. Lorea Hubbard et al.,* Superior Court of San

23  Francisco, case no. CGC-06-454413, Complaint and Answer).

[47] *See* RJN at Exhibit 7 (*Zane v. The Roman Catholic Archdiocese of San Francisco et al.,*

24  Superior Court of San Francisco, case no. CGC-08-482171, Complaint and Judgment Following

25  Arbitration Award.

[48] *See* RNJ at Exhibit 8 (*John Batty-Sylvan et al. v. Archdiocese of San Francisco et al.,* Superior

26  Court of San Francisco, case no. CGC-08-476325, First Amended Complaint and Answer to First

27  Amended Complaint).

[49] *See* RJN Exhibit 9 (*Belloni v. Archdiocese of San Francisco,* USDC N.D. Cal., case no. 13-cv-

28  03509 KAW, Complaint and Answer).

sexual abuse. The Archdiocese appeared for itself as "erroneously sued" under the names of the Parishes.[50]

41.     At the 341 meeting in this bankruptcy case, the Archdiocese's litigation defense counsel explained that the Parishes have not appeared in sexual abuse lawsuits because they "do not exist":

> Q [Stang]: Have any of the parishes retained counsel separate from Mr. Gaspari's firm to defend them in those abuse claim—in those abuse cases?
>
> A [Gaspari]: **I can answer that question and the question is well, not only no, but parishes have not appeared in any of those lawsuits.**
>
> Q [Stang]: Appeared meaning they're not named or they haven't made appearances in court?
>
> A [Gaspari] In some instances they were named, but there have been no appearances. **They do not exist.**[51]

42.     In response to the Committee's interrogatory asking why the Archdiocese has appeared in civil litigation that named a Parish as a defendant, the Parishes objected and responded that they don't know why the Archdiocese appeared for them:

> Sometimes, the Archdiocese is named as a co-defendant in cases in which a Parish is a named defendant. The decision to name the Archdiocese as a defendant is a decision made by the plaintiff in an action, and the Parishes cannot speak to the reasons as to why a plaintiff may make that decision. **In general, the Parishes are not knowledgeable about the reasons why the Archdiocese has appeared in certain civil litigation matters in which a Parish is named as a defendant.**[52]

**b. The Archdiocese Appeared for the High Schools in Lawsuits That Name a High School as a Defendant.**

43.     Like the Parishes, before the Petition Date, when a High School was named as a defendant in cases identified below, the Archdiocese appeared and responded for the High School, identifying itself as the Archdiocese "erroneously sued" as the High School.

44.     In 2014, Kimberly Bohnert, a former biology teacher, sued Junipero Serra High School and the Archdiocese for sexual harassment. The Archdiocese responded for itself "erroneously sued as Junipero Serra High School" and moved to dismiss claims under the Fair

---

[50] *See* RJN Exhibit 10 (*Crowther v. Archdiocese of San Francisco, et al.,* Superior Court of San Francisco, case no. CGC-20-564238, Complaint and Declaration).

[51] Michael Dec., Exhibit 20 (341 Tr. Dated Oct. 12, 2023) at 39:2-9 (emphasis added).

[52] *Id.* at Exhibit 21 (Parishes' Fifth Supp. Response to Interrogatories) at Response No. 11.

Employment and Housing Act (FEHA) on the ground that the High School "is not a separate legal entity. Indeed, it is part of the Archbishop Corporation [the corporation sole]."[53]

45. After the plaintiff amended her complaint, the Archdiocese answered and moved for summary judgment on several grounds, including because the High School "is part of the Corporation Sole and not a separate legal entity."[54]

46. The Archdiocese submitted a declaration by Maureen Huntington, the Archdiocese's former Superintendent of Catholic Schools, in support of its motion for summary judgment in the *Bohnert* case. Ms. Huntington declared under penalty of perjury that she had personal knowledge "of the Corporation Sole's business operations and structure, including the schools that it owns, operates, and maintains." She further declared:

> Since at least March 1, 2002, the Corporation Sole has owned, operated and maintained Junipero Serra High School ("Serra"), a religious, non-profit all boys college preparatory high school. **Serra does not exist as a separate legal entity. Rather, it is wholly owned and operated as part of the Corporation Sole.**[55]

47. The District Court held that undisputed material facts established that Junipero Serra High School is not a separate legal entity from the Archdiocese.[56]

48. In 2016, Matthew Gallegos, a former library director at Archbishop Riordan High School sued the Archdiocese for employment retaliation and civil rights violations under Title VII

---

[53] *See* RJN Exhibit 11 (*Bohnert v. Junipero Serra High School, et al.,* U.S.D.C. N.D. Cal., case no. 14-cv-02854, Reply in Support of Motion to Dismiss) at 1:16-17. *See also* Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, 67 F. Supp. 3d 1091, 1096-97 (N.D. Cal. 2014).

[54] *See* RJN Exhibit 12 (*Bohnert v. Junipero Serra High School, et al.,* U.S.D.C. N.D. Cal., case no. 14-cv-02854, Defendant's Notice of Motion and Motion for Summary Judgment) at 1:18-21.

[55] *See* RJN Exhibit 13 (*Bohnert v. Junipero Serra High School, et al.,* U.S.D.C. N.D. Cal., case no. 14-cv-02854, Declaration of Marueen Huntington in Support of Defendant's Motion for Summary Judgment) at ¶4 (emphasis added).

[56] *Bohnert v. Roman Catholic Archbishop of San Francisco,* 136 F. Supp. 1094, 1111-13 (N.D. Cal. 2015).

4907-9040-4486.9 05068.002

1    of the Civil Rights Act of 1964.  Gallegos alleged a hostile environment at the High School.  The

2    Archdiocese answered the complaint for itself and acknowledged that it was Gallego's employer.[57]

3        49.    In 2016, Frank Oross and William Watters sued the Archdiocese for civil rights

4    violations, alleging a hostile environment at Archbishop Riordan High School in connection with

5    their employment at the High School.  The Archdiocese answered the complaint for itself and

6    acknowledged that it was the plaintiffs' employer.[58]

7        50.    In December 2022, an abuse survivor sued the Archdiocese and Marin Catholic

8    High School for damages. The Archdiocese moved to add the case to coordinated proceedings

9    pending in Alameda County.  Defense counsel filed a declaration for the Archdiocese

10   "erroneously sued as Marin Catholic High School."[59]

11       **c.  The Archdiocese Appeared for the Cemeteries in Lawsuits That Name a
             Cemetery as a Defendant.**

13       51.    The Cemeteries have not appeared in their own names or for themselves in any

14   civil lawsuit.[60]

15       52.    Before the Petition Date, John Tamburini sued the Archdiocese and Holy Cross

16   Catholic Cemetery for personal injuries at the cemetery.  The Archdiocese appeared for the

17   Cemetery, identifying itself as the Archdiocese "also sued erroneously as Holy Cross Cemetery."[61]

18

19

---

[57] *See* RJN Exhibit 14 (*Gallegos v. The Roman Catholic Archbishop of San Francisco and Does 1-5,* U.S.D.C. N.D. Cal., case no. 16-cv-01588, First Amended Complaint and Answer to First Amended Complaint). *See* Answer at ¶2.

[58] *See* RJN Exhibit 15 (*Oross et al. v. The Roman Catholic Archbishop of San Francisco and Does 1-5,* U.S.D.C. N.D. Cal., case no. 16-cv-02489, First Amended Complaint and Answer to First Amended Complaint).  *See* Answer at ¶2.

[59] *See* RJN Exhibit 16 (*In re Northern California Clergy Cases,* Alameda Superior Court, JCCP No. 5108, Declaration and attached complaint).

[60] Michael Dec. at Exhibit 22 (Cemeteries' Responses to Requests for Admission) at Response No. 14.

[61] *See* RJN Exhibit 17 (*John Tamburini v. The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery, and Does 1 to 10*; Superior Court of San Francisco, case no. CGC-14-543352, Complaint and Answer).

53.     Before the Petition Date, certain plaintiffs sued the Archdiocese and Mt. Olivet Cemetery for breach of contract and negligence in connection with a burial.  The Archdiocese appeared for itself, identifying itself as "erroneously sued herein as Archdiocese of San Francisco and Mt. Olivet Cemetery (hereinafter, the 'Archbishop')."[62]

### d.  Vallombrosa Has Not Appeared in Civil Lawsuits.

54.     Apart from this adversary proceeding, Vallombrosa has not appeared in any civil lawsuit, with or without the Archdiocese, in the last twenty years.[63]

## D.   The Archdiocese and Its Policies Govern the Division Defendants' Operations and Finances.

55.     The website for the Archdiocese (www.sfarch.org) includes an electronic link for "Resources," which includes a further link to "Parish Resources."  The parish resources are located at www.sfparishconnect.com, which includes an index of the Archdiocese's policies.[64]

56.     The Archdiocese operates and maintains the parish resource website (www.sfparishconnect.com).[65]

57.     The Archdiocese publishes a document entitled, "Parish and School Financial Policy and Parish/School Financial Accounting and Reporting System," available on the parish resource website, listed alphabetically under "F" as "Financial Policies and Procedures and Accounting Reporting System (Parishes/Schools)."[66] The Parish and School Financial Policy includes the following requirements or statements:

a.     "All parishes will follow a uniform chart of accounts to facilitate reporting to the parishioners, the Parish Finance Council and the Archdiocese."[67]

---

[62] *See* RJN Exhibit 18 (*Antone Sousa et al. v. Archdiocese of San Francisco, Mt. Olivet Cemetery, and Does 1 to 100;* Superior Court of San Francisco, case no. CGC-03-418417, Complaint and Answer).

[63] Michael Dec. at Exhibit 23 (Vallombrosa's Responses to Interrogatories) at Response 6.

[64] Michael Dec. at ¶27.

[65] *Id.* at Exhibit 24 (Parishes' Responses to Requests for Admission) at Response No. 32.

[66] *Id.* at Exhibit 25 (Financial Policies and Procedures).

[67] *Id* at p. A1 (emphasis added).

b.	"All Parish Finance Councils will follow established Archdiocesan Guidelines and participate in **Archdiocesan** training sessions for priests, administrators and Parish Finance Council members."[68]

c.	"All parishes will participate in a coordinated payroll system . . . . No employee will be paid outside of the coordinated payroll system."[69]

d.	"All parish accounts in financial institutions will be included on the **annual parish financial report** and subject to the audit-review process. The **Archdiocese** will obtain comprehensive lists of all parish accounts from financial institutions and will compare the listing of the accounts with the listings contained in the annual parish reports."[70]

e.	"Parish surplus funds, defined as amounts in excess of two months non-school operating cash expenditures of the parish for the previous fiscal year, must be deposited in the Capital Assets Support Corporation Parish Deposit and Loan Fund in accordance with Policy on Investment of Parish Surplus Funds."[71]

f.	"A copy of the parish annual report must be submitted to the Chancery Office by August 31 for each year."[72]

g.	"A copy of the parish school's annual financial report must be submitted to the Archdiocesan Department of Education in August of each year."[73]

h.	"All parish and school employees without exception, will be paid through the Archdiocesan coordinated payroll system."[74]

i.	Any "school or parish school, agency, department or parish" wishing to conduct a capital or endowment campaign must "submit a case statement and plan to the

---

[68] *Id* at p. A1 (emphasis added).

[69] *Id* at p. A1.

[70] *Id* at p. A1 (emphasis added).

[71] *Id* at p. C1 (emphasis added).

[72] *Id* at p. C4.

[73] *Id* at p. C4.

[74] *Id* at p. C5 (emphasis in original).

4907-9040-4486.9 05068.002

appropriate Archdiocesan authorities. . . for approval," then must submit the materials to the Archdiocese Stewardship Office for its approval.[75]

        j.      Involvement in endorsement or promotion of a commercial enterprise or its product or service for financial incentives is prohibited for "the Archdiocese and its parishes, schools or institutions."[76]

        k.      "No parish or school or agency may invest funds in equites/bond outside of [the] Archdiocesan pooled investment program. Any parish, school, agency or institution which reserves stocks as a surplus must immediately convert that stock to cash."[77]

        l.      "In order to be valid, a formal endowment must be approved in writing by the Archbishop of San Francisco."[78] The same is true for parish endowment funds, "no Pastor has the authority to unilaterally set up an endowment."[79]

        m.      "All School Endowment funds shall be invested in the Archdiocesan Investment Pool."[80] The same is true for parish endowment funds.[81]

        n.      "No parish, school, agency, institution or other entity of the Archdiocese may loan any funds or advance any salary payments without the written authorization of the Archbishop, Moderator of the Curia or Vicar for Administration."[82]

        o.      "It is essential that Pastors, Parochial Vicars & Principals, Directors of Parish Programs, etc. keep in mind that they are not authorized to sign 'Contracts', 'Agreements', 'Memorandums of Understanding' and the like which exceed $10,000 in amount or one year in duration. Additionally no employment contracts (regardless of amount of duration) may be signed

---

[75] *Id* at p. D4.

[76] *Id* at p. D9.

[77] *Id* at p. E1 (emphasis added).

[78] *Id* at p. F1 (emphasis added).

[79] *Id* at p. F2.

[80] *Id* at p. F1.

[81] *Id* at p. F2.

[82] *Id* at p. G3.

16

unless approved by the Offices of the Vicar General & Legal Counsel except those specifically authorized through the Office of Catholic Schools. Finally, no modifications or amendments may be made to any approved contract forms without the prior review and approval by the above-mentioned offices."[83]

p. "It is the policy of the Archdiocese of San Francisco not to allow any of its entities to incur any debt without the written approval of the Archbishop or a Vicar General. . . . This policy pertains to all Archdiocesan institutions, corporations, and agencies including but not limited to the following: 1. Parishes (The Roman Catholic Archbishop of San Francisco, a corporation sole) 2. Archdiocesan elementary/high schools 3. Other entities . . . d) Catholic Cemeteries."[84]

q. When a Division contemplates "construction or renovation"—including "all roofing and electrical projects over $10k and all other projects over $15k"—the entity must work with the Building Committee, must use an Architect from "the approved Archdiocese list of Architects," seek approval from the Archbishop and the Building Committee, and must get the Vicar of Administration's signature on contracts over $15,000.[85]

r. "Parishes, institutions and entities of the Archdiocese have the choice of two options when requesting bids for general contractor services: the competitive bid process and the negotiated bid process. In either case, the following procedures must be adhered to, and any deviation requires prior written approval from the Archdiocesan Building Committee."[86]

s. "In light of the many and varied charitable, religious and educational works which are carried on under the auspices of the Roman Catholic Church, the Archdiocese of San Francisco is, by necessity, a major property holder. Inasmuch as these properties include such things as church and school buildings, halls and auditoriums, kitchens, offices and recreational facilities, the parish, schools and agencies of the Archdiocese are frequently approached by

---

[83] *Id* at p. H1.

[84] *Id* at p. H1 (emphasis added).

[85] *Id* at pp. J1-J2 at ¶¶1, 2, 8 (emphasis in original).

[86] *Id* at p. J16.

4907-9040-4486.9 05068.002

outside individuals and organizations with a request to utilize these facilities. . . . While this policy applies only to entities under the civil law auspices of the Archbishop of San Francisco it should serve as a helpful reference tool for other Catholic organizations in the Archdiocese of San Francisco…."[87]

        t.     "Any use of parish grounds by outside organizations (Catholic or otherwise) must be conditioned on the signing of the applicable standard Archdiocesan User/Lease form."[88]

        u.     "No parish, school or agency may initiate legal action or formally engage the services of outside legal counsel without the approval of, and continued oversight by, the Archdiocesan Legal Office."[89]

58.     The Parish and School Financial Policy is listed on the parish resource website under D for the "Department of Catholic Schools - Financial Policies," and the policy or a similar version of it applies to the High Schools.[90]

59.     The Parish and School Financial Policy prohibits the Parishes, High Schools, and Cemeteries from incurring debt without the approval of the Archbishop or the Vicar General.[91]

60.     The Parish and School Financial Policy includes accounting and reporting procedures titled "Parish/School Financial Accounting and Reporting System."[92]  The Parish/School Financial Accounting and Reporting System directs, among other matters, the following:

---

[87] *Id.* at p. K1 (emphasis added).

[88] *Id.* at p. K3 (emphasis in original).

[89] *Id.* at p. M1.

[90] *Id.* at pp. D2 (Stewardship & Development), F1 (Endowments), H1 (Contracts, Debts & Capital Asset Leases), and J3 (Building and Renovation Policies and Procedures). *See also* Michael Dec. at Exhibit 26 (ARHS' Responses to Requests for Admission) at Response Nos. 2-3, Exhibit 27 (HS Financial Policies) and Exhibit 28 (HS Policy and Procedures).

[91] Footnote 83 *supra,* Exhibit 25 at p. H1, ¶B.

[92] *Id.* at p. PARISHES_636 (Parish/School Financial Accounting and Reporting System).

4907-9040-4486.9 05068.002

a. Parishes and schools must follow a uniform chart of accounts and use uniform codes for categories and subcategories of assets, liabilities, revenues, and expenses.[93]

b. Standardized reporting "ensures that at the Archdiocesan level comparison from parish to parish or school to school can be made without major variances in interpretations of how parish/school activity is reported."[94]

c. Parishes and schools must submit annual financial reports (a "reporting package") to the Archdiocese.[95]

61. The Parishes and High Schools acknowledge that they must submit annual financial reports to the Archdiocese in a specified format for review by the Archdiocese, consistent with the Parish/School Financial Accounting and Reporting System.[96]

62. The Archdiocese specifies procedures for how the High Schools must account for fixed assets.[97]

63. The Archdiocese has reading access to the High Schools' and Parishes' general ledger and accounting system.[98]

---

[93] *Id.* at p. PARISHES_637 ("The Uniform Chart of Accounts is essential for the parish/school to use in recording the financial transactions of the unit. A standard account structure throughout the Archdiocese ensures that a standard of control and reporting consistency exists.").

[94] *Id.* at PARISHES_637.

[95] *Id.* at PARISHES_639 ("[T]his booklet includes a reporting package that is required to be submitted annually to the Archdiocese for each parish and school.").

[96] Michael Dec. at Exhibit 24 (Parishes' Responses to Requests for Admission) at Response No. 22; Exhibit 26 (ARHS Responses to Requests for Admission) at Response No. 37; *see also* Exhibit 29 (Archdiocesan High Schools Financial Procedures Manual, including uniform chart of accounts) at A1; Exhibit 30 at p. 10 (Serra must comply with reporting requirements "as outlined in the ADSF High School Financial Policies and Procedures Manual."), Exhibit 27, *supra* at A1 ("The High Schools will adhere to the internal financial accounting controls as documented in the ...High School Policies and Procedures Manual.").

[97] *Id.* at Exhibit 31 (Fixed Asset Accounting Policy and Procedures).

[98] *Id.* at Exhibit 26 (ARHS Responses to Requests for Admission) at Response No. 38; Exhibit 32 (JSHS Responses to Requests for Admission) at Response No. 20; Exhibit 33 (MCHS Responses to Requests for Admission) at Response No. 36; *see also* Michael Dec., Exhibit 20 (341 Tr. Dated Oct. 12, 2023) at 48:3–18.

64. The Archdiocese publishes a policy titled, "Catholic Cemeteries and Burial" ("Burial Policy"), available on the parish resource website under "C" for "Cemeteries."[99] The Burial Policy states: "The Catholic Cemetery Department has responsibility for the burial and care of the burial places of the deceased members of the Catholic community of the Archdiocese of San Francisco."[100]

65. The Archdiocese publishes personnel handbooks applicable to the Parishes (including parochial schools) and the High Schools, available on the parish resource website under "P" for "Personnel Handbook (Parishes/Schools)."[101]

    a. The Parish Employee Handbook applies to all lay employees who work for a Parish "operated by the Archdiocese."[102]

    b. According to the Parishes, the Parish Employee Handbook is an example of the Archdiocese's authority over Parish administration.[103]

    c. The Archdiocese notes in the Parish Employee Handbook that, "[b]y virtue of creating this Employee Handbook, the Archdiocese does not surrender its civil law rights, and the Archdiocese reserves the right to revise or discontinue the policies, procedures and benefits described in this Handbook and to institute new policies, procedures and benefits **at its sole discretion**."[104]

    d. "[N]o addition, change or variation of the any of the terms of this Handbook will be effective unless it is included in a written addendum promulgated by the Pastor and **signed by the Archbishop, Vicar General, or Archdiocesan Vicar for Administration.**"[105]

---

[99] *Id*. at Exhibit 34 (Burial Policy).

[100] *Id*. at p. OCC AVP6352.

[101] *Id*. at Exhibit 35 ("Parish Employee Handbook"); and Exhibit 36 ("School Employee Handbook").

[102] *Id.* at Exhibit 35 at p. PARISHES_5612.

[103] *Id.* at Exhibit 24 (Parishes Responses to Requests for Admission) at Exh. C and Response No. 34.

[104] *Id.* at Exhibit 35 (Parish Employee Handbook) at p. PARISHES_5612.

[105] *Id.*

4907-9040-4486.9 05068.002

e.    "No one, aside from the Archbishop, Vicar General or the Vicar for Administration, has the authority to enter into a contract of employment, express or implied with any employee. Any binding commitments regarding your employment must be in writing with the written approval of the Pastor **and signed by the Archbishop, Vicar General or the Vicar for Administration**."[106]

f.    Any Parish employee's "at-will" employment "may be revised, deleted or superseded only by written employment agreement **signed by the Archbishop, Vicar General or the Vicar for Administration.**"[107]

g.    The Parish Employee Handbook specifies lunch and rest periods, as well as the terms for overtime, make-up time, work on a designated holiday, and mileage reimbursement for parish employees.[108]

h.    The Parish Employee Handbook controls a range of employment issues, including background checks, compensation and pay periods, and workplace policies and procedures.[109]

i.    The School Employee Handbook applies to all lay employees who work for a school "operated by the Archdiocese."[110]

j.    The School Employee Handbook can only be varied by written addendum, signed by the Archbishop, Vicar General, or Vicar for Administration.[111]

k.    No one, aside from the Archbishop, Vicar General, or Vicar for Administration, has authority to enter into an employment contract with a school employee.[112]

---

[106] *Id.*

[107] *Id.* at p. PARISHES_ 5620.

[108] *Id.* at pp. PARISHES_5629-32.

[109] *Id.* at pp. PARISHES_5614-18.

[110] *Id.* at Exhibit 36 (School Employee Handbook) at p. PARISHES_4753.

[111] *Id.*

[112] *Id.* at pp. PARISHES_4753-54.

4907-9040-4486.9 05068.002

l.     Independent contractors whose compensation exceeds $10,000 in amount or one year in duration must be retained under a written contract signed by the Archbishop, Vicar General, or Vicar for Administration.[113]

m.     Like the Parish Employee Handbook, the School Employee Handbook governs a range of employment issues, including background checks, compensation and pay periods, and workplace policies and procedures.[114]

66.    The Parish Employee Handbook applies to lay employees of Vallombrosa.[115]

67.    The School Employee Handbook applies to Archbishop Riordan High School, Junipero Serra High School ████████████████████████████████████████[116]

68.    ██████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████

69.    The Archdiocese publishes a "Policy Regarding Conflicts of Interest & Confidentiality," on the parish resource website under "Conflicts of Interest," applicable to certain employees working for the High Schools and Cemeteries.[118]

70.    The Archdiocese publishes a document titled, "Quickbooks Guide: Sign In and Navigation" on the parish resource website under "Accounting."[119]

---

[113] *Id.* at p. PARISHES_4760.

[114] *Id.* at pp. PARISHES_4795-99 (table of contents).

[115] *Id.* at Exhibit 37 (Vallombrosa Responses to Requests for Admission) at Exh. C and Response No. 3.

[116] *Id.* at Exhibit 26 (ARHS Responses to Requests for Admission) at Response No. 4; Exhibit 32 (JSHS Responses to Requests for Admission) at Response No. 4 ██████████████████████
██████████████

[117] *Id.* at Exhibit 39.

[118] *Id.* at Exhibit 40 ("The following individuals are covered by this policy: ...Senior Lay Management of the Archdiocese, including: ... Superintendent of Schools, ... Director of Cemeteries ... Archdiocesan High School Senior Management, including President, Principal, Business Manager or Finance Director, Director of Development/Advancement.").

[119] *Id.* at Exhibit 24 (Parishes Responses to Requests for Admission) at Exh. B and Response No. 33.

4907-9040-4486.9 05068.002

71.     The Archdiocese publishes a "Policy Regarding Use and Monitoring of Internet, E-Mail, and Other Technology," on the parish resource website under "Internet Technology." By its terms, the policy applies to all clergy, volunteers, and other users accessing computers "of Archdiocesan departments, agencies, parishes, and schools."[120]

72.     The Archdiocese administers the payroll for each Parish, as well as the High Schools and Vallombrosa.[121]

E.   **The Archdiocese Appoints Leadership for the Division Defendants.**

a.   **The Archdiocese Appoints Leadership for the Parishes.**

73.     The Archbishop appoints a pastor or administrator for each Parish.[122] The Archbishop can remove the pastor or administrator for each Parish.[123]

74.     The Archbishop remains solely responsible for the assignment of all priests in the Archdiocese (with input from a priest personnel board).[124]

75.     The Archdiocese has authority to close or suppress a Parish.[125]

b.   **The Archdiocese Appoints Leadership for the High Schools.**

76.     The Archbishop appoints the President of each High School.[126]

---

[120] *Id.* at Exhibit 26 (ARHS Responses to Requests for Admission) at Exh. F and Response No. 7; Exhibit 32 (JSHS Responses to Requests for Admission) at Exh. F. and Response No. 7; *see also* Exhibit 35 (Parish Employee Handbook) at pp. PARISHES_5723-32; and Exhibit 38 (Marin handbook) at p. 17.

[121] *Id.* at Exhibit 24 (Parishes Responses to Requests for Admission) at Response No. 18; Exhibit 37 (Vallombrosa Responses to Requests for Admission) at Response No. 25. *See also* Passarello Dec. [Main Docket No. 14] ¶32.

[122] *Id.* at Exhibit 24 (Parishes Responses to Requests for Admission) at Response No. 6.

[123] *Id.* at Exhibit 35 (Parish Employee Handbook) at p. PARISHES_5711; Exhibit 21 (Parishes Fifth Supp. Response to Interrogatories) at Response No. 1.

[124] *Id.* at Exhibit 41 (Priest Personnel Board) at §§ 2110, 2130, 2220.

[125] *Id.* at Exhibit 24 (Parishes Responses to Requests for Admission) at Response No. 29.

[126] *Id.* at Exhibit 42 (MCHS Responses to Interrogatories) at Response No. 1, Exhibit 43 (JSHS Responses to Interrogatories) at Response No. 1, Exhibit 44 (ARHS Responses to Interrogatories) at Response No. 1.

77.     The Department of Catholic Schools, a department of the Archdiocese, oversees the High Schools.[127]

78.     The Superintendent of the Department of Catholic Schools supervises the President of each High School and reports to the Archbishop on matters pertaining to governance and leadership of the High School.[128]

79.     The Presidents of Junipero Serra High School and Archbishop Riordan High School are each subject to a written employment agreement signed on behalf of the Archdiocese.[129]

**c.     The Archdiocese Is the Signatory to the High Schools' Collective Bargaining Agreement.**

---

[127] *See, e.g., id.* at Exhibit 32 (JSHS Responses to Requests for Admissions) at Response No. 11; Exhibit 26 (ARHS Responses to Requests for Admission) at Response No. 14 (subject to oversight); Exhibit 33 (MCHS Responses to Requests for Admission) at Response No. 13 (School President reports to Department of Catholic Schools); and Exhibit 19 (Quinquennial Report) at pp. 5-6, 15.

[128] *See, e.g., id.* at Exhibit 43 (JSHS Responses to Interrogatories) at Response No. 12 (DCS supervises President and reports to Archbishop regarding governance and leadership); Exhibit 44 (ARHS Responses to Interrogatories) at Response No. 14 (DCS reviews contracts regarding President).

[129] *Id.* at Exhibit 32 (JSHS Responses to Request for Admission) at Response No. 28; Exhibit 26 (ARHS Responses to Requests for Admission) at Response No. 29.

[130] *Id.* at Exhibit 33 (MCHS Responses to Requests for Admission) at Exh. G and Response No. 8 (Valdez employment agreement).

[131] *Id.* at (Valdez employment agreement) p. 1.

[132] *Id.* at (Valdez employment agreement) p. 8.

81. The collective bargaining agreement ("<u>CBA</u>") governing lay teachers working at the High Schools is between the Archdiocese and the local union. The CBA is signed by the Superintendent of Schools on behalf of the Archdiocese in its capacity as the employer.[133]

82. The CBA states that the Archdiocese operates and maintains the High Schools.[134]

83. The CBA states that the Superintendent has the exclusive right to administer the school system and to impose policies consistent with Catholic principles.[135]

84. The 2025-2028 CBA was entered by the Archdiocese after the Petition Date, and similarly reflects operation and maintenance of the High Schools by the Archdiocese.[136]

**d. The Archdiocese Appoints Leadership for the Cemeteries.**

85. The Archbishop appoints the Director of Cemeteries who reports to the Archbishop.[137]

86. The Archbishop assigns the Director of Cemeteries and Vicar of Administration to an advisory board, and five other members are appointed by the Archbishop, the Director of Cemeteries, or by a majority of the board. Meetings of the advisory board are scheduled and conducted by the Director of Cemeteries, acting as chairman, or in that person's absence by the Vicar of Administration, acting as vice chairman.[138]

87. Individuals who work at the Cemeteries are W-2 employees of the Archdiocese.[139]

**e. The Archdiocese Appoints Leadership for Vallombrosa.**

88. The Archbishop appoints the Director of Vallombrosa.[140]

---

[133] *Id.* at ███████████████ ; Exhibit 46 (2025-28 CBA) at pp. 1, 42.

[134] *Id.* at ███████ ; Exhibit 46 at p. 7.

[135] *Id.* at ███████ ; Exhibit 46 at p. 8.

[136] *Id.* at Exhibit 46 (2025-28 CBA) at pp. 1-2, 7-8, 42.

[137] *Id.* at Exhibit 49; Cemeteries Answer [Docket No. 65] ¶64.

[138] Cemeteries Answer [Docket No. 65], ¶63.

[139] Michael Dec., Exhibit 22 (Cemeteries Responses to Requests for Admission) at Response No. 15.

[140] *Id.* at Exhibit 37 (Vallombrosa Responses to Requests for Admission) at Response No. 20.

4907-9040-4486.9 05068.002

89.     The Director may accept or decline the advice from a consultative body known as the Vallombrosa Advisory Board.[141]

90.     Ex-officio members of the Vallombrosa Advisory Board include the Vicar General and Chief Financial Officer of the Archdiocese.[142]

91.     Employees of Vallombrosa are subject to policies promulgated by the Archdiocese that are available on the parish resource website, addressed above, including the Parish employee handbook, the policy for working with children, and internet use policy.[143]

**F.    The Archdiocese's Internal Documents Identify the Cemeteries, Schools, and Vallombrosa as Divisions or Departments.**

92.     █████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████

93.     ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████

94.     The 2021 organization chart for the Cemeteries refers to itself as the Catholic Cemeteries Department and similarly shows that the Director of Cemeteries (Monica Williams) reports to the Moderator of the Curia/ Vicar for Administration (Rev. Summerhays), who consults with the Cemetery Department Advisory Board, and in turn reports to the Archbishop.[146]

---

[141] *Id.* at Response Nos. 17-18.

[142] *Id.* at Response No. 19.

[143] *Id.* at Response Nos. 3, 5-7.

[144] *Id.* at Exhibit 47.

[145] *Id.* at Exhibit 48.

[146] *Id.* at Exhibit 49; *see also* Cemeteries Answer [Docket 65], ¶64.

95.     The Cemetery Department Advisory Board advises the Cemeteries.  Bylaws for the Cemetery Department Advisory Board state that the board's purpose is "to ensure that this traditional responsibility [of interment] is carried out in the Archdiocese of San Francisco through *its Cemetery Department* in a manner befitting a corporal work of mercy."[147]

96.     Nothing in the bylaws of the Cemetery Department Advisory Board state that the Cemeteries are a separate legal entity, such as an unincorporated association.[148]

97.     ████████████████████████████████████████████
████████████████████████████████████

98.     ████████████████████████████████████████████
████████████████████████████

99.     Archbishop Riordan High School describes itself to job applicants as "an urban Catholic high school, *owned by the Roman Catholic Archdiocese of San Francisco*."  Applicants submit a resume and information to the High School, but the employment position is with the Archdiocese and subject to the following policy: "All employees of the Archdiocese of San Francisco and Department of Catholic Schools shall be employed without regard to race, color, sex, ethnic or national origin and will consider [sic] for employment, qualified applicants with criminal histories. (Administrative Handbook #4111.4)."[151]

100.     Archbishop Riordan High School's 2025-2026 Student-Parent Handbook states that the High School is "owned by the Roman Catholic Archdiocese of San Francisco."[152]

---

[147] *Id.* at Exhibit 50 (emphasis added); *see also* Cemeteries Answer [Docket No. 65], ¶62.

[148] *Id.* at Exhibit 50.

[149] *Id.* at Exhibit 51.

[150] *Id.* at Exhibit 52 (2013 Business Tax Certificate).

[151] *Id.* at Exhibit 26 (ARHS Responses to Request for Admission) at Response Nos. 9-11 and Exhibits G, H, and I (job announcements) (emphasis added).

[152] *Id.* at Exhibit 53 (parent student handbook) at ARHS103.

4907-9040-4486.9 05068.002

1      101.    Marin Catholic High School's 2025-2026 Parent/Student Handbook includes an

2  organization chart showing that the school's President reports to the "Archdiocesan

3  Superintendent" who reports to the "Archbishop of San Francisco."[153]

4      102.    The bylaws to the Advisory Board of Regents of Junipero Serra High School

5  describe the High School as "owned and operated by The Roman Catholic Archdiocese of San

6  Francisco."[154]

7      103.    The website for Vallombrosa ([www.vallombrosa.org](www.vallombrosa.org)) includes a link to its history

8  at ([www.vallombrosa.org/his2/](www.vallombrosa.org/his2/)) that states, "Vallombrosa was purchased by the Roman Catholic

9  Archdiocese of San Francisco in 1947 to serve as a retreat house for women."[155]

10 **G.** ███████████████████████████████████████████████
11 ████████████████████████

12      104.    ██████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████
15 █████████████████████████████

16      105.    ███████████████████████████████
17 ███████████████████████████████████████████████
18 ███████████████████████████████████████████████
19 ██████████████
20 █████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 █████████████

24

25 _____

26 [153] *Id.* at Exhibit 54 (parent student handbook) at MCHS341.

27 [154] *Id.* at Exhibit 55.
   [155] Michael Dec. at ¶60.

28 [156] *Id.* at Exhibit 56.

1 ████████████████████████████████████████████████████

2 ████████████████████████████████

3 106. ██████████████████████████████████████████████████

4 ██████████████████████████████████████████████████

5 ██████████

6 107. ██████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████

8 ████████████████

**H.   No Division Has Ever Held Property in Its Own Name.**

     **a.   The Archdiocese Holds Title to the Real Property Used by the Cemeteries and Vallombrosa.**

108.   The Archdiocese holds title to the real property that the Cemeteries use.[160]

109.   The Archdiocese acknowledges that it is the legal and beneficial owner of the real property used by the Cemeteries, and does not assert that the real property is held in trust for another's benefit.[161]

110. ████████████████████████████████████████████████

████████████████████████████████████████████████[162]

111. ████████████████████████████████████████████████

████████████████████████████████████████████████

[157] *Id.* at p. 1 (emphasis added).

[158] *Id.* at Exhibit 57.

[159] *Id.* at Exhibit 56 at p. 1, and Exhibit 57 at p. 1.

[160] Debtor's Amended Schedules [Docket 372] at pp. 25-27 of 145 (Schedule AB 55); Passarello Dec. [Docket 14], ¶34.

[161] Debtor's Statement of Methodology Regarding Statement of Financial Affairs [Docket 373] at pp. 4, 11. *See also* Michael Dec., Exhibit 22 (Cemeteries Responses to Requests for Admission) at Response No. 9.

[162] Michael Dec., Exhibit 58.

1 [REDACTED]

2 [REDACTED]

3 112. [REDACTED]

4 [REDACTED]

5 113.    The Archdiocese holds title to the real property that Vallombrosa uses in Menlo

6 Park, California.[165]

7 [REDACTED]

8

9

10

11

12

13    **b.  The Parishes and High Schools Have Never Held Title to Real Property.**

14    114.    The Archdiocese of San Francisco Parish and School Juridic Persons Real Property

15 Support Corporation ("RPSC"), is a "support" corporation created by the Archdiocese.  RPSC

16 holds legal title to the real property that the Parishes use.[168]

17    117.    RPSC holds title to the real property that the High Schools use.[169]

18    118.    The sole member of RPSC is the Archbishop.[170]

19

20 [163] *Id.* at p. CEMETERIES 373 (emphasis added).

21 [164] *Id.* at pp. CEMETERIES 373, 383, 394.

22 [165] Debtor's Statement of Methodology Regarding Statement of Financial Affairs [Docket 373] at p. 11; Vallombrosa Answer [Docket 61], ¶67.

23 [166] Michael Dec., Exhibit 37 (Vallombrosa Responses to Requests for Admission) at Response

24 Nos. 8-11 and Exhibits H-K; *see, e.g.,* the first page of each lease.

25 [167] *Id.* at pp. OCC APV3493, OCC AVP3512, OCC AVP3522, OCC AVP3501.

   [168] Parish Answer [Docket 66], ¶34.

26 [169] Michael Dec., Exhibit 33 (MCHS Responses to Requests for Admission) at Response No. 14;

27 Exhibit 32 (JSHS Responses to Requests for Admission) at Response No. 12.  *See also* RJN Exhibit 19 (Deed ASF to RPSC).

28 [170] Michael Dec., Exhibit 59 (RPSC Articles of Incorp.) at VIII.

119. If and when the RPSC is dissolved, all of its assets will be returned to the Archdiocese.[171]

120. RPSC received title to its real property by transfer from the Archdiocese in 2008.[172]

121. Before RPSC existed, a different archdiocesan corporation held legal title to all High School real property.[173]

122. The real property titled in RPSC is leased back to the Archdiocese on a yearly basis in exchange for payment of RPSC's annual operational costs. The Parishes and High Schools are not a party to the lease.[174]

123. There is no lease between the Archdiocese and the Parishes or between the Archdiocese and the High Schools for the real property that they use.[175]

I. ███████████████████████████████████████

124. ██████████████████████████████████
█████████████████████████████████████
████████████

125. ██████████████████████████████████
███████████████████████████████████████
████████████

126. ██████████████████████████████████
█████████████████

███████████████████████████████████████
██████████████

---

[171] *Id.* at VII.

[172] *See* RJN Exhibit 19 (Deed ASF to RPSC).

[173] *See* RJN Exhibit 20 (Deed RCWC to ASF).

[174] Michael Dec., Exhibit 60 [Debtor 64780]. *See also* Parish Answer [Docket 53], ¶35.

[175] Michael Dec., ¶80.

[176] *Id.* at Exhibit 61.

[177] *Id.; see also* Exhibit 62 (Cemeteries Responses to Interrogatories) at Response No. 7.

[REDACTED]

127. [REDACTED]

**J. Before the Archdiocese Filed Bankruptcy, the Division Defendants Never Held Themselves Out as Unincorporated Associations.**

128. The Division Defendants have not produced any documents from before the Petition Date that identify the Division Defendants as unincorporated associations.[180]

129. The Division Defendants are not registered as unincorporated associations with the California Secretary of State.[181]

130. [REDACTED]

131. The Archdiocese represents to taxing authorities that the Parishes are exempt from tax because they are "part of: (X) The Roman Catholic Archbishop of San Francisco, a Corporation Sole."[184]

---

[178] *Id.* at Exhibit 61 at pp. CEMETERIES 0787-92 (emphasis added).

[179] *Id.* at pp. CEMETERIES 786-787.

[180] Michael Dec. at ¶81.

[181] Parish Answer [Docket No. 66] at ¶27; Michael Dec. at Exhibit 22 (Cemeteries Responses to Requests for Admission) at Response No. 7; m, 23 (Vallombrosa Responses to Requests for Admission) at Response No. 16. *See also* 3 High Schools Answer [Docket No. 63] at ¶27 (maintaining that unincorporated associations are not required to register).

[182] *See, e.g.,* Michael Dec., Exhibit 63.

[183] *Id.*

[184] *Id.* at Exhibit 64.

132. ████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████

**K. The Divisions Were Never Referred to or Treated as Legally Separate Until the Eve of Bankruptcy.**

  **a. Financial Statements of the High Schools and Cemeteries Changed.**

███ ████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████
███ ██████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███ ██████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████

136. *After the Petition Date*, by letter dated October 26, 2023 directed to the Archdiocese, BPM re-confirmed its engagement to audit the Central Administrative Office, eliminating any reference to the High Schools or the Cemeteries and stating that it supersedes the May 2023 Engagement. The engagement letter was submitted to the Bankruptcy Court in support

---

[185] *See, e.g., id.* at Exhibit 65 at ¶2 (Grant Thornton document) and 2019 990-T.

[186] *Id.* at Exhibit 66.

[187] *Id.* at Exhibit 67.

[188] *Id.* at Exhibit 68 (September 2023 engagement letter) ("This letter supersedes the letter sent on May 1, 2023 to the Roman Catholic Archbishop of San Francisco.").

of the Archdiocese's ordinary course professionals without any mention of the May 2023 BPM Engagement.[189]

137.     *After the Petition Date*, the audited financial statements for each of the High Schools *for the first time* describe each school as an "unincorporated association operating within the territory and supervision of" the Corporation Sole.

     a.     The audited financial statements of Marin Catholic High School for the years 2023-2022 dated April 12, 2024, and for the years 2024-2023 dated November 22, 2024, for the first time refer to the school as an unincorporated association.[190]

     b.     The audited financial statements of Archbishop Riordan High School for the years 2023-2022 dated April 12, 2024, and for the years 2024-2023 dated November 25, 2024, for the first time refer to the school as an unincorporated association.[191]

     c.     The audited financial statements of Junipero Serra High School for the years 2023-2022 dated March 28, 2024, and for the years 2024-2023 dated November 22, 2024, for the first time refer to the school as an unincorporated association.[192]

138.     *After the Petition Date*, the audited financial statements for the Cemeteries for the years 2023-2022 dated April 16, 2024, and for the years 2024-2023 dated November 22, 2024, for the first time describe the Cemeteries as an "unincorporated association operating within the territory and supervision of" the Corporation Sole.[193]

139.     *After the Petition Date*, and for the first time, BPM's auditor report and audited financial statements for the High Schools were addressed to the attention of the President of each High School instead of to the Archbishop's attention.[194]

---

[189] *See* Main Docket No. 304.

[190] Michael Dec., Exhibit 69 [MCHS 545 and 571].

[191] *Id.* at Exhibit 70.

[192] *Id.* at Exhibit 71.

[193] *Id.* at Exhibit 72.

[194] *Id.* at Exhibits 69-71 at p.1.

4907-9040-4486.9 05068.002

140.    *After the Petition Date*, and for the first time, BPM's auditor report and audited financial statements for the Cemeteries were addressed to the attention of the Director of Cemeteries for the Cemetery Department of the Archdiocese instead of the Archbishop.[195]

141.    The audited financial statements for Vallombrosa as of June 2023 (dated December 18, 2023) and June 2024 (dated March 6, 2025) continue to describe the center as an operating division of the corporation sole.[196]

**b. Just Months Before It Filed Bankruptcy, the Archdiocese for the First Time Entered Contracts with the Division Defendants.**

142.    On March 3, 2023, for the first time and just months before the Petition Date, the Cemeteries (through the Director of Cemeteries) and the Archdiocese entered a one-page Land Use Contract pursuant to which Cemeteries agreed to pay a land use fee for use of the real property owned by the Archdiocese.[197]

143.    On March 3, 2023, for the first time and just months before the Petition Date, the Archdiocese and the Cemeteries (through the Director of Cemeteries) entered a "Deposit Agreement with ADSF-Institutional Deposit & Loan" concerning funds held by the Archdiocese comprised of the Institutional Deposit & Loan Fund.[198]

█████    ████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████████████

145.    ████████████████████████████████████████████
████████████████████████████████████████████████████████

---

[195] *Id.* at Exhibit 72 at p. 1.

[196] *Supra,* Exhibits 16 and 17 at pp. Vallombrosa_802 and _989.

[197] *Id.* at Exhibit 22 (Cemeteries Responses to Requests for Admission) at Response No. 3 and Exh. C (Land Use Agreement).

[198] *Id.* at Exhibit 22 (Cemeteries Responses to Requests for Admission) at Response No. 4 and Exh. D (Deposit Agreement).

[199] *Id.* at Exhibit 73.

███████████████████████████████████████

██████████

146.    The Division Defendants do not have articles of association or other governing documents that reference their purported legal status as unincorporated associations.[201]

Dated:  February 19, 2026                    PACHULSKI STANG ZIEHL & JONES LLP


                                             By    /s/ Brittany M. Michael
                                                   James I. Stang
                                                   Brittany M. Michael (*Pro Hac Vice*)
                                                   Michael L. Cohen
                                                   Gail S. Greenwood

                                                   Attorneys for the Official Committee of
                                                   Unsecured Creditors

---

[200] *Id.* at Exhibit 74.

[201] Michael Dec., ¶82.