James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
          bmichael@pszjlaw.com
          ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| | Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **DECLARATION OF BRITTANY M. MICHAEL IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE DIVISION DEFENDANTS' ALLEGED SEPARATE LEGAL STATUS**<br><br>Date: March 26, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

I, Brittany M. Michael, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors of The Roman Catholic Archbishop of San Francisco (the "Committee"). I am duly admitted to practice law in the United States District Courts for the Southern and Western Districts of New York and the District of Minnesota, and admitted to practice *pro hac vice* in this case. I submit this declaration in support of *The Committee's Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status*, filed herewith. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 is a copy of the Articles of Incorporation of The Roman Catholic Archbishop of San Francisco (the "Archdiocese") that the Archdiocese produced to the Committee.

3. Attached as Exhibit 2 are copies of the audited financial statements of the Central Administrative Office of the Archdiocese prepared by BPM LLP formerly known as Burr Pilger Mayer, Inc. ("BPM") for the period as of June 30, 2021 and 2022. As of today's date, I can view this financial statement (described as the "latest financial statement") on the Archdiocese's website at https://sfarch.org/about/our-archdiocese/.

4. Attached as Exhibit 3 is a copy of a representation letter dated January 11, 2023 from the Archdiocese to BPM that BPM produced to the Committee.

5. Attached as Exhibit 4 are copies of audited financial statements of the Central Administrative Office of the Archdiocese prepared by BPM for the years as of (i) June 30, 2014 and 2015; (ii) June 30, 2015 and 2016; (iii) June 30, 2016 and 2017; (iv) June 30, 2017 and 2018; (v) June 30, 2018 and 2019; (vi) June 30, 2019 and 2020; (vii) and June 30, 2020 and 2021.

6. Counsel for the Archdiocese has advised the Committee that the Archdiocese does not have audited financial statements for the Central Administrative Office after June 30, 2022.

7. Attached as Exhibit 5 is a copy of an engagement letter dated April 19, 2016 from BPM, signed by the Archdiocese's CFO and the Archdiocese's Audit Committee Chair. BPM produced the letter to the Committee.

8. Attached as Exhibit 6 are copies of audited financial statements prepared by BPM for the Cemeteries as of June 30, 2021 and 2022.

9. Attached as Exhibit 7 are copies of audited financial statements prepared by BPM for the Cemeteries as of (i) June 30, 2011 and 2012; (ii) June 30, 2012 and 2013; (iii) June 30, 2013 and 2014; (iv) June 30, 2015 and 2016; (v) June 30, 2016 and 2017; (vi) June 30, 2017 and 2018; (vii) June 30, 2018 and 2019; (viii) June 30, 2019 and 2020; and (ix) June 30, 2020 and 2021.

10. Attached as Exhibit 8 are copies of audited financial statements of Marin Catholic High School prepared by BPM as of June 30, 2021 and 2022.

11. Attached as Exhibit 9 are copies of audited financial statements for Marin Catholic High School prepared by BPM as of (i) June 30, 2012 and 2013; (ii) June 30, 2013 and 2014; (iii) June 30, 2014 and 2015; (iv) June 30, 2015 and 2016; (v) June 30, 2016 and 2017; (vi) June 30, 2017 and 2018; (vii) June 30, 2018 and 2019; (viii) June 30, 2019 and 2020; and (ix) June 30, 2020 and 2021.

12. Attached as Exhibit 10 are copies of audited financial statements for Archbishop Riordan High School prepared by BPM for the years as of (i) June 30, 2012 and 2013; (ii) June 30, 2013 and 2014; (iii) June 30, 2014 and 2015; (iv) June 30, 2015 and 2016; (v) June 30, 2016 and 2017; (vi) June 30, 2017 and 2018; (vii) June 30, 2018 and 2019; (viii) June 30, 2019 and 2020; (ix) June 30, 2020 and 2021; and (x) June 30, 2021 and 2022.

13. Attached as Exhibit 11 are copies of audited financial statements for Junipero Serra High School prepared by BPM for the years as of (i) June 30, 2012 and 2013; (ii) June 30, 2013 and 2014; (iii) June 30, 2014 and 2015; (iv) June 30, 2015 and 2016; (v) June 30, 2016 and 2017; (vi) June 30, 2017 and 2018; (vii) June 30, 2018 and 2019; (viii) June 30, 2019 and 2020; (ix) June 30, 2020 and 2021; and (x) June 30, 2021 and 2022.

14. Attached as Exhibit 12 are copies of meeting minutes of the Archdiocese's Audit Committee dated November 9, 2018, November 8, 2019, November 6, 2020, and November 12, 2021, that the Archdiocese produced to the Committee.

4921-8369-0384.3 05068.002

15. Attached as <u>Exhibit 13</u> are copies of audited financial statements for Vallombrosa prepared by Squar Milner LLP as of June 30, 2018 and 2019.

16. Attached as <u>Exhibit 14</u> are copies of audited financial statements for Vallombrosa prepared by Squar Milner LLP as of June 30, 2017 and 2018.

17. Attached as <u>Exhibit 15</u> are copies of audited financial statements for Vallombrosa prepared by DZH Phillips LLP for the years as of (i) June 30, 2012 and 2013; (ii) June 30, 2013 and 2014; (iii) June 30, 2014 and 2015; (iv) June 30, 2015 and 2016; and (v) June 30, 2016 and 2017.

18. Attached as <u>Exhibit 16</u> are copies of audited financial statements for Vallombrosa prepared by Baker Tilly LLP as of June 30, 2023 that Vallombrosa produced to the Committee.

19. Attached as <u>Exhibit 17</u> are copies of audited financial statements for Vallombrosa prepared by Baker Tilly LLP as of June 30, 2024 that Vallombrosa produced to the Committee.

20. Attached as <u>Exhibit 18</u> is a copy of an email dated September 24, 2024 from the Archdiocese's Chief Financial Officer to David Bruce of Mission Support Services, Inc. that Vallombrosa produced to the Committee.

21. Attached as <u>Exhibit 19</u> are excerpts of the Archdiocese's Quinquennial Report for the period of January 1, 2011 through December 31, 2018 that the Archdiocese produced to the Committee.

22. Counsel for the Archdiocese has advised the Committee that the Archdiocese has not submitted a Quinquennial Report to the Vatican for the period after December 31, 2018.

23. Attached as <u>Exhibit 20</u> are true and correct excerpts of the 341 hearing transcript on October 12, 2023.

24. Attached as <u>Exhibit 21</u> is a copy of the Parishes' Fifth Supplemental Response to Interrogatories dated January 13, 2026.

25. Attached as <u>Exhibit 22</u> is a copy of the Cemeteries' Responses to Requests for Admission dated December 10, 2025, including certain referenced exhibits.

26. Attached as <u>Exhibit 23</u> is a copy of Vallombrosa's Responses to Interrogatories dated December 17, 2025.

27.     As of today's date, the website for the Archdiocese (www.sfarch.org) includes an electronic link for "Resources," which includes a further link to "Parish Resources." The parish resources are located at www.sfparishconnect.com, which includes an index of the Archdiocese's policies.

28.     Attached as <u>Exhibit 24</u> is a copy of the Parishes' Responses to Requests for Admission dated December 16, 2025, including certain referenced exhibits.

29.     Attached as <u>Exhibit 25</u> is a copy of the "Parish and School Financial Policy and Parish/School Financial Accounting and Reporting System," available on the parish resource website, listed alphabetically under "F" as "Financial Policies and Procedures and Accounting Reporting System (Parishes/Schools)." Exhibit 25 is a copy of this policy produced to the Committee by the Parishes.

30.     Attached as <u>Exhibit 26</u> is a copy of Archbishop Riordan High School's Responses to Requests for Admission dated January 15, 2026, including certain referenced exhibits.

31.     Attached as <u>Exhibit 27</u> is a copy of a document produced by Marin Catholic High School to the Committee titled, "The Archdiocese of San Francisco Archdiocesan High Schools Financial Policies."

32.     Attached as <u>Exhibit 28</u> is a copy of a document produced by Junipero Serra High School to the Committee titled, "The Archdiocese of San Francisco Archdiocesan High Schools" and "Policy and Procedures: Building Construction and Remodeling."

33.     Attached as <u>Exhibit 29</u> is a copy of a document produced by Marin Catholic High School to the Committee (produced as excerpted) titled, "The Archdiocese of San Francisco Archdiocesan High Schools Financial Procedures Manual."

34.     Attached as <u>Exhibit 30</u> are true and correct excerpts of a document produced by Junipero Serra High School to the Committee titled, "Systems Learning & Resource Report of Findings."

35.     Attached as <u>Exhibit 31</u> is a copy of a document produced by Archbishop Riordan High School to the Committee titled, "Archdiocesan High Schools – Fixed Asset Accounting Policy and Procedures Effective 7/1/2014."

4921-8369-0384.3 05068.002

36.      Attached as <u>Exhibit 32</u> is a copy of Junipero Serra High School's Responses to Requests for Admission dated December 15, 2025, including certain referenced exhibits.

37.      Attached as <u>Exhibit 33</u> is a copy of Marin Catholic High School's Responses to Requests for Admission dated December 15, 2025.

38.      Attached as <u>Exhibit 34</u> is a copy of policy titled, "Catholic Cemeteries and Burial" available as of today's date on the parish resource website under "C" and "Cemeteries."

39.      Attached as <u>Exhibit 35</u> is a copy of a document produced by the Parishes to the Committee titled, "Parish Employee Handbook (Including Addenda and Acknowledgments)." As of today's date, this policy is available on the parish resource website under "P" for "Personnel Handbook (Parishes/Schools)."

40.      Attached as <u>Exhibit 36</u> is a copy of a document produced by the Parishes to the Committee titled, "School Employee Handbook." As of today's date, HTML and PDF versions of the policy are available on the parish resource website under "P" for "Personnel Handbook (Parishes/Schools)."

41.      Attached as <u>Exhibit 37</u> is a copy of Vallombrosa's Responses to Requests for Admission dated December 10, 2025, including certain referenced exhibits.

42.      Attached as <u>Exhibit 38</u> is a copy of a document produced by BPM to the Committee, described as the employee handbook applicable to Marin Catholic High School.

43.      Attached as <u>Exhibit 39</u> is a copy of a memorandum dated December 10, 2015 from the Archdiocese's Director of Human Resources to "All ADSF Employees," that BPM produced to the Committee.

44.      Attached as <u>Exhibit 40</u> is a copy of a "Policy Regarding Conflicts of Interest & Confidentiality" that BPM produced to the Committee.  As of today's date, the policy is available on the parish resource website under "C" for "Conflicts of Interest."

45.      Attached as <u>Exhibit 41</u> is a copy of a document titled, "The Priest Personnel Board" that is available as of today's date on the parish resource website under "P" for "Priest Personnel Policies."

46.     Attached as <u>Exhibit 42</u> is a copy of Marin Catholic High School's Responses to Interrogatories dated December 15, 2025.

47.     Attached as <u>Exhibit 43</u> is a copy of Junipero Serra High School's Responses to Interrogatories dated December 15, 2025.

48.     Attached as <u>Exhibit 44</u> is a copy of Archbishop Riordan High School's Responses to Interrogatories dated January 15, 2026.

49.     Attached as <u>Exhibit 45</u> are true and correct excerpts of the 2022-2025 Collective Bargaining Agreement Covering Lay Teachers in the Archdiocesan Schools.

50.     Attached as <u>Exhibit 46</u> are true and correct excerpts of the 2025-2028 Collective Bargaining Agreement Covering Lay Teachers in the Archdiocesan Schools.

51.     Attached as <u>Exhibit 47</u> is a copy of a 2022 organizational chart for the Pastoral Center of the Archdiocese that BPM produced to the Committee.

52.     Attached as <u>Exhibit 48</u> is a copy of a 2018 organizational chart for the Central Administrative Office of the Archdiocese that BPM produced to the Committee.

53.     Attached as <u>Exhibit 49</u> is a copy of a 2021 organizational chart of the Cemeteries Department of the Archdiocese that the Cemeteries produced to the Committee.

54.     Attached as <u>Exhibit 50</u> are copies of the Bylaws of the Cemetery Department Advisory Board that the Cemeteries produced to the Committee.

55.     Attached as <u>Exhibit 51</u> is a copy of a check paid by "Roman Catholic Archbishop of San Francisco (a Corporation Sole), Cemetery Department."

56.     Attached as <u>Exhibit 52</u> is a copy of a Business Tax Certificate for Mt. Olivet Catholic Cemetery that the Cemeteries produced to the Committee.

57.     Attached as <u>Exhibit 53</u> are true and correct excerpts of a parent-student handbook that Archbishop Riordan High School produced to the Committee.

58.     Attached as <u>Exhibit 54</u> are true and correct excerpts of a parent-student handbook that Marin Catholic High School produced to the Committee.

59.     Attached as <u>Exhibit 55</u> is a copy of the 2008 Bylaws of the Advisory Board of Regents of Junipero Serra High School that the High School produced to the Committee.

4921-8369-0384.3 05068.002

60. As of today's date, the website for Vallombrosa (www.vallombrosa.org) includes a link to its history at (www.vallombrosa.org/his2/) that states, "Vallombrosa was purchased by the Roman Catholic Archdiocese of San Francisco in 1947 to serve as a retreat house for women."

61. Attached as Exhibit 56 is a copy of a Statement of Intent and Understanding Between Our Lady of Fatima Russian Byzantine Catholic Church and Saint Monica's Parish, San Francisco ("Statement of Intent") dated June 28, 2012, signed by the former Archbishop and by the former Vicar for Administration. The Statement of Intent was produced by the Archdiocese's counsel on behalf of the Division Defendants.

62. Attached as Exhibit 57 are copies of draft Statements of Intent between the Cemeteries and certain Parishes prepared in or about July 2019 and in or about July 2021 that were produced by the Cemeteries to the Committee.

63. Attached as Exhibit 58 is a copy of a lease of cemetery real property to a third party, followed by excerpts of nineteen similar forms of leases of cemetery real property to other third parties. The Cemeteries produced copies of these leases to the Committee.

64. Attached as Exhibit 59 is a copy of the Articles of Incorporation of RPSC filed with the California Secretary of State.

65. Attached as Exhibit 60 is a copy of a Lease dated April 25, 2008 between RPSC and the Archdiocese that the Archdiocese produced to the Committee.

66. Attached as Exhibit 61 are copies of sample and redacted burial contracts used by the Cemeteries that the Cemeteries produced to the Committee.

67. Attached as Exhibit 62 is a copy of the Cemeteries' Responses to Interrogatories dated December 10, 2025.

68. Attached as Exhibit 63 are true and correct excerpts of insurance policies that insure the Archdiocese and the Division Defendants.

69. Attached as Exhibit 64 are copies of sample tax exemption letters from the Archdiocese to unnamed taxing authorities that the Parishes produced to the Committee. Attachments to all but the first exemption letter are omitted.

4921-8369-0384.3 05068.002

70.     Attached as <u>Exhibit 65</u> are copies of (i) a document titled, "Attachment VII, Grant Thornton's review of the 990-T filing process for the Archdiocese" that the Archdiocese produced to the Committee and (ii) a 2019 Form 990-T filed by the Archdiocese with the IRS that BPM produced to the Committee.

71.     Attached as <u>Exhibit 66</u> is a copy of an engagement letter dated May 1, 2023 from BPM signed by the Archdiocese's former Chief Financial Officer and the Archdiocese's Audit Committee Chair.  BPM produced the letter to the Committee.

72.     Attached as <u>Exhibit 67</u> is a copy of an email dated September 21, 2023 from BPM to the Archdiocese's former Chief Financial Officer confirming the issuance of separate engagement letters.

73.     Attached as <u>Exhibit 68</u> are copies of engagement letters dated September 29, 2023 from BPM signed by the President of each of the High Schools.

74.     Attached as <u>Exhibit 69</u> are copies of audited financial statements of Marin Catholic High School prepared by BPM as of (i) June 30, 2022 and 2023; and (ii) June 30, 2023 and 2024.

75.     Attached as <u>Exhibit 70</u> are copies of audited financial statements of Archbishop Riordan High School prepared by BPM as of (i) June 30, 2022 and 2023; and (ii) June 30, 2023 and 2024.

76.     Attached as <u>Exhibit 71</u> are copies of audited financial statements of Junipero Serra High School prepared by BPM as of (i) June 30, 2022 and 2023; and (ii) June 30, 2023 and 2024.

77.     Attached as <u>Exhibit 72</u> are copies of audited financial statements of the Cemeteries prepared by BPM as of (i) June 30, 2022 and 2023; and (ii) June 30, 2023 and 2024.

78.     Attached as <u>Exhibit 73</u> are copies of agreements titled, "Deposit Agreement with ADSF – Institutional Deposit & Loan" entered on or about March 29, 2023 between the Archdiocese and each of the High Schools.  The Archdiocese produced these agreements to the Committee.

79.     Attached as <u>Exhibit 74</u> are copies of contracts titled, "Technical Services Contract" entered on or about March 29, 2023 between the Archdiocese and each of the High Schools.  The Archdiocese produced these contracts to the Committee.

8

80. To the best of my knowledge based on my review of documents produced in this litigation, there is no lease between the Archdiocese and the Parishes, or between the Archdiocese and the High Schools, for the real property that they use.

81. To the best of my knowledge based on my review of documents produced in this litigation, the Defendants have not produced any documents before 2023 that identify the Division Defendants as unincorporated associations.

82. To the best of my knowledge based on my review of documents produced in this litigation, the Division Defendants have not produced any articles of association or other governing documents that reference their purported legal status as unincorporated associations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 19, 2026 at Minneapolis, Minnesota.


By:     /s/ *Brittany M. Michael*
        Brittany M. Michael

4921-8369-0384.3 05068.002
9

**Exhibits 1 – 74**

**Filed Under Seal**

4921-8369-0384.3 05068.002