```
 1  James I. Stang (CA Bar No. 94435)
    Brittany M. Michael (Pro Hac Vice)
 2  Michael L. Cohen (CA Bar No. 206253)
    Gail Greenwood (CA Bar No. 169939)
 3  PACHULSKI STANG ZIEHL & JONES LLP
    One Sansome Street, 34th Floor, Suite 3430
 4  San Francisco, California 94104-4436
    Telephone: 415-263-7000
 5  Email:  jstang@pszjlaw.com
            bmichael@pszjlaw.com
 6          mcohen@pszjlaw.com
            ggreenwood@pszjlaw.com
 7
    Attorneys for the Official Committee of
 8  Unsecured Creditors
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| | Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE DIVISION DEFENDANTS' ALLEGED SEPARATE LEGAL STATUS**<br><br>Date: March 26, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

Pursuant to Rule 201(b) of the Federal Rules of Evidence, the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Archdiocese") requests that the Court take judicial notice of the following pleadings and documents that are matters of public record that support the Committee's *Motion for Partial Summary Judgment,* filed herewith.

1. Attached hereto as **Exhibit 1** is a copy of the *Answer to Complaint* filed on March 15, 1991 in the case of *Planned Parenthood Ass'n of an Mateo County v. Holy Angels Catholic Church et al.* ("Planned Parenthood"), U.S.D.C. N.D. Cal., case no. C910850 WHO.

2. Attached hereto as **Exhibit 2** is a copy of the *Opposition of the Roman Catholic Archbishop of San Francisco to Motion for Preliminary Injunction* filed on April 4, 1991 in the Planned Parenthood case.

3. Attached hereto as **Exhibit 3** is a copy of the *Declaration of Father Edward Cleary* filed on April 4, 1991 in the Planned Parenthood case.

4. Attached hereto as **Exhibit 4** is a copy of the *Declaration of Msgr. James P. McKay* filed on April 4, 1991 in the Planned Parenthood case.

5. Attached hereto as **Exhibit 5** are copies of the *Complaint* and *Defendant's Answer to Complaint for Damages* filed on May 6, 2002 and June 27, 2002, respectively, in the case of *Dell'olio v. St. Mary's Cathedral, et al.,* Superior Court of San Francisco, case no. CGC-020407617.

6. Attached hereto as **Exhibit 6** are copies of the *Complaint for Damages* and *Defendants' Answer to Complaint* filed on July 21, 2006 and September 20, 2006, respectively, in the case of *Adraian Branchcomb, et al. v. Lorea Hubbard, et al.,* Superior Court of San Francisco, case no. CGC-080482171.

7. Attached hereto as **Exhibit 7** are copies of the *Complaint for Damages* filed on November 21, 2008 and *Judgment Following Arbitration Award* entered on November 18, 2010 in the case of *Zane v. The Roman Catholic Archdiocese of San Francisco, et al.,* Superior Court of San Francisco, case no. CGC-08-482171.

8. Attached hereto as **Exhibit 8** are copies of the *First Amended Complaint* and *Answer to First Amended Complaint* filed on August 6, 2008 and August 29, 2008, respectively, in the case of *John Batty-Sylvan et al. v. Archdiocese of San Francisco et al.,* Superior Court of San Francisco, case no. CGC-08-476325.

9. Attached hereto as **Exhibit 9** are copies of the *Complaint and Demand for Jury Trial* and *Defendant The Roman Catholic Archbishop of San Francisco's Answer to Plaintiff's Complaint* filed on July 30, 2013 and September 18, 2013, respectively, in the case of *Belloni v. Archdiocese of San Francisco,* U.S.D.C. N.D. Cal., case no. 13-cv-03509 KAW.

10. Attached hereto as **Exhibit 10** are copies of the *Complaint for Damages* filed on April 27, 2020 and *Declaration for Automatic 30-Day Extension Pursuant to Code of Civil Procedure §§ 430.41(a)(2) and 435.5(a)(2)* filed on July 27, 2020 in the case of *Crowther v. Archdiocese of San Francisco, et al.,* Superior Court of San Francisco, case no. CGC-20-564238.

11. Attached hereto as **Exhibit 11** is a copy of *Defendants' Reply in Support of 12(b)(6) Motion to Dismiss* filed on July 14, 2014 in the case of *Bohnert v. Junipero Serra High School, et al.* ("Bohnert")*,* U.S.D.C. N.D. Cal., case no. 14-cv-02854 WHO.

12. Attached hereto as **Exhibit 12** is a copy of *Defendants' Notice of Motion and Motion for Summary Judgment* (redacted in original) filed on July 29, 2015 in the Bohnert case.

13. Attached hereto as **Exhibit 13** is a copy of the *Declaration of Maureen Huntington* filed on July 29, 2015 in the Bohnert case.

14. Attached hereto as **Exhibit 14** are copies of the *First Amended Complaint for Damages* and *Defendant Roman Catholic Archbishop of San Francisco's Answer to the First Amended Complaint* filed on June 9, 2016 and June 27, 2016, respectively, in the case of *Gallegos v. The Roman Catholic Archbishop of San Francisco and Does 1-5,* U.S.D.C. N.D. Cal., case no. 16-cv-01588 LB.

15. Attached hereto as **Exhibit 15** are copies of the *First Amended Complaint for Damages* and *Answer to First Amended Complaint* filed on June 9, 2019 and June 27, 2016, respectively, in the case of *Oross et al v. The Roman Catholic Archbishop of San Francisco and Does 1-5,* U.S.D.C. N.D. Cal., case no. 16-cv-02489 LB.

16. Attached hereto as **Exhibit 16** is a copy of the *Declaration of Daniel Zamora in Support of Add-on Petition for Coordination,* including the complaint, filed on February 15, 2023 in the *In re Northern California Clergy Cases,* Superior Court of Alameda, JCCP No. 5108.

17. Attached hereto as **Exhibit 17** are copies of the *Complaint* and *Defendant The Roman Catholic Archbishop of San Francisco's Amended Answer to Complaint* filed on December 23, 2014 and January 26, 2015, respectively, in the case of *John Tamburini v. The Roman Catholic Archbishop of San Francisco et al.,* Superior Court of San Francisco, case no. CGC-14-543352.

18. Attached hereto as **Exhibit 18** are copies of the *Complaint* and *Answer to Complaint by The Roman Catholic Archbishop of San Francisco, a Corporation Sole, Erroneously Sued Herein as Archdiocese of San Francisco and Mt. Olivet Cemetery* filed on March 17, 2003 and October 24, 2003, respectively, in the case of *Antone Sousa et al. v. Archdiocese of San Francisco et al.,* Superior Court of San Francisco, case no. CGC-03-418417.

19. Attached hereto as **Exhibit 19** is a copy of a *Deed* from The Roman Catholic Archbishop of San Francisco, a Corporation Sole, to The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation dated April 25, 2008, recorded in the City and County of San Francisco.

20. Attached hereto as **Exhibit 20** is a copy of a *Deed* from The Roman Catholic Welfare Corporation of San Francisco to The Roman Catholic Archbishop of San Francisco, a Corporation Sole, dated April 25, 2008, recorded in the City and County of San Francisco.

21. Attached as **Exhibit 21** is a true and correct copy of the *Decision and Order Granting the Committee's Motion for Partial Summary Judgment Under Bankruptcy Rule 7056* entered on July 16, 2021 (Docket No. 164) in the case of *Off. Comm. of Unsecured Creditors v. Archbishop of Agana,* Dist. Ct of Guam, case no. 19-00001.

Dated: February 19, 2026        **PACHULSKI STANG ZIEHL & JONES LLP**

By    /s/ Brittany M. Michael
        James I. Stang
        Brittany M. Michael (*Pro Hac Vice*)
        Gail S. Greenwood

*Attorneys for the Official Committee
of Unsecured Creditors*