**RJN 1**

1  TOBIN & TOBIN
   PAUL E. GASPARI, ESQ.
2  LAWRENCE R. JANNUZZI, ESQ.
   One Montgomery Street, 15th Floor
3  San Francisco, CA  94104
   Telephone: (415) 433-1400
4
   Attorneys for defendant THE ROMAN
5  CATHOLIC ARCHBISHOP OF SAN FRANCISCO

6

7           UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10 PLANNED PARENTHOOD ASSOCIATION    )  Case No. C910580  WHO
   OF SAN MATEO COUNTY,              )
11                                   )  ANSWER TO COMPLAINT
                Plaintiff,           )
12                                   )
          v.                         )
13                                   )
   HOLY ANGELS CATHOLIC CHURCH,      )
14 NORTHERN CALIFORNIA OPERATION     )
   RESCUE, JAMES ROBINSON, DOROTHY   )
15 ANN CONNOLLY, CHARLES METZGER,    )
   NANCY MURRAY, and DOES 1 through  )
16 100,                             )
                                     )
17              Defendants.          )
   _____  )

18

19         Defendant THE ROMAN CATHOLIC ARCHBISHOP OF SAN

20 FRANCISCO, a corporation sole, erroneously named herein as HOLY

21 ANGELS CATHOLIC CHURCH, in answer to plaintiffs' Complaint for

22 Declaratory and Injunctive Relief (the "Complaint") on file

23 herein and each cause of action thereof, solely for itself and

24 not in conjunction with any other party, admits, denies and

25 alleges as follows:

26

                          - 1 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

ANSWER TO COMPLAINT

Case: 25-03021   Doc# 164-1   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 2
of 25
OCC AVP0000479

PARTIES

1.    In answer to Paragraph 1 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

2.    In answer to Paragraph 2 of the Complaint on file herein, this answering defendant admits that Holy Angels Parish is a Roman Catholic Church located at 107 San Pedro Road, Colma, California. Save and except the foregoing, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

3.    In answer to Paragraph 3 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

4.    In answer to Paragraph 4 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of

- 2 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000480

the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

5. In answer to Paragraphs 5 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

6. In answer to Paragraph 6 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

7. In answer to Paragraph 7 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its

- 3 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

1  denial upon that ground, it denies each and every, all and
2  singular, generally and specifically, the allegations contained
3  therein.

4          8.  In answer to Paragraph 8 of the Complaint on file
5  herein, this answering defendant states that it has no
6  information or belief at this time upon the subject matter of
7  the allegations contained therein sufficient to enable it to
8  answer any of the allegations in said paragraph, and placing its
9  denial upon that ground, it denies each and every, all and
10  singular, generally and specifically, the allegations contained
11  therein.

12          9.  In answer to Paragraph 9 of the Complaint on file
13  herein, this answering defendant states that it has no
14  information or belief at this time upon the subject matter of
15  the allegations contained therein sufficient to enable it to
16  answer any of the allegations in said paragraph, and placing its
17  denial upon that ground, it denies each and every, all and
18  singular, generally and specifically, the allegations contained
19  therein.

20          10.  In answer to Paragraph 10 of the Complaint on
21  file herein, this answering defendant states that it lacks any
22  information or belief sufficient to allow it to answer any of
23  the allegations contained therein, and placing its denial on
24  that ground denies each and every, all and singular, generally
25  and specifically, the allegations contained therein.

26

- 4 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

ANSWER TO COMPLAINT

OCC AVP0000482

11.   In answer to Paragraph 11 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

12.   In answer to Paragraph 12 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

13.   In answer to Paragraph 13 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

14.   In answer to Paragraph 14 of the Complaint on

- 5 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000483

1  file herein, this answering defendant states that it has no
2  information or belief at this time upon the subject matter of
3  the allegations contained therein sufficient to enable it to
4  answer any of the allegations in said paragraph, and placing its
5  denial upon that ground, it denies each and every, all and
6  singular, generally and specifically, the allegations contained
7  therein.

8      15.   In answer to Paragraph 15 of the Complaint on
9  file herein, this answering defendant states that it has no
10  information or belief at this time upon the subject matter of
11  the allegations contained therein sufficient to enable it to
12  answer any of the allegations in said paragraph, and placing its
13  denial upon that ground, it denies each and every, all and
14  singular, generally and specifically, the allegations contained
15  therein.

16      16.   In answer to Paragraph 16 of the Complaint on
17  file herein, this answering defendant states that it has no
18  information or belief at this time upon the subject matter of
19  the allegations contained therein sufficient to enable it to
20  answer any of the allegations in said paragraph, and placing its
21  denial upon that ground, it denies each and every, all and
22  singular, generally and specifically, the allegations contained
23  therein.

24      17.   In answer to Paragraph 17 of the Complaint on
25  file herein, this answering defendant states that it has no
26  information or belief at this time upon the subject matter of

- 6 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

1  the allegations contained therein sufficient to enable it to
2  answer any of the allegations in said paragraph, and placing its
3  denial upon that ground, it denies each and every, all and
4  singular, generally and specifically, the allegations contained
5  therein.

6      18.   In answer to Paragraph 18 of the Complaint on
7  file herein, this answering defendant states that it has no
8  information or belief at this time upon the subject matter of
9  the allegations contained therein sufficient to enable it to
10  answer any of the allegations in said paragraph, and placing its
11  denial upon that ground, it denies each and every, all and
12  singular, generally and specifically, the allegations contained
13  therein.

14      19.   In answer to Paragraph 19 of the Complaint on
15  file herein, this answering defendant states that it has no
16  information or belief at this time upon the subject matter of
17  the allegations contained therein sufficient to enable it to
18  answer any of the allegations in said paragraph, and placing its
19  denial upon that ground, it denies each and every, all and
20  singular, generally and specifically, the allegations contained
21  therein.

FIRST CAUSE OF ACTION
(Constitutional Right of Privacy)

24      20.   In answer to Paragraph 20 of the Complaint on
25  file herein, this answering defendant refers to Paragraphs 1
26  through 17, inclusive, above, and incorporates the same by this

- 7 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

reference as though fully set forth herein.

21. In answer to Paragraph 21 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

22. In answer to Paragraph 22 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

23. In answer to Paragraph 23 of the Complaint on file herein, this answering defendant states that the Constitutions of the State of California and of the United States of America speak for themselves.

24. In answer to Paragraph 24 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

25. In answer to Paragraph 25 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

26. In answer to Paragraph 26 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its

- 8 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000486

denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

SECOND CAUSE OF ACTION
(<u>Trespass</u>)

27. In answer to Paragraph 27 of the Complaint on file herein, this answering defendant refers to paragraphs 1 through 24 above and incorporates the same by this reference as though set forth in full herein.

28. In answer to Paragraph 28 of the Complaint on file herein, this answering defendant admits that clergy and member of the Roman Catholic Church have on occasion entered onto the property described therein. Save and except the foregoing, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

29. In answer to Paragraph 29 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

30. In answer to Paragraph 30 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

31. In answer to Paragraph 31 of the Complaint on file herein, this answering defendant denies each and every, all

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

- 9 -

ANSWER TO COMPLAINT

OCC AVP0000487

and singular, generally and specifically, the allegations contained therein.

32. In answer to Paragraph 32 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

33. In answer to Paragraph 33 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

34. In answer to Paragraph 34 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

35. In answer to Paragraph 35 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

36. In answer to Paragraph 36 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

- 10 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000488

37.   In answer to Paragraphs 37 of the Complaint on file herein, this answering defendant denies that it, its agents or employees have engaged in "unrelenting, disturbing and harassing conduct."  Save and except the foregoing, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

38.   In answer to Paragraph 38 of the Complaint on file herein, this answering defendant denies that it, its agents or employees have engaged in any "harassing activities."  Save and except the foregoing, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

39.   In answer to Paragraph 39 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

40.   In answer to Paragraph 40 of the Complaint on file herein, this answering defendant denies each and every, all

- 11 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000489

1  and singular, generally and specifically, the allegations
2  contained therein.

3     41.  In answer to Paragraph 41 of the Complaint on
4  file herein, this answering defendant states that it has no
5  information or belief at this time upon the subject matter of
6  the allegations contained therein sufficient to enable it to
7  answer any of the allegations in said paragraph, and placing its
8  denial upon that ground, it denies each and every, all and
9  singular, generally and specifically, the allegations contained
10 therein.

11              THIRD CAUSE OF ACTION
12            (Blocking Ingress and Egress)

13     42.  This answering defendant refers to paragraphs 1
14 through 39, inclusive, above, and incorporates the same by
15 reference as though set forth in full herein.

16     43.  In answer to Paragraph 43 of the Complaint on
17 file herein, this answering defendant denies each and every, all
18 and singular, generally and specifically, the allegations
19 contained therein.

20     44.  In answer to Paragraph 44 of the Complaint on
21 file herein, this answering defendant denies each and every, all
22 and singular, generally and specifically, the allegations
23 contained therein.

24     45.  In answer to Paragraph 46 of the Complaint on
25 file herein, this answering defendant denies each and every, all
26 and singular, generally and specifically, the allegations

                          - 12 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

ANSWER TO COMPLAINT

OCC AVP0000490

1    contained therein.

2         46.  In answer to Paragraph 47 of the Complaint on
3    file herein, this answering defendant denies that it, its agents
4    or employees has engaged in any "obstruction."  Save and except
5    the foregoing, this answering defendant states that it lacks
6    information and belief sufficient to allow it to answer the
7    remaining allegations contained therein and on that basis denies
8    each and every, all and singular, generally and specifically,
9    the allegations contained therein.

10        47.  In answer to Paragraph 47 of the Complaint on
11   file herein, this answering defendant states that it has no
12   information or belief at this time upon the subject matter of
13   the allegations contained therein sufficient to enable it to
14   answer any of the allegations in said paragraph, and placing its
15   denial upon that ground, it denies each and every, all and
16   singular, generally and specifically, the allegations contained
17   therein.

18                       FOURTH CAUSE OF ACTION
19                        (Tortious Harassment)

20        48.  In answer to Paragraph 48 of the Complaint on
21   file herein, this answering defendant refers to paragraphs 1
22   through 45, inclusive, above and incorporates the same by
23   reference as if fully set forth herein.

24        49.  In answer to Paragraph 49 of the Complaint on
25   file herein, this answering defendant denies that it has engaged
26   in any of the activities alleged therein.  Save and except the

                          - 13 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400     ANSWER TO COMPLAINT

OCC AVP0000491

1 foregoing, this answering defendant states that it lacks
2 information and believe sufficient for it to answer the
3 allegations contained therein and on that basis denies each and
4 every, all and singular, generally and specifically, the
5 allegations contained therein.

6 50. In answer to Paragraph 50 of the Complaint on
7 file herein, this answering defendant denies each and every, all
8 and singular, generally and specifically, the allegations
9 contained therein.

10 51. In answer to Paragraph 51 of the Complaint on
11 file herein, this answering defendant denies each and every, all
12 and singular, generally and specifically, the allegations
13 contained therein.

14 52. In answer to Paragraph 52 of the Complaint on
15 file herein, this answering defendant states that it has no
16 information or belief at this time upon the subject matter of
17 the allegations contained therein sufficient to enable it to
18 answer any of the allegations in said paragraph, and placing its
19 denial upon that ground, it denies each and every, all and
20 singular, generally and specifically, the allegations contained
21 therein.

22
FIFTH CAUSE OF ACTION
23 (Intentional Infliction of Emotional Distress)

24 53. In answer to Paragraph 53 of the Complaint on
25 file herein, this answering defendant refers to paragraphs 1
26 through 50, inclusive, above and incorporates the same by this

- 14 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

ANSWER TO COMPLAINT

OCC AVP0000492

reference as if set forth in full herein.

54. In answer to Paragraph 54 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

55. In answer to Paragraph 55 of the Complaint on file herein, this answering defendant states that it has no information or belief at this time upon the subject matter of the allegations contained therein sufficient to enable it to answer any of the allegations in said paragraph, and placing its denial upon that ground, it denies each and every, all and singular, generally and specifically, the allegations contained therein.

### SIXTH CAUSE OF ACTION
### (False Imprisonment)

56. In answer to Paragraph 56 of the Complaint on file herein, this answering defendant refers to paragraphs 1 through 53, inclusive, above and incorporates the same by this reference as if set forth in full herein.

57. In answer to Paragraph 57 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations contained therein.

58. In answer to Paragraph 58 of the Complaint on file herein, this answering defendant denies each and every, all and singular, generally and specifically, the allegations

- 15 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000493

1   contained therein.

2        59.   In answer to Paragraph 59 of the Complaint on
3   file herein, this answering defendant denies each and every, all
4   and singular, generally and specifically, the allegations
5   contained therein.

6        60.   In answer to Paragraph 60 of the Complaint on
7   file herein, this answering defendant denies each and every, all
8   and singular, generally and specifically, the allegations
9   contained therein.

10        61.   In answer to Paragraph 61 of the Complaint on
11   file herein, this answering defendant states that it has no
12   information or belief at this time upon the subject matter of
13   the allegations contained therein sufficient to enable it to
14   answer any of the allegations in said paragraph, and placing its
15   denial upon that ground, it denies each and every, all and
16   singular, generally and specifically, the allegations contained
17   therein.

18                    SEVENTH CAUSE OF ACTION
19                    (42 U.S.C. § 1985(3))

20        62.   In answer to Paragraph 62 of the Complaint on
21   file herein, this answering defendant refers to paragraphs 1
22   through 59, inclusive, above and incorporates the same by this
23   reference as if set forth in full herein.

24        63.   In answer to Paragraph 63 of the Complaint on
25   file herein, this answering defendant denies each and every, all
26   and singular, generally and specifically, the allegations

                              - 16 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400   ANSWER TO COMPLAINT

1   contained therein.

2          64.   In answer to Paragraph 64 of the Complaint on
3   file herein, this answering defendant denies each and every, all
4   and singular, generally and specifically, the allegations
5   contained therein.

6          65.   In answer to Paragraph 65 of the Complaint on
7   file herein, this answering defendant denies each and every, all
8   and singular, generally and specifically, the allegations
9   contained therein.

10         66.   In answer to Paragraph 66 of the Complaint on
11  file herein, this answering defendant denies each and every, all
12  and singular, generally and specifically, the allegations
13  contained therein.

14         67.   In answer to Paragraph 67 of the Complaint on
15  file herein, this answering defendant denies each and every, all
16  and singular, generally and specifically, the allegations
17  contained therein.

18         68.   In answer to Paragraph 68 of the Complaint on
19  file herein, this answering defendant states that it has no
20  information or belief at this time upon the subject matter of
21  the allegations contained therein sufficient to enable it to
22  answer any of the allegations in said paragraph, and placing its
23  denial upon that ground, it denies each and every, all and
24  singular, generally and specifically, the allegations contained
25  therein.

26

- 17 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000495

AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each cause of action therein, fail to state facts sufficient to constitute a Claim For Relief against this Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff, by reason of the knowledge, statements and conduct of it, its agents and its employees, has waived any rights which they might otherwise have arising from any acts or omissions of Defendants.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff, through itself, its agents and its employees, voluntarily and with full knowledge of the matters set forth in the complaint, assumed the risk of any and all of the injuries, losses and damages alleged in the Complaint, if any there were.

### FOURTH AFFIRMATIVE DEFENSE

All of the acts or omissions of Defendants, their agents or their employees, as alleged in the Complaint, were privileged.

### FIFTH AFFIRMATIVE DEFENSE

All of the acts or omissions of Defendants, including any oral or written statements made by them, their agents and their employees, were true statements of fact, or honest expressions of opinion, published in good faith and without malice.

- 18 -

ANSWER TO COMPLAINT

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000496

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff, by reason of the knowledge, statements and conduct of itself, its agents and its employees, is estopped to complain of any act or omission on the part of these Answering Defendants, or any of them.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff, by reason of the knowledge, statements and conduct of itself, its agents and its employees, has heretofore consented to all of the acts or omissions on the part of Defendants, or any of them.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is barred by laches from pursuing any remedy otherwise afforded to it.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff is barred by plaintiff's own unclean hands from any recovery otherwise available to it from any acts or omissions of these Answering Defendants.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff and plaintiff's agents or employees, were careless and negligent in and about the matters alleged in the Complaint, and said carelessness and negligence of plaintiff and plaintiff's agents or employees comparatively contributed entirely or in some measure to the happening of the incident and matters alleged, and that the comparative negligence of the plaintiff and plaintiff's agents or employees either bars recovery or proportionately reduce any potential verdict.

- 19 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

## ELEVENTH AFFIRMATIVE DEFENSE

These Answering Defendants did not utter any statements or distribute or permit the distribution of any written documents relating to the incidents complained of in the Complaint unless at such time they had, after reasonable investigation, reasonable ground to believe, and did believe, that the statements or written documents were true.

## TWELFTH AFFIRMATIVE DEFENSE

The acts or omissions of these Answering Defendants, or each of them, as pleaded in the Complaint, if any, were caused by and committed under duress from plaintiff, from other defendants or from third parties.

## THIRTEENTH AFFIRMATIVE DEFENSE

Granting plaintiff the relief sought, in whole or in part, would violate the right of these Answering Defendants to the free exercise of their religion and their right to equal protection of the laws under the constitutions of the United States and the State of California.

## FOURTEENTH AFFIRMATIVE DEFENSE

Granting plaintiff the relief sought, in whole or in part, would violate the right of this Answering Defendant to freedom of speech under the constitutions of the United States and the State of California.

## FIFTEENTH AFFIRMATIVE DEFENSE

Granting plaintiff the relief sought, in whole or in part, would violate the right of this Answering Defendant to

- 20 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000498

freedom of assembly under the constitutions of the United States and the State of California.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to assert the claims presented in the Complaint.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The issues and controversies alleged in the complaint are moot as to this answering defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The issues and controversies alleged in the complaint are not ripe for adjudication.

### NINETEENTH AFFIRMATIVE DEFENSE

The Complaint, and each Cause of Action therein, are barred by applicable statutes of limitations, including but not limited to the provisions of California Code of Civil Procedure Sections 338, 339, 340, 343,

WHEREFORE, this Answering Defendant prays for judgment as follows:

1. That plaintiff take nothing by reason of its complaint on file herein;

2. That defendants have judgment for defense costs incurred herein, including reasonable attorneys' fees; and

/ / /

/ / /

/ / /

/ / /

- 21 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000499

1      3.   For such other and further relief as this Court
2   may deem proper.

3

4   DATED:   March 15, 1991          Respectfully Submitted,

5                                    TOBIN & TOBIN

6

7

8                                    _____
                                     PAUL E. GASPARI
9                                    Attorneys for defendants THE
                                     ROMAN CATHOLIC ARCHBISHOP OF
10                                   SAN FRANCISCO, a corporation
                                     sole
11

12  aaa\arc0314a.ans

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              - 22 -

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000500

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

**PROOF OF SERVICE BY MAIL**
1013A(3) C.C.P. REVISED 1/1/88

I, ROSALIND KAY KIMBLE, declare:

I am a citizen of the United States over the age of eighteen years and not a party to the within action. I am employed by the law offices of Tobin & Tobin, One Montgomery Street, 15th Floor, San Francisco, California 94104. Lawrence R. Jannuzzi, Esq., a member of the bar of this Court, directed that this service be made.

On MARCH _15_ 1991, I served the foregoing documents described as:

ANSWER TO COMPLAINT

on the interested parties in this matter by placing true copies thereof in sealed envelopes addressed as follows:

MCCUTCHEN, DOYLE, BROWN & ENERSEN
BETH H. PARKER
ENID A. VAN HOVEN
WILLIAM D. KISSINGER
CAROLINE M. ZANDER
Market Post Tower, Suite 1500
55 South Market Street
San Jose, California 95113-2373

Scott L. Thomas
Thomas & Porrazzo
Horizon Center, Suite 1170
2 North Second Street
San Jose, CA 95113

Charles Metzger
417 Silver Ave.
San Francisco, CA 94112

Northern California Operartion Rescue
2464 El Camino Real, #590
Santa Clara, CA 95051

1    I caused such envelope to be deposited in the mail at
2  San Francisco, California.  The envelope was mailed with postage
3  thereon fully prepaid.  I am "readily familiar" with this firm's
4  practice of collection and processing correspondence for mailing.
5  It is deposited with the U.S. Postal Service on that same day in
6  the ordinary course of business.  I am aware that on motion of a
7  party served, service is presumed invalid if postal cancellation
8  date or postage meter date is more than one (1) day after date of
9  deposit for mailing in affidavit.

10        I declare under penalty of perjury of the laws of
11  the State of California that the foregoing is true and correct.

12        Executed this _15__ day of March, 1991 at San
13  Francisco, California.

14                                    ROSALIND KAY KIMBLE

16  RKK\POSM

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

OCC AVP0000502