**RJN 3**

TOBIN & TOBIN
PAUL E. GASPARI, ESQ.
LAWRENCE R. JANNUZZI, ESQ.
One Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-1400

Attorneys for defendant THE ROMAN
CATHOLIC ARCHBISHOP OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF SAN MATEO COUNTY, <br><br> Plaintiff, <br><br> v. <br><br> HOLY ANGELS CATHOLIC CHURCH, NORTHERN CALIFORNIA OPERATION RESCUE, JAMES ROBINSON, DOROTHY ANN CONNOLLY, CHARLES METZGER, NANCY MURRAY, and DOES 1 through 100, <br><br> Defendants. | Case No. C910580 WHO <br><br> DECLARATION OF <u>FATHER EDWARD CLEARY</u> <br><br> <u>Hearing:</u> <br><br> Date: April 4, 1991 <br> Time: 2:00 p.m. <br> Courtroom: 7 |

I, Father EDWARD CLEARY, declare as follows:

    1. I have personal knowledge of the matters stated herein, and if called upon to testify as to them I could and would do so competently.

    2. I am a Roman Catholic Priest of the Archdiocese of San Francisco. Until July, 1990, I was the pastor of HOLY ANGELS CATHOLIC CHURCH, a parish church owned and operated by THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (the "ARCHDIOCESE"). HOLY ANGELS is not a separate legal

- 1 -
DECLARATION OF FATHER EDWARD CLEARY

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

entity from the ARCHDIOCESE. I am currently the pastor of ST. JAMES CATHOLIC CHURCH, in San Francisco, California.

3. For approximately the last five years and continuing until I was transferred from HOLY ANGELS to my current parish, I invited my parishioners to join me in saying the Rosary outside plaintiff's Daly City Clinic every other Saturday. Those invitations neither encouraged nor condoned any other activity at or near plaintiff's clinic or anywhere else. The purpose of organizing this Rosary Group was solely to pray for a change of heart in those who patronize and staff plaintiff's abortion clinic.

4. During that time, the behavior of myself and the Rosary Group was limited to quiet prayer. At no time did I authorize, encourage, condone or ratify any other conduct. Specifically, at no time did any parishioners under my leadership or I attempt to block ingress to or egress from the clinic; approach, threaten, offer literature to or attempt to persuade any patient or worker of the clinic; or picket, chant, shout or otherwise disturb the peace.

5. At all times, parishioners under my leadership and I remained well clear of the door to the clinic. At a certain point in time, a line appeared on the sidewalk several feet from the clinic door, which I am informed and believe was placed there by clinic staffpersons to indicate where my Rosary group and demonstrators would not be considered intrusive by plaintiff. Solely in order to accommodate plaintiff, my group

- 2 -
DECLARATION OF FATHER EDWARD CLEARY

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

and I thereafter remained behind that line at all times when I was present at the clinic.

6. At no time since beginning my quiet Rosary vigil approximately five years ago have I seen any clergy or other employee representing or claiming to represent the ARCHDIOCESE at the clinic.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of March, 1991, at San Francisco, California.

_____
Father Edward Cleary

aaa\arc0319b.dec

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

- 3 -
DECLARATION OF FATHER EDWARD CLEARY