**RJN 4**

TOBIN & TOBIN
PAUL E. GASPARI, ESQ.
LAWRENCE R. JANNUZZI, ESQ.
One Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-1400

Attorneys for defendant THE ROMAN
CATHOLIC ARCHBISHOP OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF SAN MATEO COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>HOLY ANGELS CATHOLIC CHURCH, NORTHERN CALIFORNIA OPERATION RESCUE, JAMES ROBINSON, DOROTHY ANN CONNOLLY, CHARLES METZGER, NANCY MURRAY, and DOES 1 through 100,<br><br>    Defendants. | Case No. C910580 WHO<br><br>DECLARATION OF<br><u>MSGR. JAMES P. McKAY</u><br><br>Hearing:<br><br>Date: April 4, 1991<br>Time: 2:00 p.m.<br>Courtroom: 7 |

I, Msgr. JAMES P. McKAY, declare as follows:

    1. I have personal knowledge of the matters stated herein and if called upon to testify as to them I could and would do so competently.

    2. I am the Moderator of the Curia and Attorney-in-Fact of the ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole (the "ARCHDIOCESE") and as such am authorized to make this declaration on its behalf. I am personally

- 1 -
DECLARATION OF MSGR. JAMES P. McKAY

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

familiar with the structure, organization and operations of the ARCHDIOCESE.

3. The ARCHDIOCESE is the owner and operator of HOLY ANGELS CATHOLIC CHURCH, which is not a separate legal entity.

4. The ARCHDIOCESE does not condone, encourage or approve of any interference with access to or travel to or from any abortion clinic, including those operated by plaintiff and specifically the clinic located at 219 Southgate Avenue, Daly City, California (the "CLINIC"), nor does it condone, encourage or approve of blocking ingress to or egress from any clinic; harassing any individual whether a patient at any such clinic or not; approaching or speaking to any individual at or near any such clinic for purposes of harassment, threats or persuasion; making any excessively loud sound at any Clinic such as chanting or shouting; offering literature to any Clinic worker or patient; disturbing the public peace in any way or otherwise violating any local or state laws governing behavior in public places.

5. No person is authorized, instructed or encouraged by the ARCHDIOCESE, tacitly or overtly, to engage in any of the behavior referred to above.

6. The ARCHDIOCESE has no connection, formal or informal, tacit or overt, with defendant OPERATION RESCUE or any other defendant in this action, with the exception that some of the individual defendants may or may not be Roman Catholics. The ARCHDIOCESE has no direct or indirect, formal or informal,

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

- 2 -
DECLARATION OF MSGR. JAMES P. McKAY

control or right of control over the activities of any other defendant in this action. The actions of any other defendant, if any, are done without the knowledge, approval, encouragement or ratification of the ARCHDIOCESE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of March, 1991, at San Francisco, California.

_____
MSGR. JAMES P. McKAY

aaa\arc0320.dec

TOBIN & TOBIN
ATTORNEYS AT LAW
ONE MONTGOMERY STREET
FIFTEENTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104
(415) 433-1400

- 3 -
DECLARATION OF MSGR. JAMES P. McKAY