**RJN 5-1**



San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

May-06-2002 12:47 pm

Case Number: CGC-02-407617

Filing Date: May-06-2002 12:36

Juke Box: 001    Image: 00414803

COMPLAINT

MARIO DELL'OLIO VS. ST. MARY'S CATHEDRAL et al

001C00414803

**Instructions:**

Please place this sheet on top of the document to be scanned.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:

Ernest Krause (SB 56343)
41 Sutter St., #309
San Francisco, CA 94104
TELEPHONE NO: 415 781 0480   FAX NO. *(Optional)*: 415 781 0480
E-MAIL ADDRESS *(Optional)*: ernest.k@worldnet.att.net   PLAINTIFF
ATTORNEY FOR *(Name)*:

FOR COURT USE ONLY

**FILED**
San Francisco
MAY 0 6 2002
GORDON
BY: *Mike*

NAME OF COURT: SUPERIOR COURT, CITY & CTY of S.F.
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: San Francisco, CA 94102
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:
MARIO DELL'OLIO *(S.F.)*

DEFENDANT:
St. MARY'S CATHEDRAL, CATHOLIC ARCH-
DIOCESE OF S.F., DOES 1 - 5

☐ DOES 1 TO ___

STATUS CONFERENCE
PLAN
OCT 0 4 2002 - 9 00 AM

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED *(Number)*:**
**Type *(check all that apply)*:**
☐ MOTOR VEHICLE ☒ OTHER *(specify)*:
☐ Property Damage   ☐ Wrongful Death
☒ Personal Injury   ☐ Other Damages *(specify)*:

**Jurisdiction *(check all that apply)*:**
☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded ☐ does not exceed $10,000
      ☐ exceeds $10,000, but does not exceed $25,000
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
**407617**

1. PLAINTIFF *(name)*: MARIO DELL'OLIO       CATHOLIC ARCHDIOCESE OF S.F., DOES 1 - 5
   alleges causes of action against DEFENDANT *(name)*: St. MARY'S CATHEDRAL (S.F.),
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

*(Continued on reverse)*

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2001]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12

C-87

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DELL'OLIO v. ST. MARY'S CATHEDRAL | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☒ compensatory damages
      (1) ☒ (unlimited civil cases) according to proof.
      (2) ☐ (limited civil cases) in the amount of: $
   b. ☐ other *(specify)*:

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 3, 2002

ERNEST KRAUSE

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2001]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page three of three

FIRST
_____ **CAUSE OF ACTION—General Negligence**   Page ___4___
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   MARIO DELL'OLIO

alleges that defendant *(name):* ST. MARY'S CATHEDRAL

☒ Does ___1___ to ___5___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  5/24/01
at *(place):* St. Mary's Cathedral, San Francisco, CA

*(description of reasons for liability):*

> while in the employ of Sacred Heart Cathedral Preparatory
> School sustained injury to his right shoulder when a piano mounted on
> lies became dollies became unstable.  The piano was insecurely mounted, causing
> slippage.  Plaintiff's injury occurred when he attempted to prevent
> damage to the piano or personal injury to others.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)                    **CAUSE OF ACTION—General Negligence**                    CCP 425.12  C-89



San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

May-06-2002 12:47 pm

Case Number: CGC-02-407617

Filing Date: May-06-2002 12:36

Juke Box: 001    Image: 00414803

COMPLAINT

MARIO DELL'OLIO VS. ST. MARY'S CATHEDRAL et al

001C00414803

**Instructions:**
Please place this sheet on top of the document to be scanned.

4. ☐ **Plaintiff** *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name)*: St. Mary's Cathedral
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☒ other *(specify)*: religious entity

   c. ☐ **except** defendant *(name)*: S.F.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☒ **except** defendant *(name)*: Catholic Archdiocese of S.F.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☒ other *(specify)*: religious entity

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ plaintiff has complied with applicable claims statutes, **or**
   b. ☐ plaintiff is excused from complying because *(specify)*:

(Continued on page three)

982.1(1) [Rev. January 2011] COMPLAINT—Personal Injury, Property Damage, Wrongful Death

10. **The following causes of action are attached and the statements above apply to each** *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. **Plaintiff has suffered**
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☒ compensatory damages
      (1) ☒ (unlimited civil cases) according to proof.
      (2) ☐ (limited civil cases) in the amount of: $
   b. ☐ other *(specify)*:

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 3, 2002

ERNEST KRAUSE

(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2001]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page three of three

FIRST _____ **CAUSE OF ACTION—General Negligence** Page _4_

_(number)_

ATTACHMENT TO [xx]Complaint [ ]Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_ MARIO DELL'OLIO

alleges that defendant _(name):_ ST. MARY'S CATHEDRAL

[xx] Does _1_ to _5_

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on _(date):_ 5/24/01

at _(place):_ St. Mary's Cathedral, San Francisco, CA

_(description of reasons for liability):_

while in the employ of Sacred Heart Cathedral Preparatory School sustained injury to his right shoulder when a piano mounted on lies because of facilities became unstable. The piano was insecurely mounted, causing slippage. Plaintiff's injury occurred when he attempted to prevent damage to the piano or personal injury to others.

Form Approved by the Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

**CAUSE OF ACTION—General Negligence**

CCP 425.12 C-89



San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

May-06-2002 12:47 pm

Case Number: CGC-02-407617

Filing Date: May-06-2002 12:36

Juke Box: 001    Image: 00414803

COMPLAINT

MARIO DELL'OLIO VS. ST. MARY'S CATHEDRAL et al

001C00414803

**Instructions:**
Please place this sheet on top of the document to be scanned.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ernest Krause (SB 56343)<br>41 Sutter St., #309<br>San Francisco, CA 94104<br>TELEPHONE NO: 415 781 0480  FAX NO. (Optional): 415 781 0480<br>E-MAIL ADDRESS (Optional): ernest.k@worldnet.att.net  PLAINTIFF<br>ATTORNEY FOR (Name): | **F I L E D**<br>San Francisco<br>MAY 0 6 2002<br>GORDON<br>BY: Mike |

| NAME OF COURT: | SUPERIOR COURT, CITY & CTY of S.F. |
|---|---|
| STREET ADDRESS: | 400 McAllister St. |
| MAILING ADDRESS: | San Francisco, CA 94102 |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

PLAINTIFF:

DEFENDANT:

MARIO DELL'OLIO (S.F.)

St. MARY'S CATHEDRAL, CATHOLIC ARCH-
DIOCESE OF S.F., DOES 1 – 5

STATUS CONFERENCE
PLANI OCT 0 4 2002 -9 00 AM

☐ DOES 1 TO ___

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*
Type *(check all that apply):*
☐ **MOTOR VEHICLE**  ☒ **OTHER** *(specify):*
☐ **Property Damage**  ☐ **Wrongful Death**
☒ **Personal Injury**  ☐ **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
 **Amount demanded** ☐ **does not exceed $10,000**
  ☐ **exceeds $10,000, but does not exceed $25,000**
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
 ☐ **from limited to unlimited**
 ☐ **from unlimited to limited**

CASE NUMBER:
**407617**

1. PLAINTIFF *(name):* MARIO DELL'OLIO
   CATHOLIC ARCHDIOCESE OF S.F., DOES 1 – 5
   alleges causes of action against DEFENDANT *(name):* St. MARY'S CATHEDRAL (S.F.),
2. This pleading, including attachments and exhibits, consists of the following number of pages: ___4___
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1)☐ a corporation qualified to do business in California
      (2)☐ an unincorporated entity *(describe):*
      (3)☐ a public entity *(describe):*
      (4)☐ a minor ☐ an adult
       (a)☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b)☐ other *(specify):*
      (5)☐ other *(specify):*

   b. ☐ **except** plaintiff *(name):*
      (1)☐ a corporation qualified to do business in California
      (2)☐ an unincorporated entity *(describe):*
      (3)☐ a public entity *(describe):*
      (4)☐ a minor ☐ an adult
       (a)☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b)☐ other *(specify):*
      (5)☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

*(Continued on reverse)*

Page one of three

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death** Code of Civil Procedure, § 425.12

105-03021  Doc# 1  Filed: 02/19/26  18:11:36  Page 11
of 22

C-87

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☒ compensatory damages
      (1) ☒ (unlimited civil cases) according to proof.
      (2) ☐ (limited civil cases) in the amount of: $
   b. ☐ other *(specify)*:

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 3, 2002

ERNEST KRAUSE

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2001]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page three of three

FIRST _____ **CAUSE OF ACTION—General Negligence**    Page __4__
_(number)_

ATTACHMENT TO ☒Complaint  ☐Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_  MARIO DELL'OLIO

alleges that defendant _(name):_ ST. MARY'S CATHEDRAL

☒ Does __1__ to __5__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date):_  5/24/01
at _(place):_ St. Mary's Cathedral, San Francisco, CA

_(description of reasons for liability):_

while in the employ of Sacred Heart Cathedral Preparatory School sustained injury to his right shoulder when a piano mounted on dollies became unstable. The piano was insecurely mounted, causing slippage. Plaintiff's injury occurred when he attempted to prevent damage to the piano or personal injury to others.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

**CAUSE OF ACTION—General Negligence**                CCP 425.12 C-89



## San Francisco Superior Courts
### Information Technology Group

# Document Scanning Lead Sheet

May-06-2002 12:47 pm

Case Number: CGC-02-407617

Filing Date: May-06-2002 12:36

Juke Box: 001    Image: 00414803

COMPLAINT

MARIO DELL'OLIO VS. ST. MARY'S CATHEDRAL et al

001C00414803

**Instructions:**
Please place this sheet on top of the document to be scanned.

4. ☐ Plaintiff *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant *(name)*: St. Mary's Cathedral, S.F.
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☒ other *(specify)*: religious entity

c. ☐ except defendant *(name)*:
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:

b. ☒ except defendant *(name)*: Catholic Archidocese of S.F.
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☒ other *(specify)*: religious entity

d. ☐ except defendant *(name)*:
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:

☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
a. ☐ plaintiff has complied with applicable claims statutes, **or**
b. ☐ plaintiff is excused from complying because *(specify)*:

(Continued on page three)

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☒ compensatory damages
      (1) ☒ (unlimited civil cases) according to proof.
      (2) ☐ (limited civil cases) in the amount of: $
   b. ☐ other *(specify)*:

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 3, 2002

ERNEST KRAUSE

_____
TYPE OR PRINT NAME

_____
SIGNATURE OF PLAINTIFF OR ATTORNEY

FIRST _____ **CAUSE OF ACTION—General Negligence**      Page ___4___
      (number)

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   MARIO DELL'OLIO

      alleges that defendant *(name):*  ST. MARY'S CATHEDRAL

      ☒ Does ___1___ to ___5___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):*  5/24/01
at *(place):*  St. Mary's Cathedral, San Francisco, CA

*(description of reasons for liability):*

          while in the employ of Sacred Heart Cathedral Preparatory
      School sustained injury to his right shoulder when a piano mounted on
      dollies became unstable.  The piano was insecurely mounted, causing
      slippage.  Plaintiff's injury occurred when he attempted to prevent
      damage to the piano or personal injury to others.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

**CAUSE OF ACTION—General Negligence**

CCP 425.12  C-89

**RJN 5-2**



San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

Jun-27-2002 3:58 pm

Case Number: CGC-02-407617

Filing Date: Jun-27-2002 3:56

Juke Box: 001    Image: 00451832

ANSWER

MARIO DELL'OLIO VS. ST. MARY'S CATHEDRAL et al

001C00451832

**Instructions:**
Please place this sheet on top of the document to be scanned.

1  PETER O. GLAESSNER (State Bar No. 93830)
   LOMBARDI, LOPER & CONANT, LLP
2  Lake Merritt Plaza
   1999 Harrison Street, Suite 1950
3  Oakland, CA 94612-3541
   TEL: (510) 433-2600
4  FAX: (510) 433-2699

F I L E D
San Francisco County Superior Court

JUN 2 7 2002

GORDON PARK-LI, Clerk
BY: _____ Clerk
Deputy Clerk

5  Attorneys for Defendant The Roman Catholic Archbishop of San Francisco, a corporation sole
   (sued erroneously herein as Catholic Archdiocese of San Francisco and Saint Mary's Cathedral)
6

7

8

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                        FOR THE COUNTY OF SAN FRANCISCO

11  MARIO DELL'OLIO,                        )  No. 407617
                                           )
12            Plaintiff,                     )  DEFENDANT'S ANSWER TO
                                           )  COMPLAINT FOR DAMAGES
13       v.                                 )
                                           )
14  ST. MARY'S CATHEDRAL (S.F.), CATHOLIC  )
    ARCHDIOCESE OF SAN FRANCISCO, DOES     )     BY FAX
15  1-5,                                    )
                                           )
16            Defendants.                    )
                                           )
17  _____

18        Defendant The Roman Catholic Archbishop of San Francisco, a corporation sole (sued

19  erroneously herein as Catholic Archdiocese of San Francisco and Saint Mary's Cathedral) hereby

20  responds to the complaint filed herein as follows:

21        Defendant denies each and every allegation in the complaint alleged against them, and

22  denies it actually or proximately caused any of the plaintiff's injuries or damages, if any.

23                            FIRST AFFIRMATIVE DEFENSE

24        The complaint, and each cause of action therein, fails to state a cause of action as a matter

25  of law.

26                           SECOND AFFIRMATIVE DEFENSE

27        Plaintiff has applied for and received worker's compensation benefits for his alleged injuries

28  and therefore is barred under the exclusive remedy doctrine from recovering monetary damages in

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Hunter Street
Suite 1950
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

05204-30831 POG 448601.1                    - 1 -

1    a civil action.  (Labor Code § 3601 et seq.)

2                          THIRD AFFIRMATIVE DEFENSE

3         The plaintiff assumed the risk of his injuries, if any, by his conduct as alleged in the

4    complaint.

5                          FOURTH AFFIRMATIVE DEFENSE

6         The plaintiff was negligent, or otherwise at fault, with respect to the matters alleged in the

7    complaint and such negligence or fault bars altogether or proportionately reduces any judgment,

8    verdict or award in his favor, if any.

9                          FIFTH AFFIRMATIVE DEFENSE

10        Any judgment, verdict or award in favor plaintiff for non-economic damages shall be

11   several and not joint, and each defendant shall be liable for non-economic damages only in direct

12   proportion to that defendant's percentage of fault, if any, as provided in Civil Code Section 1431.2,

13   et seq.

14                         SIXTH AFFIRMATIVE DEFENSE

15        Plaintiff has failed to mitigate his damages, if any.

16                         SEVENTH AFFIRMATIVE DEFENSE

17        Defendant is entitled to a Witt v. Jackson offset for all amounts paid in worker's

18   compensation benefits.

19                                    PRAYER

20        Wherefore, defendant prays for damages as follows:

21        (a)    That plaintiff take nothing by virtue of the complaint;

22        (b)    For costs of this action;

23        (c)    For such other relief as is deemed just and proper.

24   DATED:  June 21, 2002                    LOMBARDI, LOPER & CONANT, LLP

25

26                                  By:  _____
27                                            PETER O. GLAESSNER

28

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510.433.2600
FAX: 510.433.2699

05204-30831 POG 448661.1                        - 2 -

                    DEFENDANT'S ANSWER TO COMPLAINT FOR DAMAGES

## PROOF OF SERVICE
### Mario Dell'Olio v. St. Mary's Cathedral (S.F.), et al.
### San Francisco County Superior Court Case No. 407617

I, Julie Shaddle, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the county of Alameda; my business address is Lake Merritt Plaza, 1999 Harrison Street, Suite 1950, Oakland, CA 94612-3541.

On the date listed below, served the within:

## DEFENDANT'S ANSWER TO COMPLAINT FOR DAMAGES

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Ernest Krause, Esq.
41 Sutter St., No. 309
San Francisco, CA 94104
Tel: 415 781-0480
Fax: 415 781-0480
E-mail: ernest.k@worldnet.att.net
Attorney for Plaintiff, Mario Dell'Olio

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY HAND DELIVERY:**  I caused such envelope, to be hand delivered to the stated parties.

☐ **VIA FAX:**  I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers.

☐ **VIA EXPRESS CARRIER:**  I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2002, at Oakland, California.

_____
JULIE SHADDLE

417524-1