**RJN 13**

GEORGE J. TICHY, II, Bar No. 041146
gtichy@littler.com
MICHELLE R. BARRETT, Bar No. 197280
mfalconer@littler.com
LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
THE ROMAN CATHOLIC ARCHBISHOP OF SAN
FRANCISCO, A Corporation Sole (erroneously sued as
"Junipero Serra High School," and "The Roman Catholic
Archbishop of San Francisco")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOHNERT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPERO SERRA HIGH SCHOOL; THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; and DOES 1 through 25,<br><br>Defendants. | Case No. 3:14-cv-02854-WHO<br><br>**DECLARATION OF MAUREEN HUNTINGTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 2, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br>Judge: Hon. William H. Orrick<br><br>COMPLAINT FILED: May 15, 2014<br>FIRST AMENDED<br>COMPLAINT FILED: October 3, 2014<br>TRIAL DATE: November 30, 2015 |

I, Maureen Huntington, hereby declare and state:

1. I have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. I served as the Superintendent of Catholic Schools of The Roman Catholic Archbishop of San Francisco, A Corporation Sole ("Corporation Sole") from March 1, 2002 through July 17, 2015. Due to my role as the Superintendent of Catholic Schools for the Archdiocese of San

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

HUNTINGTON DECL. ISO DEF'S MOTION FOR SUMMARY JUDGMENT

Case No. 3:14-cv-02854-WHO
Page 2

Case 3:25-cv-06021 Doc#164-13   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 2 of 20

1  Francisco, I have personal knowledge of the Corporation Sole's business operations and structure, including the schools that it owns, operates, and maintains. I also have knowledge of documents the Corporation Sole keeps in the regular course of business.

3. Since at least March 1, 2002, the Corporation Sole has been organized as a non-profit religious corporation and has been recognized as a non-profit religious corporation by the state of California.

4. Since at least March 1, 2002, the Corporation Sole has owned, operated and maintained Junipero Serra High School ("Serra"), a religious, non-profit all boys college preparatory high school. Serra does not exist as a separate legal entity. Rather, it is wholly owned and operated as part of the Corporation Sole.

5. Pursuant to the California Education Code, all California private schools are required to file a "Private School Affidavit" each school year with the State of California Department of Education. True and correct copies of Private School Affidavits filed with regard to Serra in school years 2011-2012, 2012-2013, 2013-2014, and 2014-2015 are attached hereto as **Exhibit A**. These Private School Affidavits are kept in the regular course and scope of the Corporation Sole's business. These Private School Affidavits list me as the custodian of records as it relates to Serra's student attendance; courses of study; and names, addresses and educational qualifications of its faculty. In addition, the Private School Affidavits list the Archbishop of San Francisco as the Director or other Principal Officer, *e.g.*, Reverend George Niederauer (2011-2012) and Reverend Salvatore Cordileone (2012-2013, 2013-2014, and 2014-2015). The address listed for both the Archbishop of San Francisco and for me (1 Peter Yorke Way, San Francisco, California) is the business address for the Corporation Sole. The Private School Affidavits also list Serra's status as a religious, non-profit organization under both federal and state law.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on July 27, 2015 at Brisbane, California.

_____
MAUREEN HUNTINGTON

Firmwide:134878412.2 024521.1033

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

HUNTINGTON DECL. ISO DEF'S MOTION FOR SUMMARY JUDGMENT    2.    Case No. 3:14-cv-02854-WHO

Case 4:25-cv-03001-JSW   Document# 164-13   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 8 of 20

# EXHIBIT A

Change Text Size: A A A




Home » Specialized Programs » Private Schools » Requirements » Private School Affidavit » Affidavit Confirmation Form

# Annual Filing

# Private School Affidavit Form
# 2011-12

Thank you for submitting your Private School Affidavit online. This is your Private School Affidavit Certification. Please print this page, and maintain a hardcopy for a period of three years. **Do NOT mail a copy to the California Department of Education.**

| Form Submitted: | 10/4/2011 3:23:43 PM |
|---|---|
| Confirmation: | 104136 |
| Page Generated: | 7/24/2015 10:40:47 AM |

| From *Education Code* Section 48222: This is "... a private full-time...school... [that]...offer[s] instruction in the several branches of study required to be taught in public schools of the state,...[that offers this] instruction...in English [, and that keeps]...attendance [records]..." * | Yes |
|---|---|

## School Information

| 1. Name of School | Junipero Serra High School |
|---|---|
| 2. CDE-assigned 14 digit CDS code if one was previously assigned | 41690476940175 |
| 3. County in which school is located | San Mateo |
| 4. Public school district in which school is located | San Mateo Union High |
| 5. Street Address (P.O. Box is not acceptable | 451 West 20th Avenue |
| 6. City | San Mateo, CA 94403 - |
| 7. School Telephone Number | 650-345-8207 |
| 8. School E-mail Address | bthornton@serrahs.com |
| 9. Optional E-mail Address | kroque@serrahs.com |
| 10. Mailing Address (if different) | |
| 11. Mailing City | - |
| 12. Type of School | Boys Only |
| 13. School Accommodations | Day Only |
| 14. Do you offer Special Education instruction or services? | No |
| 15. Range of grades offered | Lowest: 9   Highest: 12 |
| 16. High School Diploma Offered | Yes |
| 17. Classification of school | Religious (Code:CATH) |

## Prior Year School Information

| 18. Has this school ever filed a Private School Affidavit under a different school name? | No |
|---|---|

| 19. Former name of school (if "Yes" answered to previous question) | |
|---|---|
| 20. Has this school changed public school districts? | No |
| 21. Former public school district (if "Yes" answered to previous question) | |

## Statistical Information

| 22. Range of students' ages *<br>(Youngest may be no younger than 4 years and 9 months) | Youngest: 14 years, 0 months<br>Oldest: 18 | |
|---|---|---|
| 23. Enrollment on a single date **October 1-15, 2011** *<br><br>(NOTE: Do not report pre-school enrollment; pre-schools that do not offer kindergarten should not file this PSA.) | **Grade** | **Number of Pupils** |
| | Kindergarten | 0 |
| | First Grade | 0 |
| | Second Grade | 0 |
| | Third Grade | 0 |
| | Fourth Grade | 0 |
| | Fifth Grade | 0 |
| | Sixth Grade | 0 |
| | Seventh Grade | 0 |
| | Eight Grade | 0 |
| | Ninth Grade | 235 |
| | Tenth Grade | 210 |
| | Eleventh Grade | 227 |
| | Twelfth Grade | 226 |
| | Ungraded Elementary | 0 |
| | Ungraded Secondary | 0 |
| | **Total Enrollment** | **898** |
| 24. Number of Twelfth Grade Graduates in 2010-2011 School Year | 0 | |
| 25. Number of School Staff | **Staff Type** | **Number of Staff** |
| | Full-time Teachers | 61 |
| | Part-time Teachers | 10 |
| | Administrators | 10 |
| | Other Staff | 10 |
| | "Other Staff" includes instructional aides, therapists, secretaries, etc. | |

## Administrative Staff

| 26. Site Administrator | Dr. Barry Thornton |
|---|---|
| 27. Site Administrator Title | Principal |
| 28. Director or Principal Officer Name | Rev. George Niederauer |
| 29. Director or Principal Officer Position | Other |
| 30. Director or Principal Officer Address | 1 Peter Yorke Way |
| 31. Director or Principal Officer City | San Francisco, CA  94109 - |
| 32. Director or Principal Officer E-mail Address | dcs@sfarchdiocese.org |

## School Records

The person named as Custodian of Records below maintains attendance records required by *EC* Section 48222 and the records of courses of study, names, addresses, and educational qualifications of the faculty, as required by subdivisions (f)(2) and (3) of *EC* Section 33190. Such records are true and accurate and are accessible at the place or through the person listed here.

| 33. Name of **Individual** who is Custodian of Records | Ms. Maureen Huntington |
|---|---|
| 34. Address (Location of Records) | 1 Peter Yorke Way |
| 35. City | San Francisco, CA  94109 - |
| 36. E-mail Address | huntingtonm@sfarchdiocese.org |

## Tax Status of School

37. Tax-exempt, nonprofit status under Section 501(c)(3) of the 1954 U.S. *Internal Revenue Code* - **YES**

38. Tax-exempt, nonprofit status under Section 23701d of the California *Revenue and Taxation Code* - **YES**

39. Property tax exemption under Section 214 of the California *Revenue and Taxation Code* - **YES**

40. None of the above - **NO**

## Count of Immigrant Students and LEP Immigrant Students *

**ITEMS 41 AND 42 APPLY ONLY TO SCHOOLS WITH SIX OR MORE STUDENTS:**

For questions regarding items 41 and 42 please contact Michele Anberg-Espinosa at 916-323-4872.

| | |
|---|---|
| 41. Report the total number of immigrant students enrolled in grades K through 12.<br><br>"Immigrant student" is defined as an individual who (a) is age 3 though 21, (b) was not born in any State, and (c) has not been attending one or more schools in any one or more States for more than 3 full academic years. "State" means the 50 states, the District of Columbia, and Puerto Rico. Therefore, children born to U.S. citizens abroad (e.g., children born on a military base overseas) are considered immigrants if they meet the criteria in the definition of immigrant. | 0 |
| 42. Of the immigrant students reported in Question 41, report the number that are NOT English learners/LEP.<br><br>A LEP student (also known as an English Learner in California) is a student aged 3 through 21, enrolled or preparing to enroll in an elementary school or a secondary school, with difficulties with the English language which may prevent the student from meeting proficiency level of achievement on state assessments; or from achieving in English language classrooms; or deny the student the opportunity to participate fully in society. Additionally, the student is either not born in the United States or has a primary language other than English; Native American or Alaska Native, or a native resident of the outlying areas and whose exposure to languages other than English impacts proficiency in English; or is migratory, and whose first language and linguistic surroundings are other than English. | 0 |

## Acknowledgements and Statutory Notices
**"YES" indicates your understanding of the statement and your school's compliance.**

43. YES All Private School Affidavits are public documents viewable by the public.
44. YES The Private School Affidavit must be filed by persons, firms, associations, partnerships, or corporations offering or conducting **full-time day school** at the elementary or high school level for students between the ages of six and eighteen years of age.
45. YES Preschools should contact the Community Care Licensing Division (CCLD) of the California Department of Social Services. Contact CCLD at 916-229-4530 or contact a regional office.
46. YES The Affidavit is not a license or authorization to operate a private school.
47. YES The Private School Affidavit does not indicate approval, recognition, or endorsement by the state. Filing of this Affidavit shall not be interpreted to mean, and it shall be unlawful for any school to expressly or impliedly represent by any means whatsoever, that the State of California, the Superintendent of Public Instruction, the State Board of Education, the CDE, or any division or bureau of the Department, or any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or course unless this is an actual fact (see *EC Section 33190*).
48. YES Private school authorities are responsible for initiating contact with the appropriate local authorities (city and/or county) regarding compliance with ordinances governing health, safety and fire standards, business licensing, and zoning requirements applicable to private schools.
49. YES When a school ceases operation, every effort should be made to give a copy of pupils' permanent records to parents or guardians. If records cannot be given to the parents or guardians, it is recommended that the school's custodian of records **retain the records permanently** so that former pupils may obtain copies when needed for future education, employment, or other purposes.
50. YES Retain a copy of this document for a period of three years.
51. YES Filing a Private School Affidavit is not equivalent to obtaining accreditation. A Private School Affidavit does not signify that any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or courses offered by the school.
52. YES A private school shall not employ a person who has been convicted of a violent or serious felony or a person who would be prohibited from employment by a public school district pursuant to EC Section 44237. This school is in compliance with EC Section 44237 to the extent that it applies.
53. YES The students enrolled in this private school and included in the school's enrollment total are full-time students in this school and are not enrolled in any other public or private elementary or secondary school on a full-time basis.

## Electronic Signature

**By submitting this form and the electronic signature attached hereto, I declare under penalty of perjury and the laws of the State of California that I am the owner or other head of the school, and the information contained herein is true, accurate, and complete.**

| Name of owner or other head of school | Barry Thornton |
|---|---|

| Title | Principal |
|---|---|
| Telephone Number | 650-345-8207 ext 127 |
| Electronic Signature - Birth Month | ***** Not displayed for security purposes |
| Electronic Signature - Birthday | ***** Not displayed for security purposes |
| Electronic Signature - Question | What is your favorite sport? |
| Electronic Signature - Answer | ***** Not displayed for security purposes |

| | |
|---|---|
| **Form Submitted:** | 10/4/2011 3:23:43 PM |
| **Confirmation:** | 104136 |
| **Page Generated:** | 7/24/2015 10:40:47 AM |

California Department of Education
1430 N Street
Sacramento, CA 95814

Contact Us | FAQ | Web Policy





Home » Specialized Programs » Private Schools » Requirements » Private School Affidavit » Affidavit Confirmation Form

# Annual Filing

# Private School Affidavit Form
# 2012-13

Thank you for submitting your Private School Affidavit online. This is your Private School Affidavit Certification. Please print this page, and maintain a hardcopy for a period of three years. **Do NOT mail a copy to the California Department of Education.**

| Form Submitted: | 10/12/2012 12:01:57 PM |
| --- | --- |
| Confirmation: | 124543 |
| Page Generated: | 7/24/2015 10:41:04 AM |

| From *Education Code* Section 48222: This is "... a private full-time...school... [that]...offer[s] instruction in the several branches of study required to be taught in public schools of the state,...[that offers this] instruction...in English [, and that keeps]...attendance [records]..." * | Yes |
| --- | --- |

## School Information

| 1. Name of School | Junipero Serra High School |
| --- | --- |
| 2. CDE-assigned 14 digit CDS code if one was previously assigned | 41690476940175 |
| 3. County in which school is located | San Mateo |
| 4. Public school district in which school is located | San Mateo Union High |
| 5. Street Address (P.O. Box is not acceptable | 451 West 20th Avenue |
| 6. City | San Mateo, CA 94403 - |
| 7. School Telephone Number | 650-345-8207 |
| 8. School E-mail Address | bthornton@serrahs.com |
| 9. Optional E-mail Address | kroque@serrahs.com |
| 10. Mailing Address (if different) | |
| 11. Mailing City | - |
| 12. Type of School | Boys Only |
| 13. School Accommodations | Day Only |
| 14. Do you offer Special Education instruction or services? | No |
| 15. Range of grades offered | Lowest: 9    Highest: 12 |
| 16. High School Diploma Offered | Yes |
| 17. Classification of school | Religious (Code:CATH) |

## Prior Year School Information

| 18. Has this school ever filed a Private School Affidavit under a different school name? | No |
| --- | --- |

| 19. Former name of school (if "Yes" answered to previous question) | |
|---|---|
| 20. Has this school changed public school districts? | No |
| 21. Former public school district (if "Yes" answered to previous question) | |

## Statistical Information

| | |
|---|---|
| 22. Range of students' ages * (Youngest may be no younger than 4 years and 9 months) | Youngest: 14 years, 0 months<br>Oldest: 18 |
| 23. Enrollment on a single date October 1-15, 2012 *<br><br>(NOTE: Do not report pre-school enrollment; pre-schools that do not offer kindergarten should not file this PSA.) | Grade     Number of Pupils<br>Kindergarten    0<br>First Grade    0<br>Second Grade    0<br>Third Grade    0<br>Fourth Grade    0<br>Fifth Grade    0<br>Sixth Grade    0<br>Seventh Grade    0<br>Eighth Grade    0<br>Ninth Grade    240<br>Tenth Grade    228<br>Eleventh Grade    200<br>Twelfth Grade    218<br>Ungraded Elementary    0<br>Ungraded Secondary    0<br>**Total Enrollment**    886 |
| 24. Number of Twelfth Grade Graduates in 2011-2012 School Year | 0 |
| 25. Number of School Staff | Staff Type    Number of Staff<br>Full-time Teachers    63<br>Part-time Teachers    11<br>Administrators    10<br>Other Staff    10<br>"Other Staff" includes instructional aides, therapists, secretaries, etc. |

## Administrative Staff

| | |
|---|---|
| 26. Site Administrator | Dr. Barry Thornton |
| 27. Site Administrator Title | Principal |
| 28. Site Administrator E-mail Address | bthornton@serrahs.com |
| 29. Director or Principal Officer Name | Rev. Salvatore Cordileone |
| 30. Director or Principal Officer Position | Other |
| 31. Director or Principal Officer Address | 1 Peter Yorke Way |
| 32. Director or Principal Officer City | San Francisco, CA  94109 - |
| 33. Director or Principal Officer E-mail Address | dcs@sfarchdiocese.org |

## School Records

The person named as Custodian of Records below maintains attendance records required by *EC* Section 48222 and the records of courses of study, names, addresses, and educational qualifications of the faculty, as required by subdivisions (f)(2) and (3) of *EC* Section 33190. Such records are true and accurate and are accessible at the place or through the person listed here.

| | |
|---|---|
| 34. Name of **Individual** who is Custodian of Records | Ms. Maureen Huntington |
| 35. Address (Location of Records) | 1 Peter Yorke Way |
| 36. City | San Francisco, CA  94109 - |
| 37. E-mail Address | huntingtonm@sfarchdiocese.org |

## Tax Status of School

38. Tax-exempt, nonprofit status under Section 501(c)(3) of the 1954 U.S. *Internal Revenue Code* - **YES**

39. Tax-exempt, nonprofit status under Section 23701d of the California *Revenue and Taxation Code* - **YES**

40. Property tax exemption under Section 214 of the California *Revenue and Taxation Code* - **YES**

41. None of the above - **NO**

## Acknowledgements and Statutory Notices
**"YES" indicates your understanding of the statement and your school's compliance.**

42. YES All Private School Affidavits are public documents viewable by the public.
43. YES The Private School Affidavit must be filed by persons, firms, associations, partnerships, or corporations offering or conducting **full-time day school** at the elementary or high school level for students between the ages of six and eighteen years of age.
44. YES Preschools should contact the Community Care Licensing Division (CCLD) of the California Department of Social Services. Contact CCLD at 916-229-4530 or contact a regional office.
45. YES The Affidavit is not a license or authorization to operate a private school.
46. YES The Private School Affidavit does not indicate approval, recognition, or endorsement by the state. Filing of this Affidavit shall not be interpreted to mean, and it shall be unlawful for any school to expressly or impliedly represent by any means whatsoever, that the State of California, the Superintendent of Public Instruction, the State Board of Education, the CDE, or any division or bureau of the Department, or any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or course unless this is an actual fact (see *EC Section 33190*).
47. YES Private school authorities are responsible for initiating contact with the appropriate local authorities (city and/or county) regarding compliance with ordinances governing health, safety and fire standards, business licensing, and zoning requirements applicable to private schools.
48. YES When a school ceases operation, every effort should be made to give a copy of pupils' permanent records to parents or guardians. If records cannot be given to the parents or guardians, it is recommended that the school's custodian of records **retain the records permanently** so that former pupils may obtain copies when needed for future education, employment, or other purposes.
49. YES Retain a copy of this document for a period of three years.
50. YES Filing a Private School Affidavit is not equivalent to obtaining accreditation. A Private School Affidavit does not signify that any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or courses offered by the school.
51. YES A private school shall not employ a person who has been convicted of a violent or serious felony or a person who would be prohibited from employment by a public school district pursuant to EC Section 44237. This school is in compliance with EC Section 44237 to the extent that it applies.
52. YES The students enrolled in this private school and included in the school's enrollment total are full-time students in this school and are not enrolled in any other public or private elementary or secondary school on a full-time basis.

## Electronic Signature

**By submitting this form and the electronic signature attached hereto, I declare under penalty of perjury and the laws of the State of California that I am the owner or other head of the school, and the information contained herein is true, accurate, and complete.**

| Name of owner or other head of school | Barry Thornton |
|---|---|
| Title | Principal |
| Telephone Number | 650-345-8207 ext 127 |
| Electronic Signature - Birth Month | ***** Not displayed for security purposes |
| Electronic Signature - Birthday | ***** Not displayed for security purposes |
| Electronic Signature - Question | What is your favorite color? |
| Electronic Signature - Answer | ***** Not displayed for security purposes |

| | |
|---|---|
| Form Submitted: | 10/12/2012 12:01:57 PM |
| Confirmation: | 124543 |
| Page Generated: | 7/24/2015 10:41:04 AM |

California Department of Education
1430 N Street
Sacramento, CA 95814




Change Text Size A A A

Home » Specialized Programs » Private Schools » Requirements » Private School Affidavit » Affidavit Confirmation Form

# Annual Filing

## Private School Affidavit Form 2013-14

Thank you for submitting your Private School Affidavit online. This is your Private School Affidavit Certification. Please print this page, and maintain a hardcopy for a period of three years. **Do NOT mail a copy to the California Department of Education.**

| Form Submitted: | 10/7/2013 4:23:26 PM |
|---|---|
| Confirmation: | 137851 |
| Page Generated: | 7/24/2015 10:41:18 AM |

| From Education Code Section 48222: This is "... a private full-time...school... [that]...offer[s] instruction in the several branches of study required to be taught in public schools of the state,...[that offers this] instruction...in English [, and that keeps]...attendance [records]..." * | Yes |
|---|---|

## School Information

| 1. Name of School | Junipero Serra High School |
|---|---|
| 2. CDE-assigned 14 digit CDS code if one was previously assigned | 41690476940175 |
| 3. County in which school is located | San Mateo |
| 4. Public school district in which school is located | San Mateo Union High |
| 5. Street Address (P.O. Box is not acceptable | 451 West 20th Avenue |
| 6. City | San Mateo, CA  94403 - |
| 7. School Telephone Number | 650-345-8207 |
| 8. Optional School Fax Number | 650-573-6638 |
| 9. School E-mail Address | bthornton@serrahs.com |
| 10. Optional School E-mail Address | kroque@serrahs.com |
| 11. Optional School Web Site Address | www.serrahs.com |
| 12. Mailing Address (only if different from #5 above) | |
| 13. Mailing City (only if #12 has response) | - |
| 14. Type of School | Boys Only |
| 15. School Accommodations | Day Only |
| 16. This school is a certified Nonpublic, Nonsectarian School | No |
| 17. Grade Span offered | Lowest: 9   Highest: 12 |
| 18. High School Diploma Offered | No |
| 19. Classification of school | Religious (Code:CATH) |

## Prior Year School Information

| | |
|---|---|
| 20. Has this school ever filed a Private School Affidavit under a different school name? | No |
| 21. Former name of school (if "Yes" answered to previous question) | |
| 22. Has this school changed public school districts? | No |
| 23. Former public school district (if "Yes" answered to previous question) | |

## Statistical Information

| | |
|---|---|
| 24. Range of students' ages * (Youngest may be no younger than 4 years and 9 months) | Youngest: 14 years, 0 months<br>Oldest: 18 |
| 25. Enrollment on a single date between **October 1-15, 2013**. If school was not operating during this period, enter enrollment on a single date during current month. *<br><br>(NOTE: Do not report pre-school enrollment; pre-schools that do not offer kindergarten should not file this PSA.) | **Grade**     **Number of Pupils**<br>Kindergarten    0<br>First Grade    0<br>Second Grade    0<br>Third Grade    0<br>Fourth Grade    0<br>Fifth Grade    0<br>Sixth Grade    0<br>Seventh Grade    0<br>Eighth Grade    0<br>Ninth Grade    225<br>Tenth Grade    226<br>Eleventh Grade    215<br>Twelfth Grade    190<br>Ungraded Elementary    0<br>Ungraded Secondary    0<br>**Total Enrollment**    856 |
| 26. Number of Twelfth Grade Graduates in 2012-2013 School Year | 227 |
| 27. Number of School Staff | **Staff Type**    **Number of Staff**<br>Full-time Teachers    63<br>Part-time Teachers    13<br>Administrators    12<br>Other Staff    10<br>"Other Staff" includes instructional aides, therapists, secretaries, etc. |

## Administrative Staff

| | |
|---|---|
| 28. Site Administrator | Dr. Barry Thornton |
| 29. Site Administrator Title | Principal |
| 30. Site Administrator E-mail Address | bthornton@serrahs.com |
| 31. Director or Principal Officer Name | Rev. Salvatore Cordileone |
| 32. Director or Principal Officer Position | Other |
| 33. Director or Principal Officer Address | 1 Peter Yorke Way |
| 34. Director or Principal Officer City | San Francisco, CA 94109 - 6602 |
| 35. Director or Principal Officer E-mail Address | dcs@sfarchdiocese.org |

## School Records

The person named as Custodian of Records below maintains attendance records required by *EC* Section 48222 and the records of courses of study, names, addresses, and educational qualifications of the faculty, as required by subdivisions (f)(2) and (3) of *EC* Section 33190. Such records are true and accurate and are accessible at the place or through the person listed here.

| | |
|---|---|
| 36. Name of **Individual** who is Custodian of Records | Ms. Maureen Huntington |

| 37. Address (Location of Records) | 1 Peter York Way |
| --- | --- |
| 38. City | San Francisco, CA   94109 - 6602 |
| 39. E-mail Address | huntingtonm@sfarchdiocese.org |

## Tax Status of School

40. Tax-exempt, nonprofit status under Section 501(c)(3) of the 1954 U.S. *Internal Revenue Code* - **YES**

41. Tax-exempt, nonprofit status under Section 23701d of the California *Revenue and Taxation Code* - **YES**

42. Property tax exemption under Section 214 of the California *Revenue and Taxation Code* - **YES**

43. None of the above - **NO**

## Acknowledgements and Statutory Notices
**"YES" indicates your understanding of the statement and your school's compliance.**

44. YES All Private School Affidavits are public documents viewable by the public.
45. YES The Private School Affidavit must be filed by persons, firms, associations, partnerships, or corporations offering or conducting **full-time day school** at the elementary or high school level for students between the ages of six and eighteen years of age.
46. YES Preschools should contact the Community Care Licensing Division (CCLD) of the California Department of Social Services. Contact CCLD at 916-229-4530 or contact a regional office.
47. YES The Affidavit is not a license or authorization to operate a private school.
48. YES The Private School Affidavit does not indicate approval, recognition, or endorsement by the state. Filing of this Affidavit shall not be interpreted to mean, and it shall be unlawful for any school to expressly or impliedly represent by any means whatsoever, that the State of California, the Superintendent of Public Instruction, the State Board of Education, the CDE, or any division or bureau of the Department, or any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or course unless this is an actual fact (see *EC Section 33190*).
49. YES Private school authorities are responsible for initiating contact with the appropriate local authorities (city and/or county) regarding compliance with ordinances governing health, safety and fire standards, business licensing, and zoning requirements applicable to private schools.
50. YES When a school ceases operation, every effort should be made to give a copy of pupils' permanent records to parents or guardians. If records cannot be given to the parents or guardians, it is recommended that the school's custodian of records **retain the records permanently** so that former pupils may obtain copies when needed for future education, employment, or other purposes.
51. YES Retain a copy of this document for a period of three years.
52. YES Filing a Private School Affidavit is not equivalent to obtaining accreditation. A Private School Affidavit does not signify that any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or courses offered by the school.
53. YES A private school shall not employ a person who has been convicted of a violent or serious felony or a person who would be prohibited from employment by a public school district pursuant to EC Section 44237. This school is in compliance with EC Section 44237 to the extent that it applies.
54. YES The students enrolled in this private school and included in the school's enrollment total are full-time students in this school and are not enrolled in any other public or private elementary or secondary school on a full-time basis.

## Electronic Signature

**By submitting this form and the electronic signature attached hereto, I declare under penalty of perjury and the laws of the State of California that I am the owner or other head of the school, and the information contained herein is true, accurate, and complete.**

| Name of owner or other head of school | Barry Thornton |
| --- | --- |
| Title | Principal |
| Telephone Number | 650-345-8207 ext 127 |
| Electronic Signature - Birth Month | ***** Not displayed for security purposes |
| Electronic Signature - Birthday | ***** Not displayed for security purposes |
| Electronic Signature - Question | What is your favorite color? |
| Electronic Signature - Answer | ***** Not displayed for security purposes |

| Form Submitted: | 10/7/2013 4:23:26 PM |
| --- | --- |
| Confirmation: | 137851 |
| Page Generated: | 7/24/2015 10:41:18 AM |

California Department of Education
1430 N Street
Sacramento, CA 95814

Contact Us | FAQ | Web Policy




Home » Specialized Programs » Private Schools » Requirements » Private School Affidavit » Affidavit Confirmation Form

# Annual Filing

## Private School Affidavit Form
## 2014-15

Thank you for submitting your Private School Affidavit online. This is your Private School Affidavit Certification. Please print this page, and maintain a hardcopy for a period of three years. **Do NOT mail a copy to the California Department of Education.**

| Form Submitted: | 10/9/2014 9:57:01 AM |
|---|---|
| Confirmation: | 156315 |
| Page Generated: | 7/24/2015 10:41:34 AM |

| From Education Code Section 48222: This is "... a private full-time...school... [that]...offer[s] instruction in the several branches of study required to be taught in public schools of the state,...[that offers this] instruction...in English [, and that keeps]...attendance [records]..." * | Yes |
|---|---|

## School Information

| 1. Name of School | Junipero Serra High School |
|---|---|
| 2. CDE-assigned 14 digit CDS code if one was previously assigned | 41690476940175 |
| 3. County in which school is located | San Mateo |
| 4. Public school district in which school is located | San Mateo Union High |
| 5. Street Address (P.O. Box is not acceptable | 451 West 20th Avenue |
| 6. City | San Mateo, CA  94403 - |
| 7. School Telephone Number | 650-345-8207 |
| 8. Optional School Fax Number | 650-573-6638 |
| 9. School E-mail Address | bthornton@serrahs.com |
| 10. Optional School E-mail Address | kroque@serrahs.com |
| 11. Optional School Web Site Address | www.serrahs.com |
| 12. Mailing Address (only if different from #5 above) | |
| 13. Mailing City (only if #12 has response) | - |
| 14. Type of School | Boys Only |
| 15. School Accommodations | Day Only |
| 16. Does the school provide special education services? | No |
| 17. Grade Span offered | Lowest: 9    Highest: 12 |
| 18. High School Diploma Offered | Yes |
| 19. Classification of school | Religious (Code:CATH) |

## Prior Year School Information

| 20. Has this school ever filed a Private School Affidavit under a different school name? | No |
|---|---|
| 21. Former name of school (if "Yes" answered to previous question) | |
| 22. Has this school changed public school districts? | No |
| 23. Former public school district (if "Yes" answered to previous question) | |

## Statistical Information

| 24. Range of students' ages * (Youngest may be no younger than 4 years and 9 months) | Youngest: 14 years, 0 months<br>Oldest: 18 | |
|---|---|---|
| 25. Enrollment on a single date between **October 1-15, 2014**. If school was not operating during this period, enter enrollment on a single date during current month. *<br><br>(NOTE: Do not report pre-school enrollment; pre-schools that do not offer kindergarten should not file this PSA.) | **Grade**<br>Kindergarten<br>First Grade<br>Second Grade<br>Third Grade<br>Fourth Grade<br>Fifth Grade<br>Sixth Grade<br>Seventh Grade<br>Eighth Grade<br>Ninth Grade<br>Tenth Grade<br>Eleventh Grade<br>Twelfth Grade<br>Ungraded Elementary<br>Ungraded Secondary<br>**Total Enrollment** | **Number of Pupils**<br>0<br>0<br>0<br>0<br>0<br>0<br>0<br>0<br>0<br>257<br>206<br>217<br>204<br>0<br>0<br>884 |
| 26. Number of Twelfth Grade Graduates in 2013-2014 School Year | 186 | |
| 27. Number of School Staff | **Staff Type**<br>Full-time Teachers<br>Part-time Teachers<br>Administrators<br>Other Staff | **Number of Staff**<br>63<br>13<br>12<br>10 |

"Other Staff" includes instructional aides, therapists, secretaries, etc.

## Administrative Staff

| 28. Site Administrator | Dr. Barry Thornton |
|---|---|
| 29. Site Administrator Title | Principal |
| 30. Site Administrator E-mail Address | bthornton@serrahs.com |
| 31. Director or Principal Officer Name | Rev. Salvatore Cordileone |
| 32. Director or Principal Officer Position | Other |
| 33. Director or Principal Officer Address | One Peter Yorke Way |
| 34. Director or Principal Officer City | San Francisco, CA 94109 - 6602 |
| 35. Director or Principal Officer E-mail Address | dcs@sfarchdiocese.org |

## School Records

The person named as Custodian of Records below maintains attendance records required by *EC* Section 48222 and the records of courses of study, names, addresses, and educational qualifications of the faculty, as required by subdivisions (f)(2) and (3) of *EC* Section 33190. Such records are true and accurate and are accessible at the place or through the person listed here.

| 36. Name of **Individual** who is Custodian of Records | Ms. Maureen Huntington |
|---|---|

| 37. Address (Location of Records) | One Peter Yorke Way |
|---|---|
| 38. City | San Francisco, CA   94109 - 6602 |
| 39. E-mail Address | huntingtonm@sfarchdiocese.org |

## Tax Status of School

40. Tax-exempt, nonprofit status under Section 501(c)(3) of the 1954 U.S. *Internal Revenue Code* - **YES**

41. Tax-exempt, nonprofit status under Section 23701d of the California *Revenue and Taxation Code* - **YES**

42. Property tax exemption under Section 214 of the California *Revenue and Taxation Code* - **YES**

43. None of the above - **NO**

## Acknowledgements and Statutory Notices

**"YES" indicates your understanding of the statement and your school's compliance.**

44. YES All Private School Affidavits are public documents viewable by the public.
45. YES The Private School Affidavit must be filed by persons, firms, associations, partnerships, or corporations offering or conducting **full-time day school** at the elementary or high school level for students between the ages of six and eighteen years of age.
46. YES Preschools should contact the Community Care Licensing Division (CCLD) of the California Department of Social Services. Contact CCLD at 916-229-4530 or contact a regional office.
47. YES The Affidavit is not a license or authorization to operate a private school.
48. YES The Private School Affidavit does not indicate approval, recognition, or endorsement by the state. Filing of this Affidavit shall not be interpreted to mean, and it shall be unlawful for any school to expressly or impliedly represent by any means whatsoever, that the State of California, the Superintendent of Public Instruction, the State Board of Education, the CDE, or any division or bureau of the Department, or any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or course unless this is an actual fact (see *EC Section 33190*).
49. YES Private school authorities are responsible for initiating contact with the appropriate local authorities (city and/or county) regarding compliance with ordinances governing health, safety and fire standards, business licensing, and zoning requirements applicable to private schools.
50. YES When a school ceases operation, every effort should be made to give a copy of pupils' permanent records to parents or guardians. If records cannot be given to the parents or guardians, it is recommended that the school's custodian of records **retain the records permanently** so that former pupils may obtain copies when needed for future education, employment, or other purposes.
51. YES Retain a copy of this document for a period of three years.
52. YES Filing a Private School Affidavit is not equivalent to obtaining accreditation. A Private School Affidavit does not signify that any accrediting agency has made any evaluation, recognition, approval, or endorsement of the school or courses offered by the school.
53. YES A private school shall not employ a person who has been convicted of a violent or serious felony or a person who would be prohibited from employment by a public school district pursuant to EC Section 44237. This school is in compliance with *EC Section 44237* to the extent that it applies.
54. YES The students enrolled in this private school and included in the school's enrollment total are full-time students in this school and are not enrolled in any other public or private elementary or secondary school on a full-time basis.

## Electronic Signature

**By submitting this form and the electronic signature attached hereto, I declare under penalty of perjury and the laws of the State of California that I am the owner or other head of the school, and the information contained herein is true, accurate, and complete.**

| Name of owner or other head of school | Barry Thornton |
|---|---|
| Title | Principal |
| Telephone Number | 650-345-8207 ext 127 |
| Electronic Signature - Birth Month | ***** Not displayed for security purposes |
| Electronic Signature - Birthday | ***** Not displayed for security purposes |
| Electronic Signature - Question | What is your favorite color? |
| Electronic Signature - Answer | ***** Not displayed for security purposes |

| Form Submitted: | 10/9/2014 9:57:01 AM |
|---|---|
| Confirmation: | 156315 |
| Page Generated: | 7/24/2015 10:41:34 AM |

California Department of Education
**1430 N Street**
Sacramento, CA 95814

Contact Us | FAQ | Web Policy

REDACTED