**RJN 17-1**

PETER O. GLAESSNER, State Bar No. 93830
pglaessner@aghwlaw.com
KIMBERLY Y. CHIN, State Bar No. 271333
kchin@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant, THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO, A Corporation
Sole (also sued erroneously as Holy Cross Cemetery)

ELECTRONICALLY
**F I L E D**
Superior Court of California,
County of San Francisco

**JAN 26 2015**

Clerk of the Court
BY: EDNALEEN JAVIER
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| JOHN TAMBURINI,<br><br>Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, HOLY CROSS CATHOLIC CEMETERY; DOES 1 to 10,<br><br>Defendants. | Case No. CGC-14-543352<br><br>**DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S AMENDED ANSWER TO COMPLAINT**<br><br>Action Filed: December 23, 2014<br>Trial Date: None Set |

Defendant THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole (and also sued erroneously as Holy Cross Cemetery), in amended answer to the unverified complaint for damages on file herein, denies generally and specifically, each and every allegation contained therein, and each and every purported cause of action thereof, and further denies that plaintiff has been damaged in any sum or sums whatsoever, or at all.

As affirmative defenses herein, defendant further alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

The complaint, and each cause of action therein, fails to state a cause of action.

///

///

1

DEFENDANT ROMAN CATHOLIC ARCHBISHOP'S AMENDED ANSWER TO COMPLAINT

## SECOND AFFIRMATIVE DEFENSE

Plaintiff was careless, negligent or at fault with respect to the matters alleged in the complaint, which actually and proximately caused his damages, if any; alternatively, such carelessness, negligence or fault must proportionately reduce any judgment, verdict or award in favor of plaintiff, if any, in accord with principles of comparative fault as applicable under *Li v. Yellow Cab* and *American Motorcycle Association v. Superior Court*.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff assumed the risks associated with the acts alleged in the complaint, had full knowledge of the risks assumed, and the defendant did not increase the risks inherent in such activities.

## FOURTH AFFIRMATIVE DEFENSE

Persons or parties, named or unnamed in the complaint, were guilty of the acts and omissions alleged in the complaint and it was their acts or omissions that caused or contributed to such damages, any judgment, verdict or award against this answering defendant must be proportionally reduced to reflect such comparative fault or negligence in accordance with *American Motorcycle Assn. v. Superior Court*.

## FIFTH AFFIRMATIVE DEFENSE

This action is governed by the provisions of *Civil Code* §1431, et seq. (Proposition 51) limiting joint and several liability to economic damages, and such statutes apply limit or reduce to any judgment, verdict or award rendered herein.

## SIXTH AFFIRMATIVE DEFENSE

The defendant did not own or control the monument that allegedly caused him harm or injury and is not the insurer of the acts of third persons, nor was it reasonably anticipated the monument would fall and injure plaintiff, as alleged.

## SEVENTH AFFIRMATIVE DEFENSE

The doctrine of *res ipsa loquitur* is inapplicable because the defendant did not own, or have control, over the monument that allegedly caused harm or injury to plaintiff.

////

## EIGHTH AFFIRMATIVE DEFENSE

There was no prior knowledge or awareness of any defect in the monument allegedly fell, injuring plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to act reasonably to mitigate his damages, if any, arising out of or related to the matters alleged in the complaint.

## PRAYER

Wherefore, defendant prays for judgment as follows:

1. That plaintiff take nothing by reason of his complaint and for judgment in favor of defendant;
2. That defendant be awarded costs of suit herein;
3. For such other and further relief as to the court may deem just and proper.

Dated: January 26, 2015

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: /s/ Peter Glaessner
PETER O. GLAESSNER
KIMBERLY Y. CHIN
Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole

3

DEFENDANT ROMAN CATHOLIC ARCHBISHOP'S AMENDED ANSWER TO COMPLAINT

## PROOF OF SERVICE
*John Tamburini v. The Roman Catholic Archbishop of San Francisco, et al.*
San Francisco Superior Court Case No.: CGC-14-543352

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, CA 94104. On January 26, 2015, I served the within:

**DEFENDANT THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S AMENDED ANSWER TO COMPLAINT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Alexis Davidson | T: (415) 447-2833 |
| The Michael Law Firm | F: (415) 447-2834 |
| 1648 Union Street, Suite 201 | E-mail: |
| San Francisco, CA 94123 | *Attorneys for Plaintiff* |

☐ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By Overnight Delivery:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

4

**DEFENDANT ROMAN CATHOLIC ARCHBISHOP'S AMENDED ANSWER TO COMPLAINT**

39310.1

☒ By E-Mail or Electronic Transmission (File & Serve Express): Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **(FEDERAL)** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 26, 2015, at San Francisco, California.

_____
PAMELA S. HYRN

5

**DEFENDANT ROMAN CATHOLIC ARCHBISHOP'S AMENDED ANSWER TO COMPLAINT**

**RJN 17-2**



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Dec-23-2014 9:09 am

Case Number: CGC-14-543352

Filing Date: Dec-23-2014 9:07

Filed by: DAVID YUEN

Juke Box: 001    Image: 04732116

COMPLAINT

JOHN TAMBURINI VS. THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO ET AL

001C04732116

**Instructions:**
Please place this sheet on top of the document to be scanned.

| | SUM-100 |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)*<br>**NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery, DOES 1 to 10<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>John Tamburini | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: San Francisco County Superior Court
*(El nombre y dirección de la corte es):*

400 McAllister Street
San Francisco, CA 94102

CASE NUMBER: CGC-14-543352

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alexis Davidson, The Michael Law Firm, 1648 Union Street, Ste 201 San Francisco, CA 94123 T:415-447-2833

DATE: DEC 2 3 2014    CLERK OF THE COURT    Clerk, by DAVID W. YUEN, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case: 25-03021    Doc# 164-17    Filed: 02/19/26    Entered: 02/19/26 18:11:36    Page 9 of 17

OCC AVP0000430

| | | CM-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Issa J. Michael (SBN 184256) Alexis L. Davidson (SBN 281518)<br>The Michael Law Firm<br>1648 Union Street, Suite 201, San Francisco, CA 94123<br>TELEPHONE NO.: (415) 447-2833   FAX NO.: (415) 447-2834<br>ATTORNEY FOR (Name): John Tamburini, Plaintiff | | FOR COURT USE ONLY<br><br>**F I L E D**<br>Superior Court of California<br>County of San Francisco<br><br>DEC 23 2014<br><br>CLERK OF THE COURT<br>BY: _David W. Yuen_<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME:
John Tamburini v. The Roman Catholic Archbishop of San Francisco, et. al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount demanded exceeds $25,000) | [ ] Limited<br>(Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CGC-14-543352<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [X] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a.[X] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify)*: TWO (2)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 22, 2014

Alexis L. Davidson, Esq.
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Case: 23-03021   Doc# 164-17   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 10 of 17

OCC AVP0000431

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non- domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non- harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Page 2 of 2

Case: 25-03021     Doc# 164-17     Filed: 02/19/26     Entered: 02/19/26 19:11:36     Page 11 of 17

OCC AVP0000432

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alexis L. Davidson (SBN 281518)<br>The Michael Law Firm<br>1648 Union Street, Suite 201<br>San Francisco, CA 94123<br>TELEPHONE NO: (415) 447-2833  FAX NO. (Optional): (415) 447-2834<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): John Tamburini, Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: John Tamburini

DEFENDANT: The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery

[X] DOES 1 TO 10

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE  [X] OTHER (specify): Premises Liability
[ ] Property Damage  [ ] Wrongful Death
[X] Personal Injury  [ ] Other Damages (specify):

**FILED**
Superior Court of California
County of San Francisco
DEC 23 2014
CLERK OF THE COURT
BY: _____ Deputy Clerk

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: CGC-14-543352

1. Plaintiff (name or names): John Tamburini
   alleges causes of action against defendant (name or names): The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery, DOES 1 to 10
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

Case: 25-03021   Doc# 164-17   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 12 of 17

OCC AVP0000433

| SHORT TITLE: Tamburini v. The Roman Catholic Archbishop of San Francisco, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] **except** defendant *(name):* The Roman Catholic Archbishop
      (1) [X] a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. [X] **except** defendant *(name):* Holy Cross Catholic Cemetery
      (1) [X] a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* ___1 TO 10, inclusive___ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* ___1 TO 10, inclusive___ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Tamburini v. The Roman Catholic Archbishop of San Francisco, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    GN-1; Prem.L-1; Prem.L-2; Prem.L-5; entirety of Attachment 1

Date: December 22, 2014

Alexis Davidson, Esq.
(TYPE OR PRINT NAME)                                                    ▶ /s/ Alexis Davidson
                                                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: Tamburini v. The Roman Catholic Archbishop of San Francisco, et al. | CASE NUMBER: |
|---|---|

| FIRST | CAUSE OF ACTION—General Negligence | Page 4 |
|---|---|---|
| (number) | | |

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* John Tamburini

alleges that defendant *(name):* The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery

[X] Does  1  to  10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* April 6, 2014
at *(place):* Holy Cross Catholic Cemetery, 1500 Mission Road, Colma, CA 94014

*(description of reasons for liability):*

By this reference, Plaintiff hereby incorporates each and every aforementioned paragraph as though fully set forth in this place.

Defendant and DOES 1 to 10, inclusive, owned, leased, occupied, controlled, operated, and/or maintained the premises located at Holy Cross Catholic Cemetery. Defendant and DOES 1 to 10, inclusive, had a duty, among other acts, to use reasonable care to keep the property in a reasonably safe condition, discover any unsafe conditions, and to repair, replace, and/or give adequate warning of anything that could be reasonably expected to harm others.

Defendant and DOES 1 to 10, inclusive, breached said duty by, among other acts and omissions, negligently installing, inspecting, maintaining and repairing tombstones on the premises; failing to ensure that the tombstones were safely secured, stable, and posed no risk of falling or toppling on top of those lawfully on the premises; and failing to give adequate warning of any unsafe conditions on the premises; and under the totality of other circumstances and conditions, combined to cause this incident, whereby Plaintiff John Tamburini, who was using due care himself, was injured by a tombstone that fell on top of his left leg and foot. And, given prior similar incidents and other factors, this incident was foreseeable to Defendant and DOES 1 to 10, inclusive. As a direct and proximate result of the breach of Defendant and DOES 1 to 10, and each of them, Plaintiff suffered past and future special and general damages, as set forth herein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Case: 25-03021    Doc# 164-17    Filed: 02/19/26    Entered: 02/19/26 18:11:36    Page 15 of 17

LexisNexis® Automated California Judicial Council Forms

OCC AVP0000436

___SECOND___  **CAUSE OF ACTION—Premises Liability**   Page ___5___
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* John Tamburini

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* April 6, 2014   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff John Tamburini, who was using due care himself, was injured by a tombstone that fell on top of his left leg and foot while at Holy Cross Catholic Cemetery. Plaintiff's injury was due to Defendant and DOES 1 to 10, inclusive, negligently installing, inspecting, maintaining and repairing tombstones on the premises; failing to ensure that the tombstones were safely secured, stable, and posed no risk of falling or toppling on top of those lawfully on the premises; and failing to give adequate warning of any unsafe conditions on the premises; and which, under the totality of other circumstances and conditions, combined to cause this incident,

**Prem.L-2.**   [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery

[X] Does ___1___ to ___10___

**Prem.L-3.**   [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.**   [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* The Roman Catholic Archbishop of San Francisco, Holy Cross Catholic Cemetery

[X] Does ___1___ to ___10___

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [X] as follows *(names):* DOES 1 to 10, for other legal reasons presently unascertained

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

Case: 25-03021   Doc# 164-17   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 16 of 17

OCC AVP0000437

| SHORT TITLE: Tamburini v. The Roman Catholic Archbishop of San Francisco, et al. | CASE NUMBER: |
|---|---|

**MC-025**

**ATTACHMENT** (Number): __1__

(This Attachment may be used with any Judicial Council form.)

By this reference, Plaintiff hereby incorporates by reference each and every aforementioned paragraph as though fully set forth in this place.

Plaintiff seeks pre-judgment interest, according to law.

Plaintiff demands a trial by jury.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page __6__ of __6__
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

Case: 23-03021    Doc# 164-17    Filed: 02/19/26    Entered: 02/19/26 18:11:36    Page 17 of 17

OCC AVP0000438