**RJN 18-1**



## San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

Mar-17-2003 1:17 pm

Case Number: CGC-03-418417

Filing Date: Mar-17-2003 1:08

Juke Box: 001    Image: 00640678

COMPLAINT

ANTONE SOUSA et al VS. ARCHDIOCESE OF SAN FRANCISCO et al

001C00640678

**Instructions:**
Please place this sheet on top of the document to be scanned.

OCC AVP0001374

| | | 982.1(1) |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>PAUL L. KRANZ, ESQ.   SBN:114999<br>LAW OFFICES OF PAUL L. KRANZ<br>2560 NINTH STREET, SUITE 213 B<br>BERKELEY, CA 94710<br>TELEPHONE NO.: 510.549.5900   FAX NO.*(Optional)*: 510.549.5901<br>E-MAIL ADDRESS *(Optional)*:   Plaintiffs ANTONE SOUSA, PETITE SOUSA, THOMAS SOUSA, FEDERAL SOUSA<br>ATTORNEY FOR *(Name)*:   DOROTHY SOUSA, MICHAEL SOUSA AND JULIA SOUSA | | FOR COURT USE ONLY<br>FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br><br>2003 MAR 17 PM 1:18<br><br>GORDON PARK-LI, CLERK<br>BY /s/ Priscilla Palmiga<br>DEPUTY CLERK |
| NAME OF COURT: SUPERIOR COURT OF SAN FRANCISCO COUNTY<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA  94102<br>BRANCH NAME: | | |
| PLAINTIFF: ANTONE SOUSA, PETITE SOUSA, THOMAS SOUSA, FEDERAL SOUSA<br>        DOROTHY SIMON, MICHAEL SOUSA AND JULIA SOUSA<br>DEFENDANT: ARCHDIOCESE OF SAN FRANCISCO, MT. OLIVET<br>        CEMETERY and<br>☒ DOES 1 TO 100 | | |
| COMPLAINT-Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED *(Number)* :<br>Type *(check all that apply)* :<br>☐ MOTOR VEHICLE   ☐ OTHER *(specify)* :<br>  ☐ Property Damage   ☐ Wrongful Death<br>  ☒ Personal Injury   ☐ Other Damages *(specify)* : | | CASE MANAGEMENT CONFERENCE SET<br><br>PLAN I  AUG 1 5 2003  9:00 AM<br><br>DEPARTMENT 212 |
| Jurisdiction *(check all that apply)* :<br>☐ ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded ☐ does not exceed $10,000<br>         ☐ exceeds $10,000, but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | | CASE NUMBER:<br><br>CGC 03 418417 |

1. PLAINTIFF *(name)* : ANTONE SOUSA, PETITE SOUSA, THOMAS SOUSA, FEDERAL SOUSA
   DOROTHY SIMON , MICHAEL SOUSA AND JULIA SOUSA
   alleges causes of action against DEFENDANT *(name)* :
2. This pleading, including attachments and exhibits, consists of the following number of pages: ___5___
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)* :
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)* :
      (3) ☐ a public entity *(describe)* :
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)* :
      (5) ☐ other *(specify)* :

   b. ☐ except plaintiff *(name)* :
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)* :
      (3) ☐ a public entity *(describe)* :
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)* :
      (5) ☐ other *(specify)* :

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint-Attachment 3.

(Continued on reverse)                                                    Page one of three

Form Approved for Optional Use          COMPLAINT-Personal Injury, Property              Code of Civil Procedure, §425.12
Judicial Council of California              Damage, Wrongful Death
982.1(1) [Rev. January 1, 2001]
Martin Dean's Essential Forms™                                                          SOUSA, et al, v. MT. OLIVET CEMETERY

Case: 25-03021    Doc# 164-18    Filed: 02/19/26    Entered: 02/19/26 18:11:36    Page 3 of 13

OCC AVP0001375

| SHORT TITLE: SOUSA, et al., v ARCHDIOCESE OF SAN FRANCISCO | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)* :
   is doing business under the fictitious name *(specify)* :

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name)* :
      ARCHDIOCESE OF SAN FRANCISCO
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :
      (4) ☐ a public entity *(describe)* :
      (5) ☐ other *(specify)* :

   c. ☒ **except** defendant *(name)* :
      MT. OLIVET CEMETERY
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :
      (4) ☐ a public entity *(describe)* :
      (5) ☐ other *(specify)* :

   b. ☐ **except** defendant *(name)* :
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :
      (4) ☐ a public entity *(describe)* :
      (5) ☐ other *(specify)* :

   d. ☐ **except** defendant *(name)* :
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)* :
      (4) ☐ a public entity *(describe)* :
      (5) ☐ other *(specify)* :

   ☐ Information about additional defendants who are not natural persons is contained in Complaint-Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.
7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ plaintiff has complied with applicable claims statutes, **or**
   b. ☐ plaintiff is excused from complying because *(specify)*:

(Continued on page three)

SOUSA, et al., v. MT. OLIVET CEMETERY
Case: 25-03021   Doc# 164-18   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 4 of 13
OCC AVP0001376

| SHORT TITLE: SOUSA, et al., v. ARCHDIOCESE OF SAN FRANCISCO | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify)*:
       Breach of Contract

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*: contract damages

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Complaint-Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ compensatory damages
       (1) ☒ (unlimited civil cases) according to proof.
       (2) ☐ (limited civil cases) in the amount of: $
    b. ☐ other *(specify)*:

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: March 14, 2003

Paul L. Kranz, Esq.
(TYPE OR PRINT NAME)

▶ /s/ Paul L. Kr——
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2001]
Martin Dean's Essential Forms ™

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Page three of three

SOUSA, et al., v. MT. OLIVET CEMETER
Case: 25-03021   Doc# 164-18   Filed: 02/19/26   Entered: 02/19/26 18:11:36   Page 5 of 13

OCC AVP0001377

982.1(3)

| SHORT TITLE: SOUSA, et al., v. ARCHDIOCESE OF SAN FRANCISCO | CASE NUMBER: |
|---|---|

__FIRST__ CAUSE OF ACTION- General Negligence    Page __4__
  (number)

ATTACHMENT TO ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: ANTONE SOUSA, PETITE SOUSA, THOMAS SOUSA, FEDERAL SOUSA, DOROTHY SIMON, MICHAEL SOUSA AND JULIA SOUSA
alleges that defendant *(name)*:

ARCHDIOCESE OF SAN FRANCISCO and MT. OLIVET CEMETERY

☒ Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: March 17, 2002
at *(place)*: San Rafael, CA

*(description of reasons for liability)*: Plaintiffs are the nephew, niece, nephew, nephew, sister, son and daughter of decedent William Manuel Souza. Defendants Archdiocese of San Francisco and Mt. Olivet Cemetery engaged in the business of operating a cemetery, Mt. Olivet Cemetery. On or about October 13, 1999, defendants, and each of them, received possession and custody of the decedent William Manuel Souza for the purpose of proper disposition of the decedent's remains. Defendnats and each of them agreed to providefuneral-related services and to accmoplish the burial of the remains of decedent for the benefit of plaintiffs, and with the dignity and respect due plaintiffs in accord with their wishes, in keeping with public sensibilities, and in accordance with the law. On or about October 13, 1999 and thereafter, defendants and each of them mishandled decedent's remains, treated decedent's remains in a disrespectful manner and failed to properly bury decedent. Plaintiffs learned of defendants' misconduct when plaintiffs and/or family members of plaintiffs observed decedent's remains protruding from the ground and/or observable to public view. Plaintiffs did not observe said condition of decedent's remains or otherwise learn of said condition any sooner than March 17, 2002 and thereafter.

As a proximate result of the negligence of defendants and each of them, plaintiffs were hurt and injured in their health, strength, and acitivity, sustaining injuries to their nervous systems and persons, all of which injuries have caused and continue to cause plaintiffs great mental, physical and nervous pain and suffering. As a result of such injuries, plaintiffs have suffered general damages in an amount according to proof, medical and related expenses according to proof, impairment of earning capacity.

Form Approved by the Judicial Council of California Effective January 1, 1982 Rule 982.1(3) Optional Form
Martin Dean's Essential Forms™

CAUSE OF ACTION-General Negligence    CCP 425.12

SOUSA, et al., v. MT. OLIVET CEMETER

Case: 25-03021    Doc# 164-18    Filed: 02/19/26    Entered: 02/19/26 18:11:36    Page 6 of 13

OCC AVP0001378

| SHORT TITLE: SOUSA, et al., v. ARCHDIOCESE OF SAN FRANCISCO | CASE NUMBER: |
|---|---|

982.1(21)

__SECOND__ **CAUSE OF ACTION- Breach of Contract**  Page __5__
(number)

ATTACHMENT TO ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: ANTONE SOUSA, PETITE SOUSA, THOMAS SOUSA, FEDERAL SOUSA DOROTHY SIMON, MICHAEL SOUSA AND JULIA SOUSA
alleges that on or about *(date)*: October 13, 1999
a ☒ written ☒ oral ☐ other *(specify)*:
agreement was made between *(name parties to agreement)*:

☐ A copy of the agreement is attached as Exhibit A, **or**
☒ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☒ are as follows *(specify)*:
To utilize proper and respectfuly burial procedures and containers for decedent William Manuel Souza's remains, and to thereafter protect said remains from exposure and from public view.

BC-2. On or about *(dates)*: March 17, 2002
defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☒ the following acts *(specify)*: failing to utilize proper and respecful burial procedures and containers, to therafter fail to protect said remains from exposure and from public view, failing to portect the integrity of the burial container and/or casket, and failing to otherwise treat decedent's remains in the respectful, dignified manner expected by plaintiffs of defendants.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4  ☒ as follows *(specify)*:
Plaintiffs incorporate by reference Paragraph 11, above. In addition, plaintiffs suffered damages in the amount of the cost of the services of defendants, and the future costs of the proper burial of decedent.

BC-5. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☒ according to proof.

BC-6. ☐ Other:

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(21)
Optional Form
Martin Dean's Essential Forms™

**CAUSE OF ACTION-Breach of Contract**

CCP 425.12

SOUSA, et al., v. MT. OLIVET CEMETER

Case: 25-03021  Doc# 164-18  Filed: 02/19/26  Entered: 02/19/26 18:11:36  Page 7 of 13

OCC AVP0001379

**RJN 18-2**



# San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

Oct-27-2003 8:02 am

Case Number: CGC-03-418417

Filing Date: Oct-24-2003 11:50

Juke Box: 001   Image: 00817828

ANSWER TO COMPLAINT FILED BY DEFENDANT

ANTONE SOUSA et al VS. ARCHDIOCESE OF SAN FRANCISCO et al

001C00817828

**Instructions:**
Please place this sheet on top of the document to be scanned.

```
 1  FRANCIS X. DOHERTY (52329)
    SUZANNE BROWN CROW (213409)
 2  JUSVOX
    36 Woodland Avenue, Suite C
 3  San Rafael, CA 94901
    (415) 453-2300
 4  (415) 257-8586 Facsimile

 5  ATTORNEYS FOR DEFENDANT
    The Roman Catholic Archbishop of
 6  San Francisco, a Corporation Sole,
    erroneously sued herein as
 7  Archdiocese of San Francisco and
    Mt. Olivet Cemetery
 8
```

**FILED**
San Francisco County Superior Court
OCT 2 4 2003
GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

| | |
|---|---|
| ANTONE SOUSA, PETIT SOUSA, THOMAS SOUSA, FEDERAL SOUSA, DOROTHY SIMON, MICHAEL SOUSA AND JULIA SOUSA, <br><br> Plaintiff, <br><br> v. <br><br> ARCHDIOCESE OF SAN FRANCISCO, MT. OLIVET CEMETERY and DOES 1 to 100, <br><br> Defendants. | Case No.: CGC 03418417 <br><br> ANSWER TO COMPLAINT BY THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE, ERRONEOUSLY SUED HEREIN AS ARCHDIOCESE OF SAN FRANCISCO AND MT. OLIVET CEMETERY <br><br> **BY FAX** |

The Roman Catholic Archbishop of San Francisco, a Corporation Sole, erroneously sued herein as Archdiocese of San Francisco and Mt. Olivet Cemetery (hereinafter the "Archbishop") answers the complaint filed by the plaintiffs herein as follows:

**GENERAL DENIAL**

1. The Archbishop denies each and every allegation of the complaint pursuant to *Code of Civil Procedure* §431.30 and denies that Plaintiffs have been damaged or suffered injury in any amount, or at all.

2. As for separate defenses, the Archbishop alleges as follows:

---

1

Case No. CGC 03418417                                                                 ANSWER TO COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

3. The complaint and each cause of action therein fails to state facts sufficient to constitute a cause of action against the Archbishop.

## SECOND AFFIRMATIVE DEFENSE

4. The first cause of action in the complaint fails to state facts sufficient to constitute a cause of action against the Archbishop.

## THIRD AFFIRMATIVE DEFENSE

5. The second cause of action in the complaint fails to state facts sufficient to constitute a cause of action against the Archbishop.

## FOURTH AFFIRMATIVE DEFENSE

6. The plaintiffs' recovery, if any, must be diminished and/or extinguished by reason of their own comparative fault and/or failure to mitigate the damages.

## FIFTH AFFIRMATIVE DEFENSE

7. The Archbishop's liability, if any, must be diminished and/or extinguished by reason of third parties' comparative fault and/or failure to mitigate the damages herein.

## SIXTH AFFIRMATIVE DEFENSE

8. All causes of action for personal injury are barred by the one-year Statute of Limitations.

## SEVENTH AFFIRMATIVE DEFENSE

9. All causes of action based on a duty arising out of this contract are limited to $900 pursuant to the written agreement that is the subject of this litigation.

## EIGHTH AFFIRMATIVE DEFENSE

10. Recovery is limited by the terms and conditions of the written agreement and the Rules and Regulations of the Department of Catholic Cemeteries of the Archdiocese of San Francisco.

## NINTH AFFIRMATIVE DEFENSE

11. Plaintiffs claims are barred by the equitable doctrine of laches.

## TENTH AFFIRMATIVE DEFENSE

12. Defendant has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendant expressly reserves its right to assert additional affirmative defenses in the event discovery indicated would be appropriate.

WHEREFORE, defendant prays for judgment as follows:

1. That plaintiffs take nothing by reason of the Complaint;
3. For costs of suit herein; and
3. For such other and further relief as the Court deems just and proper.

DATED: Oct. 24, 2003                JUSVOX

*Francis X. Doherty*
FRANCIS X. DOHERTY
SUZANNE BROWN CROW
Attorneys for Defendant, The Roman Catholic
Archbishop of San Francisco, a Corporation Sole

3

Case No. CGC 03418417                ANSWER TO COMPLAINT

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF MARIN:

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding. My business address is the law firm of JusVox, 36 Woodland Avenue, Suite C, San Rafael, California, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On the date specified below, I served the following document(s):

ANSWER TO COMPLAINT BY THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE, ERRONEOUSLY SUED HEREIN AS ARCHDIOCESE OF SAN FRANCISCO AND MT. OLIVET CEMETERY

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Paul L. Kranz, Esq.
Law Offices of Paul L. Kranz
2560 Ninth Street, Suite 213 B
Berkeley, CA 94710

and by sealing the envelope and placing it for collection and mailing with postage fully prepared in accordance with ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: October 24, 2003

Jon Arneson

JUSVOX
36 Woodland Avenue, Suite C
San Rafael, CA 94901
(415) 453-2300

No. CGC 03418417    PROOF OF SERVICE

1

OCC AVP0001373