**RJN 19**

Recording requested by:
THE ARCHDIOCESE OF SAN FRANCISCO
PARISH AND SCHOOL JURIDIC PERSONS
REAL PROPERTY SUPPORT CORPORATION

When recorded, please return to:
THE ARCHDIOCESE OF SAN FRANCISCO
PARISH AND SCHOOL JURIDIC PERSONS
REAL PROPERTY SUPPORT CORPORATION
1301 Post Street, Suite 102
San Francisco, CA 94109

Mail tax statements to:
THE ARCHDIOCESE OF SAN FRANCISCO
PARISH AND SCHOOL JURIDIC PERSONS
REAL PROPERTY SUPPORT CORPORATION
1301 Post Street, Suite 102
San Francisco, CA 94109

#2

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2009-I879598-00
Acct 23-San Francisco County Recorder
Monday, NOV 30, 2009 14:54:53
Ttl Pd $0.00  Rcpt # 0003882476
REEL K028 IMAGE 0535

## DEED

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE, as grantor, hereby grants to, THE ARCHDIOCESE OF SAN FRANCISCO PARISH AND SCHOOL JURIDIC PERSONS REAL PROPERTY SUPPORT CORPORATION, as grantee, all grantor's right, title and interest in and to all that real property situated in the County of San Francisco, State of California, described in the attached Exhibit A, the title to which stands of record in the name of the grantor, and all rights appurtenant thereto, subject, however, to any and all recorded and unrecorded matters affecting the same.

In WITNESS WHEREOF, the grantor executes this deed on the __25__ day of __APRIL__, 2008.

THE ROMAN CATHOLIC ARCHBISHOP OF SAN
FRANCISCO, A CORPORATION SOLE

By: _____

Its: Attorney –in –Fact

# California all purpose acknowledgement

STATE OF __CALIFORNIA__

COUNTY OF San Francisco

On April 25, 2008 before me Katie Haley Bouyer a notary public,

Personally appeared   Harry G. Schlitt

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
    (seal)



Signature _Katie Haley_
Name(typed or printed)     Katie Haley Bouyer

My commission expires Jan. 14, 2011

EXHIBIT A

# EXHIBIT "A" TO DEED FROM THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE TO THE ARCHDIOCESE OF SAN FRANCISCO PARISH AND SCHOOL JURIDIC PERSONS REAL PROPERTY SUPPORT CORPORATION

| SL. NO. | A. P. N. | SITE / LOCATION |
|---|---|---|
| 1. | 0077 002 | 1727 - 1731 GRANT AVE. |
| 2. | 0089 010 | 1701 - 1715 STOCKTON ST. |
| 3. | 0089 011 | 608 FILBERT ST. |
| 4. | 0089 013 | 622 - 626 FILBERT ST. |
| 5. | 0089 014 | 630 - 632 FILBERT ST. |
| 6. | 0089 015 | 650 FILBERT ST. |
| 7. | 0089 016 | 666 FILBERT ST. |
| 8. | 0089 018 | 1800 POWELL ST. |
| 9. | 0089 030 | 1836 POWELL ST. |
| 10. | 0090 001 | 1861 POWELL ST. |
| 11. | 0195 020 | 848 - 868 KEARNY ST. |
| 12. | 0241 011 | 660 CALIFORNIA ST. |
| 13. | 0241 012 | 680 CALIFORNIA ST. |
| 14. | 0271 001B | 625 - 631 PINE ST. |
| 15. | 0271 001C | xxxxxxxxx |
| 16. | 0271 012 | 564 BUSH ST. |
| 17. | 0271 023 | 635 - 659 PINE ST. |
| 18. | 0271 024 | 566 BUSH ST. |
| 19. | 0349 011 | 175 GOLDEN GATE AVE. |
| 20. | 0349 012 | 135 GOLDEN GATE AVE. |
| 21. | 0349 013 | xxxxxxxxxx |
| 22. | 0538 003 | 2943 - 2947 STEINER ST. |
| 23. | 0538 004 | 2929 STEINER ST. |
| 24. | 0538 005 | 2300 GREEN ST. |
| 25. | 0538 006 | 2320 GREEN ST. |
| 26. | 0538 007 | 2300 - 2340 GREEN ST. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 27. | 0538 013 | 2810 PIERCE ST. |
| 28. | 0575 011 | 2230 FRANKLIN ST. |
| 29. | 0575 013 | 1695 BROADWAY |
| 30. | 0650 005 | xxxxxxxxxxxx |
| 31. | 0711 031 | 1100 ELLIS ST. |
| 32. | 0711 032 | 1111 GOUGH ST. |
| 33. | 0711 033 | 1103 GOUGH ST. |
| 34. | 0735 020 | 1010 EDDY ST. |
| 35. | 0735 021 | xxxxxxxxxx |
| 36. | 0735 022 | xxxxxxxxxx |
| 37. | 0737 001 | 1047 ELLIS ST. |
| 38. | 0737 008 | 972V EDDY ST. |
| 39. | 0737 014 | 1075 ELLIS ST. |
| 40. | 0737 015 | xxxxxxxxxxxx |
| 41. | 0737 016 | 1075 ELLIS ST. |
| 42. | 0744 009 | 930 GOUGH ST. |
| 43. | 0744 009A | 868 – 870 TURK ST. |
| 44. | 0816 005 | 245 LINDEN ST. |
| 45. | 1223 002 | 1025 MASONIC AVE. |
| 46. | 1223 003 | 1520 PAGE ST. |
| 47. | 1223 008 | 1530 PAGE ST. |
| 48. | 1223 022 | 1639 OAK ST. |
| 49. | 1223 023 | 1637 OAK ST. |
| 50. | 1223 024 | 1631 OAK ST. |
| 51. | 1223 027 | 1611 OAK ST. |
| 52. | 1380 001 | 101 20TH AVE. |
| 53. | 1439 022 | 4340 GEARY BLVD. |
| 54. | 1439 023 | 4350 GEARY BLVD. |
| 55. | 1440 011 | 370 9TH AVE. |
| 56. | 1440 014 | 4410 GEARY BLVD. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 57. | 1440 018A | 4420 GEARY BLVD. |
| 58. | 1455 013 | 5900 GEARY BLVD. |
| 59. | 1455 017 | 5920 GEARY BLVD. |
| 60. | 1455 018 | 476 24TH AVE. |
| 61. | 1455 020 | 462 24TH AVE. |
| 62. | 1455 041 | xxxxxxxxxxx |
| 63. | 1605 001 | 3801 BALBOA ST. |
| 64. | 1605 036 | 720 40TH AVE. |
| 65. | 1605 037 | 3835 BALBOA ST. |
| 66. | 1753 013 | 1280 - 1290 05TH AVE. |
| 67. | 1753 017 | 1270 5TH AVE. |
| 68. | 1768 001 | 1324 - 1330 14TH AVE. |
| 69. | 1768 008 | 810 JUDAH ST. |
| 70. | 1768 009 | 850 JUDAH ST. |
| 71. | 1768 015A | 1366 14TH AVE. |
| 72. | 1768 015B | 1362 14TH AVE. |
| 73. | 1768 017 | 1350 14TH AVE. |
| 74. | 1768 018 | 1330 14TH AVE. |
| 75. | 1768 019 | 1300 14TH AVE. |
| 76. | 1768 026 | xxxxxxxxxxx |
| 77. | 1768 027 | xxxxxxxxxxx |
| 78. | 1884 057 | xxxxxxxxxx |
| 79. | 1885 010A | 3350 LAWTON ST. |
| 80. | 1885 051 | 1555 39TH AVE. |
| 81. | 1885 052 | 3350 LAWTON ST. |
| 82. | 1885 053 | 1560 40TH AVE. |
| 83. | 2418 004 | 2535V 17TH AVE. |
| 84. | 2418 004A | 2555 17TH AVE. |
| 85. | 2418 004B | 2555 17TH AVE. |
| 86. | 2418 004C | 2550 18TH AVE. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 87. | 2418 004D | 600 VICENTE ST. |
| 88. | 2441 006 | 2539 40TH AVE. |
| 89. | 2441 010 | 2559 40TH AVE. |
| 90. | 2441 051 | 2535 40TH AVE. |
| 91. | 2441 052 | 2540 41ST AVE. |
| 92. | 2693 001 | 100 DIAMOND ST. |
| 93. | 2693 002 | 110 DIAMOND ST. |
| 94. | 2693 033 | 4321 - 4323 18TH ST. |
| 95. | 2693 033A | 4315V 18TH ST. |
| 96. | 2693 034 | 4311 18TH ST. |
| 97. | 2694 028 | 117 DIAMOND ST. |
| 98. | 2694 033 | 115 DIAMOND ST. |
| 99. | 2831 017 | 4174 24TH ST. |
| 100. | 2831 018 | 4174 24TH ST. |
| 101. | 2831 018A | 4182 - 4184 24TH ST. |
| 102. | 2831 019 | 4186 - 4188 24TH ST. |
| 103. | 2831 022 | 725 DIAMOND ST. |
| 104. | 2831 023 | 711 DIAMOND ST. |
| 105. | 2831 024 | 655 ELIZABETH ST. |
| 106. | 2831 026 | 651V ELIZABETH ST. |
| 107. | 2831 027 | 645 ELIZABETH ST. |
| 108. | 2902 050 | xxxxxxxxxxxx |
| 109. | 2915 001 | 201 ULLOA ST. |
| 110. | 2936B 001 | 1 ROCKAWAY AVE. |
| 111. | 2936B 006 | xxxxxxxxxxxx |
| 112. | 2936B 007 | 235 ULLOA ST. |
| 113. | 2936B 010 | 242V ULLOA ST. |
| 114. | 2936B 018 | 33V ROCKWOOD CT. |
| 115. | 2936B 019 | xxxxxxxxxxxx |
| 116. | 2936B 025 | 29 ROCKAWAY AVE. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 117. | 3120 051 | 450 EDNA ST. |
| 118. | 3121 001 | 419 EDNA ST. |
| 119. | 3121 004 | 415 EDNA ST. |
| 120. | 3121 005 | 415 EDNA ST. |
| 121. | 3121 006 | 411 EDNA ST. |
| 122. | 3121 037 | 419 HEARST AVE. |
| 123. | 3180 002 | 100 PHELAN AVE. |
| 124. | 3566 001 | 310 DOLORES ST. |
| 125. | 3566 002 | xxxxxxxxxxxx |
| 126. | 3566 002A | 3321 16TH ST. |
| 127. | 3566 054 | 3399 16TH ST. |
| 128. | 3566 055 | 401 CHURCH ST. |
| 129. | 3567 032 | 303 - 305 DOLORES ST. |
| 130. | 3567 033 | 301 DOLORES ST. |
| 131. | 3574 085 | 376 - 382 SHOTWELL ST. |
| 132. | 3574 086 | 3270 18TH ST. |
| 133. | 3591 011 | 741 SOUTH VAN NESS AVE. |
| 134. | 3591 013 | 713 SOUTH VAN NESS AVE. |
| 135. | 3591 014 | 701 SOUTH VAN NESS AVE |
| 136. | 3631 011 | 126V FAIR OAKS ST. |
| 137. | 3631 012 | xxxxxxxxxxxx |
| 138. | 3631 013 | 138V FAIR OAKS ST. |
| 139. | 3631 014 | 198 FAIR OAKS ST. |
| 140. | 3632 012 | ~~1086 GUERRERO ST.~~ |
| 141. | 3632 013 | 1098 GUERRERO ST. |
| 142. | 3706 014 | 766 MISSION ST. |
| 143. | 3706 068 | 748 MISSION ST. |
| 144. | 3733 106 | 366 – 398 CLEMENTINA ST. |
| 145. | 4036 013 | 376 MISSOURI ST. |
| 146. | 4036 015 | 390 MISSOURI ST. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 147. | 4036 017 | 390 MISSOURI ST. |
| 148. | 4068 021 | xxxxxxxxxxxxxx |
| 149. | 4269 016 | 2913 - 2915 24TH ST. |
| 150. | 4269 017 | 2909 24TH ST. |
| 151. | 4269 025 | 1200 - 1240 FLORIDA ST. |
| 152. | 4269 026 | 1237 ALABAMA ST. |
| 153. | 4269 027 | 1245 ALABAMA ST. |
| 154. | 4269 028 | 1255 ALABAMA ST. |
| 155. | 4270 038 | xxxxxxxxxxx |
| 156. | 4647A 001A | 404 HAWES ST. |
| 157. | 4647A 004 | 1008V INNES AVE. |
| 158. | 4647A 014 | 1025V HUDSON AVE. |
| 159. | 4647A 015 | 410 HAWES ST. |
| 160. | 4968 033 | 1122 JAMESTOWN AVE. |
| 161. | 4994 002 | 1060 KEY AVE. |
| 162. | 4994 003 | 1060 KEY AVE. |
| 163. | 5321 008A | 1728 PALOU AVE. |
| 164. | 5321 052 | 1440 NEWHALL ST. |
| 165. | 5502 001 | 3203V CESAR CHAVEZ ST. |
| 166. | 5502 002 | 3106 FOLSOM ST. |
| 167. | 5502 003 | 298 PRECITA AVE. |
| 168. | 5502 008 | 3215 CESAR CHAVEZ ST. |
| 169. | 5502 009 | 3211 CESAR CHAVEZ ST. |
| 170. | 5524 056 | 3251 FOLSOM ST. |
| 171. | 5524 076 | xxxxxxxxxx |
| 172. | 5524 077 | 1550 TREAT AVE. |
| 173. | 5524 078 | 1560 TREAT AVE. |
| 174. | 5524 080 | 3255 FOLSOM ST. |
| 175. | 5524 081 | 3255 FOLSOM ST. |
| 176. | 5681 001 | 704 CORTLAND AVE. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 177. | 5681 011 | 704 CORTLAND AVE. |
| 178. | 5682 006 | 332 - 334 GATES ST. |
| 179. | 5705 002 | 402 ELLSWORTH ST. |
| 180. | 5705 031 | 407 ANDERSON ST. |
| 181. | 5705 032 | 401 ANDERSON ST. |
| 182. | 6044 007 | 474 SOMERSET ST. |
| 183. | 6044 007A | 475 HOLYOKE ST. |
| 184. | 6044 008A | xxxxxxxxxxxx |
| 185. | 6045 002G | 454 GOETTINGEN ST. |
| 186. | 6045 019 | 459 SOMERSET ST. |
| 187. | 6309 053 | 701 SUNNYDALE AVE. |
| 188. | 6309 054 | 655 SUNNYDALE AVE. |
| 189. | 6309 055 | 655 SUNNYDALE AVE. |
| 190. | 6309 090 | 701 SUNNYDALE AVE. |
| 191. | 6309 122 | xxxxxxxxxxxx |
| 192. | 6309 123 | xxxxxxxxxxxx |
| 193. | 6353 001 | 845 VIENNA ST. |
| 194. | 6353 003 | 601 AMAZON AVE. |
| 195. | 6354 015 | 827 - 829 VIENNA ST. |
| 196. | 6354 021 | 845 VIENNA ST. |
| 197. | 6512 001A | 319 FAIR OAKS ST. |
| 198. | 6512 028 | 325 - 351 FAIR OAKS ST. |
| 199. | 6619 001 | 1660 CHURCH ST. |
| 200. | 6619 002 | 316 29TH ST. |
| 201. | 6619 003 | 1690 CHURCH ST. |
| 202. | 6619 031 | 221 VALLEY ST. |
| 203. | 6721 013 | 56 BOSWORTH ST. |
| 204. | 6721 017 | 81 SAINT MARY'S AVE. |
| 205. | 6721 022 | 19 - 61 SAINT MARY'S AVE. |
| 206. | 6721 027 | 19V SAINT MARY'S AVE. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 207. | 6721 028 | 98 BOSWORTH ST. |
| 208. | 6721 029 | 19 SAINT MARY'S AVE. |
| 209. | 6736 030 | xxxxxxxxxxxxx |
| 210. | 6736 034 | 925 CHENERY ST. |
| 211. | 6748 061 | 4056 - 4060 MISSION ST. |
| 212. | 6748 062 | xxxxxxxxxxxxx |
| 213. | 6796 021 | 54 SANTA ROSA AVE. |
| 214. | 6796 024 | 64 SANTA ROSA AVE. |
| 215. | 6796 050 | 55 - 61 FRANCIS ST. |
| 216. | 6796 052 | 75 FRANCIS ST. |
| 217. | 6933 012 | xxxxxxxxxxxxx |
| 218. | 6940 001 | 251 - 271 JULES AVE. |
| 219. | 6940 038 | 286 ASHTON AVE. |
| 220. | 6940 040 | 351 DE MONTFORT AVE. |
| 221. | 7108 054 | 55 FARALLONES ST. |
| 222. | 7108 055 | 32 BROAD ST. |
| 223. | 7108 056 | 32 BROAD ST. |
| 224. | 7295 010 | 475 EUCALYPTUS DR. |
| 225. | 7295 011 | 473 EUCALYPTUS DR. |
| 226. | 7295 015 | 601 EUCALYPTUS DR. |
| 227. | 7295 017 | 475 EUCALYPTUS DR. |
| 228. | 7295 018 | 401 EUCALYPTUS DR. |
| 229. | 7380 010 | 2 THOMAS MORE WAY |
| 230. | 7380 011 | xxxxxxxxxxxxx |
| 231. | 7380 039 | 1 ST. THOMAS MORE WAY |
| 232. | 7380 040 | 1300 JUNIPERO SERRA BLVD. |