**RJN 20**

Recording requested by:
THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO, A CORPORATION SOLE

When recorded, please return to:
THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO, A CORPORATION SOLE
One Peter Yorke Way
San Francisco, CA 94109

Mail tax statements to:
THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO, A CORPORATION SOLE
One Peter Yorke Way
San Francisco, CA 94109

#1

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2009-I879597-00
Acct 23-San Francisco County Recorder
Monday, NOV 30, 2009 14:54:36
Ttl Pd $0.00 Rcpt # 0003302475
REEL K028 IMAGE 0534
ogi/OG/1-7

## DEED

THE ROMAN CATHOLIC WELFARE CORPORATION OF SAN FRANCISCO, as grantor, hereby grants to THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE, as grantee, all grantor's right, title and interest in and to all that real property situated in the County of San Francisco, State of California, described in the attached Exhibit A, the title to which stands of record in the name of the grantor, and all rights appurtenant thereto, subject, however, to any and all recorded and unrecorded matters affecting the same.

In WITNESS WHEREOF, the grantor executes this deed on the __25__ day of __APRIL__, 2008

THE ROMAN CATHOLIC WELFARE
CORPORATION OF SAN FRANCISCO

By: _____
Its: __PRESIDENT__

By: _____
Its: __VICE PRESIDENT__

# California all purpose acknowledgement

STATE OF __CALIFORNIA__

COUNTY OF San Francisco

On April 25, 2008 before me Katie Haley Bouyea a notary public,

Personally appeared George H. Niederauer and Harry G. Schlitt

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
(seal)

[Notary seal: KATIE HALEY BOUYEA, Commission # 1716797, Notary Public - California, San Francisco County, My Comm. Expires Jan 14, 2011]

Signature _Katie Haley_
Name(typed or printed) Katie Haley Bouyea

My commission expires Jan. 14, 2011

# EXHIBIT A

**EXHIBIT "A" TO DEED FROM THE ROMAN CATHOLIC WELFARE CORPORATION OF SAN FRANCISCO TO THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A CORPORATION SOLE**

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 1. | 0089 011 | 608 FILBERT ST. |
| 2. | 0089 014 | 630 - 632 FILBERT ST. |
| 3. | 0089 018 | 1800 POWELL ST. |
| 4. | 0131 009A | 624 VALLEJO ST. |
| 5. | 0271 001B | 625 - 631 PINE ST. |
| 6. | 0271 001C | xxxxxxxxxx |
| 7. | 0271 023 | 635 - 659 PINE ST. |
| 8. | 0349 011 | 175 GOLDEN GATE AVE. |
| 9. | 0538 007 | 2300 - 2340 GREEN ST. |
| 10. | 0538 013 | 2810 PIERCE ST. |
| 11. | 0575 011 | 2230 FRANKLIN ST. |
| 12. | 0575 013 | 1695 BROADWAY |
| 13. | 0575 014 | 1615 BROADWAY |
| 14. | 0711 031 | 1100 ELLIS ST. |
| 15. | 0735 021 | xxxxxxxxxx |
| 16. | 0735 022 | xxxxxxxxxx |
| 17. | 0737 001 | 1047 ELLIS ST. |
| 18. | 0737 008 | 972V EDDY ST. |
| 19. | 0737 014 | 1075 ELLIS ST. |
| 20. | 0737 015 | xxxxxxxxxx |
| 21. | 0737 016 | 1075 ELLIS ST. |
| 22. | 0744 009 | 930 GOUGH ST. |
| 23. | 0744 009A | 868 – 870 TURK ST. |
| 24. | 1223 008 | 1530 PAGE ST. |
| 25. | 1380 001 | 101 20TH AVE. |
| 26. | 1439 023 | 4350 GEARY BLVD. |

| SL. NO. | A. P. N. | SITE / LOCATION |
|---|---|---|
| 27. | 1440 011 | 370 9TH AVE. |
| 28. | 1455 017 | 5920 GEARY BLVD. |
| 29. | 1455 018 | 476 24TH AVE. |
| 30. | 1455 041 | xxxxxxxxxxxx |
| 31. | 1605 001 | 3801 BALBOA ST. |
| 32. | 1753 017 | 1270 5TH AVE. |
| 33. | 1768 001 | 1324 – 1330 14TH AVE. |
| 34. | 1768 017 | 1350 14TH AVE. |
| 35. | 1768 018 | 1330 14TH AVE. |
| 36. | 1768 019 | 1300 14TH AVE. |
| 37. | 1768 026 | xxxxxxxxxxxx |
| 38. | 1885 010A | 3350 LAWTON ST. |
| 39. | 1885 051 | 1555 39TH AVE. |
| 40. | 1885 052 | 3350 LAWTON ST. |
| 41. | 1885 053 | 1560 40TH AVE. |
| 42. | 2418 004B | 2555 17TH AVE. |
| 43. | 2418 004C | 2550 18TH AVE. |
| 44. | 2441 010 | 2559 40TH AVE. |
| 45. | 2694 028 | 117 DIAMOND ST. |
| 46. | 2694 033 | 115 DIAMOND ST. |
| 47. | 2831 017 | 4174 24TH ST. |
| 48. | 2831 018 | 4174 24TH ST. |
| 49. | 2831 018A | 4182 - 4184 24TH ST. |
| ~~50.~~ | ~~2831 019~~ | ~~4186 - 4188 24TH ST.~~ |
| 51. | 2831 024 | 655 ELIZABETH ST. |
| 52. | 2831 026 | 651V ELIZABETH ST. |
| 53. | 2915 001 | 201 ULLOA ST. |
| 54. | 2936B 007 | 235 ULLOA ST. |
| 55. | 3120 051 | 450 EDNA ST. |
| 56. | 3121 037 | 419 HEARST AVE. |

| SL. NO. | A.P.N. | SITE / LOCATION |
|---|---|---|
| 57. | 3180 002 | 100 PHELAN AVE. |
| 58. | 3517 037 | 260 10TH ST. |
| 59. | 3517 038 | 250 10TH ST. |
| 60. | 3566 054 | 3399 16TH ST. |
| 61. | 3566 055 | 401 CHURCH ST. |
| 62. | 3574 085 | 376 - 382 SHOTWELL ST. |
| 63. | 3574 086 | 3270 18TH ST. |
| 64. | 3591 011 | 741 SOUTH VAN NESS AVE. |
| 65. | 3631 011 | 126V FAIR OAKS ST. |
| 66. | 3631 012 | xxxxxxxxxxxxxx |
| 67. | 3631 013 | 138V FAIR OAKS ST. |
| 68. | 3631 014 | 198 FAIR OAKS ST. |
| 69. | 3733 106 | 366 – 398 CLEMENTINA ST. |
| 70. | 4036 013 | 376 MISSOURI ST. |
| 71. | 4068 021 | xxxxxxxxxxxxxx |
| 72. | 4269 017 | 2909 24TH ST. |
| 73. | 4269 027 | 1245 ALABAMA ST. |
| 74. | 4269 028 | 1255 ALABAMA ST. |
| 75. | 4994 002 | 1060 KEY AVE. |
| 76. | 4994 003 | 1060 KEY AVE. |
| 77. | 5502 002 | 3106 FOLSOM ST. |
| 78. | 5502 003 | 298 PRECITA AVE. |
| 79. | 5524 076 | xxxxxxxxxxxxxx |
| ~~80.~~ | ~~5524 077~~ | ~~1550 TREAT AVE.~~ |
| 81. | 5524 078 | 1560 TREAT AVE. |
| 82. | 5524 081 | 3255 FOLSOM ST. |
| 83. | 6044 007 | 474 SOMERSET ST. |
| 84. | 6044 008A | xxxxxxxxxxxxxx |
| 85. | 6045 002G | 454 GOETTINGEN ST. |
| 86. | 6309 055 | 655 SUNNYDALE AVE. |

| SL. NO. | A. P. N. | SITE / LOCATION |
|---|---|---|
| 87. | 6309 090 | 701 SUNNYDALE AVE. |
| 88. | 6309 122 | xxxxxxxxxxxx |
| 89. | 6309 123 | xxxxxxxxxxxx |
| 90. | 6353 001 | 845 VIENNA ST. |
| 91. | 6354 015 | 827 - 829 VIENNA ST. |
| 92. | 6512 001A | 319 FAIR OAKS ST. |
| 93. | 6512 028 | 325 - 351 FAIR OAKS ST. |
| 94. | 6619 002 | 316 29TH ST. |
| 95. | 6619 003 | 1690 CHURCH ST. |
| 96. | 6721 017 | 81 SAINT MARY'S AVE. |
| 97. | 6721 027 | 19V SAINT MARY'S AVE. |
| 98. | 6721 028 | 98 BOSWORTH ST. |
| 99. | 6736 030 | xxxxxxxxxxxx |
| 100. | 6736 034 | 925 CHENERY ST. |
| 101. | 6748 061 | 4056 - 4060 MISSION ST. |
| 102. | 6748 062 | xxxxxxxxxxxx |
| 103. | 6796 050 | 55 - 61 FRANCIS ST. |
| 104. | 6796 052 | 75 FRANCIS ST. |
| 105. | 6940 001 | 251 - 271 JULES AVE. |
| 106. | 7108 053 | 45 FARALLONES ST. |
| 107. | 7108 054 | 55 FARALLONES ST. |
| 108. | 7295 017 | 475 EUCALYPTUS DR. |
| 109. | 7295 018 | 401 EUCALYPTUS DR. |
| ~~110.~~ | ~~7380 010~~ | ~~2 THOMAS MORE WAY~~ |
| 111. | 7380 011 | xxxxxxxxxxxx |