James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | Adv. Proc. 25-03021<br><br>**NOTICE OF HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR PARTIAL SUMMARY JUDGMENT SUMMARY JUDGMENT REGARDING THE DIVISION DEFENDANTS' ALLEGED SEPARATE LEGAL EXISTENCE**<br><br>Date: March 26, 2026<br>Time: 1:30 p.m.<br>Place: Via Zoom Teleconference<br>Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **March 26, 2026 at 1:30 p.m.** (Pacific Time) (the "Hearing") before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco Division, to consider the *Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status* [Docket No. 160] ("Motion")[1] filed by the Official Committee of Unsecured Creditors (the "Committee"). By its Motion, the Committee seeks an order determining that the Division Defendants have no civil legal existence separate from the Archdiocese.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will not be conducted in the presiding judge's courtroom and instead will be conducted via videoconference by Zoom. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: http://www.canb.uscourts.gov/judge/montali/calendar.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Bankruptcy Rule 9014-1(c)(1), any opposition or response to the Motion is due by **March 12, 2026**. Copies of the Motion and supporting documents are available free of charge from the website maintained by Omni Agent Solutions, Inc. at https://omniagentsolutions.com/RCASF.

Dated: February 19, 2026           PACHULSKI STANG ZIEHL & JONES LLP

                                   By    */s/ Brittany M. Michael*
                                         James I. Stang
                                         Brittany M. Michael (*Pro Hac Vice*)
                                         Gail S. Greenwood

                                         Attorneys for the Official Committee of
                                         Unsecured Creditors

---

[1] Capitalized terms not defined herein have the meanings set forth in the Memorandum of Points and Authorities filed herewith.