| | |
|---|---|
| James I. Stang (CA Bar No. 94435)<br>Brittany M. Michael *(Pro Hac Vice)*<br>Gail Greenwood (CA Bar No. 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, CA 94104-4436<br>Email: jstang@pszjlaw.com<br>     bmichael@pszjlaw.com<br>     ggreenwood@pszjlaw.com<br><br>*Attorneys for The Official<br>Committee of the Unsecured Creditors* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>            Debtor.<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>            Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>            Defendants. | Case No. 23-30564<br>Chapter 11<br><br><br>Adv. Proc. 25-03021<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Janice G. Washington, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067.

On February 20, 2026, I caused to be served the following documents in the manner stated below:

1. **[160] The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status**

2. **[161] Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status**

3. **[162] Official Committee of Unsecured Creditors' Separate Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status**

4. **[163] Declaration of Brittany M. Michael in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status**

5. **[164] Request To Take Judicial Notice in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status**

6. **[165] Notice of Hearing Regarding the Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 20, 2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |

| | |
|---|---|
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 20, 2026 at Los Angeles, California.

*/s/ Janice G. Washington*
Legal Secretary

4902-5871-6047.1 05068.002

3

**Via ECF**
- **Gillian Nicole Brown**  gbrown@pszjlaw.com
- **Peter C. Califano**  pcalifano@nvlawllp.com
- **Robert M Charles**  Robert.Charles@wbd-us.com
- **Allan B Diamond**  adiamond@diamondmccarthy.com
- **Daniel Lloyd Egan**  degan@wilkefleury.com
- **Gail S. Greenwood**  ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Mikayla Kutsuris**  mkutsuris@ffwplaw.com
- **Patrick Emerson McCormick**  patrick.e.mccormick@wbd-us.com
- **Brittany Mitchell Michael**  bmichael@pszjlaw.com
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kathleen Mary Derrig Rios**  Katie.Rios@wbd-us.com
- **Julie H. Rome-Banks**  julie@bindermalter.com
- **James I. Stang**  jstang@pszjlaw.com
- **Jason D. Strabo**  jstrabo@mwe.com, dnorthrop@mwe.com
- **Steven John Williamson**  swilliamson@wilkefleury.com

**VIA Email**

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
Attn: Paul Pascuzzi, Esq.  ppascuzzi@ffwplaw.com

Sheppard Mullin
Attn: Ori Katz, Esq.  okatz@sheppardmullin.com
Amanda Cottrell, Esq.  acottrell@sheppardmullin.com
Susan Haines  shaines@sheppardmullin.com

Weintraub Tobin
Attn: Paul Gaspari, Esq.  pgaspari@weintraub.com
475 Sansome Street, Suite 510
San Francisco, CA 94111
*Attorneys for Roman Catholic Archbishop of San Francisco*

Womble Bond Dickinson
Attn: Robert Charles, Esq.  robert.charles@wbd-us.com
Katie Rios, Esq.  katie.rios@wbd-us.com
Patrick Emerson McCormick  ppascuzzi@ffwplaw.com
*Attorneys for the Parishes (and Related Parochial Schools) Listed on Exhibit A*

Wilke Fleury
Attn: Steven Williamson, Esq.  swilliamson@wilkefleury.com
Daniel Egan, Esq.  degan@wilkefleury.com
*Attorneys for Catholic Cemeteries of the Archdiocese of San Francisco*

| # | | |
|---|---|---|
| 1 | Binder Malter Harris & Rome-Banks LLP | |
| 2 | Attn: Julie Rome-Banks | julie@bindermalter.com |
|   | Robert G. Harris | rob@bindermalter.com |
| 3 | *Attorney for Archbishop Riordan High School,* | |
| 4 | *Junipero Serra High School, and Marin Catholic High School,* | |
| 5 | McDermott Will & Emery | |
|   | Attn: Lisa A. Linsky, Esq. | llinsky@mwe.com |
| 6 | Christopher Ray, Esq. | cray@mwe.com |
| 7 | *Attorney for Sacred Heart Cathedral Preparatory* | |
| 8 | Niesar & Vestal LLP | |
|   | Peter C. Califano | pcalifano@nvlawllp.com |
| 9 | Meha M. Raja | mraja@nvlawllp.com |
| 10 | *Counsel for Vallombrosa Retreat Center* | |
| 11 | Charles Beckham | charles.beckham@haynesboone.com |
|    | *Counsel for St. Dominic* | |