James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
     bmichael@pszjlaw.com
     ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Adv. Proc. No. 25-03021 |
| Plaintiff, | **COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE FILED BY APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| vs. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al., | |
| Defendants. | |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, the

Official Committee of Unsecured Creditors (the "Committee" or "Appellee") of The Roman

Catholic Archbishop of San Francisco (the "Debtor") hereby: (1) submits the following statement

of issue to be considered on appeal, and (2) designates the following additional items to be

Case: 25-03021   Doc# 193   Filed: 04/09/26   Entered: 04/09/26 20:55:44   Page 1 of 5
4908-3353-5606.2 05068.002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

included in the record for the appeal filed by Archdiocese of San Francisco Capital Assets Support Corporation (the "<u>Appellant</u>").[1]

## I. Statement of Issue to be Presented on Appeal

Appellee presents the following statement of issue to be considered on appeal:

1. Did the Bankruptcy Court abuse its discretion by determining that Appellant lacks a "significantly protectable" interest under Rule 24(a)(2) when Appellant's own Articles of Incorporation prohibit it from operating for the benefit of anyone other than the Debtor, the adversary proceeding seeks no relief from or against Appellant, and any interest Appellant claims is at most contingent and economic?

2. Did the Bankruptcy Court correctly determine that Appellant lacks an independent interest in the assets it holds when Appellant itself argues that a ruling on the divisions' assets would "necessarily encompass" assets held by CASC, which is an argument that, given the complaint neither names nor targets Appellant, is only coherent if Appellant holds those assets for the benefit of the divisions rather than as an independent owner?

3. Did the Bankruptcy Court abuse its discretion in ruling that six separate law firms representing the aligned interests of the litigation defendants that collectively share an identical goal as that of the Appellant – to defeat Appellee's complaint – adequately represented Appellant's interests?

4. Did the Bankruptcy Court abuse its discretion when it evaluated Appellant's motion under the correct four-part Ninth Circuit test, grounded its analysis in Appellant's own governing documents and Appellant's own description of its role, and correctly concluded that the relief sought in the complaint – a declaration regarding the civil legal status of the Archdiocese's operating divisions – does not implicate any interest of Appellant?

## II. Designation of Additional Items to be Included in the Record on Appeal

---

[1] The Appellant filed two notices of appeal regarding the Court's approval of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (the "<u>Motion</u>"): Docket Nos. 1341 and 1377.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda:

**Items from Main Bankruptcy Case, Case No. 23-30564**

| Item No. | Filing Date | Docket No. | Description |
| --- | --- | --- | --- |
| 1 | 08/21/2023 | 14 | Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 2 | 08/21/2023 | 15 | Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions |
| 3 | 10/16/2025 | 78 | The Parishes Submission of Proposed Discovery Plan and Scheduling Order |
| 4 | 10/17/2025 | 79 | Declaration of James Stang in Support of The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate |
| 5 | 11/04/2025 | 91 | Notice of Stipulated Protective Order |
| 6 | 11/04/2025 | 92 | The Parishes Response to Memorandum Regarding Scheduling Conference on November 6, 2025 |

**Items from Adversary Proceeding Case, Case No. 25-03021**

| Item No. | Filing Date | Docket No. | Description |
| --- | --- | --- | --- |
| 1 | 10/15/2025 | 76 | Joint Discovery Plan |
| 2 | 10/16/2025 | 77 | Proposed Trial Scheduling Order |
| 3 | 10/16/2025 | 78 | The Parishes Submission of Proposed Discovery Plan and Scheduling Order |
| 4 | 10/17/2025 | 79 | Declaration of James Stang in Support of The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate |
|---|---|---|---|
| 5 | 11/04/2025 | 91 | Notice of Stipulated Protective Order |
| 6 | 11/04/2025 | 92 | The Parishes Response to Memorandum Regarding Scheduling Conference on November 6, 2025 |
| 7 | 11/05/2025 | 93 | Status Conference Statement / The Official Committee of Unsecured Creditors' Status Conference Report |
| 8 | 11/05/2025 | 94 | Exhibit A & Exhibit B to The Official Committee of Unsecured Creditors' Status Conference Report |
| 9 | 11/05/2025 | 95 | Statement of Archbishop Riordan High School, Marin Catholic High School and Junipero Serra High School Regarding Court's Memorandum Regarding Scheduling Conference on November 6, 2025 |
| 10 | 11/05/2025 | 96 | Status Conference Statement The Roman Catholic Archbishop of San Francisco's Scheduling Conference Statement |
| 11 | 11/05/2025 | 97 | Response of Sacred Heart Cathedral Preparatory to the Court's Memorandum Regarding Scheduling Conference on November 6, 2025 |
| 12 | 11/05/2025 | 98 | Response to Memorandum Regarding Scheduling Conference on November 6, 2025 and Joinder. |
| 13 | 11/05/2025 | 99 | Status Conference Statement of Catholic Cemeteries of the Archdiocese of San Francisco |
| 14 | 12/22/2025 | 126 | Response of Non-Debtor Co-Defendants in Opposition to Committee's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law |
| 15 | 12/23/2025 | 129 | Amended Response of Non-Debtor Co-Defendants' in Opposition to Committee's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law |
| 16 | 01/08/2026 | 136 | Reply in Support of the Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment on the Division Defendants' "Canon Law" Affirmative Defense |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| 17 | 01/08/2026 | 137 | Declaration of Gail S. Greenwood in Support of the Official Committee of Unsecured Creditors' Reply in Support of Its Motion for Partial Summary Judgment on the Division Defendants' "Canon Law" Affirmative Defense |
| 18 | 02/11/2026 | 155 | Amended Motion / The Official Committee of Unsecured Creditors' Amended Motion to Overrule Objections and to Compel Discovery Responses from the Roman Catholic Archbishop of San Francisco |
| 19 | 02/11/2026 | 156 | Declaration of Ayala A. Hassell in Support of the Official Committee of Unsecured Creditors' Amended Motion to Overrule Objections and to Compel Discovery Responses from the Roman Catholic Bishop of San Francisco |

## III.    Reservation of Rights

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated:  April 9, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By /s/ Brittany M. Michael
James I. Stang
Gail Greenwood
Brittany M. Michael
*Attorneys for the Official Committee of Unsecured Creditors*

-- and --

BURNS BAIR LLP

Timothy W. Burns
Jesse J. Bair
*Special Insurance Counsel for the Official Committee of Unsecured Creditors*