James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com
        gbrown@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11<br><br><br><br>Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **STIPULATION BETWEEN PLAINTIFF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND NON-PARTY BPM LLP RE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' DOCUMENTS SHOULD BE SEALED**<br><br>**[Related to Doc. 166]**<br><br>[No Hearing Per Local Procedures] |

Case: 25-03021   Doc# 201   Filed: 05/12/26   Entered: 05/12/26 13:21:36   Page 1 of 7
4920-9846-3914.2 05068.002

# **RECITALS**

WHEREAS, on May 6, 2025, Plaintiff, the Official Committee of Unsecured Creditors (the "Committee") filed the *Adversary Complaint for Declaratory Relief*, commencing the above-captioned adversary proceeding;

WHEREAS on November 4, 2026, the Committee filed a *Notice of Stipulated Protective Order* [Doc. No. 91] in this adversary proceeding, which made applicable to this adversary proceeding the Stipulated Protective Order entered in the main bankruptcy case;

WHEREAS, in both the main bankruptcy case and this adversary proceeding, the Committee has subpoenaed BPM LLP ("BPM") for documents;

WHEREAS BPM has produced documents to the Committee subject to the confidentiality protocol of the Stipulated Protective Order;

WHEREAS, on February 19, 2026, the Committee filed its *Motion for Partial Summary Regarding the Division Defendants' Alleged Separate Legal Existence* [Doc. No. 160] (the "Pending Motion for Partial Summary Judgment");

WHEREAS, on February 19, 2026, the Committee also filed its *Administrative Motion to Consider Whether Defendants' Documents Should Be Sealed* [Doc. No. 166] (the "Motion to Seal"), requesting, among other things, that certain of the 74 exhibits attached to the *Declaration of Brittany M. Michael in Support of the Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Existence* [Doc. No. 163] (the "Michael Declaration")[1] filed in support in support of the Committee's Pending Motion for Partial Summary Judgment and accompanying papers, be filed under seal to comply with the Stipulated Protective Order;

WHEREAS, among the documents at issue in the Motion to Seal are certain documents that BPM produced to the Committee subject to the confidentiality protocol of the Stipulated Protective Order;

---

[1] All "Exhibits" are referred to by the number assigned to them in the Michael Declaration.

4920-9846-3914.2 05068.002

WHEREAS, in connection with the Motion to Seal, the Court granted multiple stipulations to extend the deadline of parties and non-parties -including BPM - to respond to the Motion to Seal;

WHEREAS, the deadline for BPM and others to respond to the Motion to Seal is May 12, 2026 under the *Order Approving Fourth Stipulation Extending Litigation Deadlines* [Doc. 196];

WHEREAS, counsel for the Committee and counsel for BPM have met and conferred regarding the documents that BPM produced that are subject to the confidentiality protocol of the Stipulated Protective Order;

**NOW, THEREFORE**, the Committee and BPM hereby agree as follows:

1.	Exhibit 65-2 (BPM_00018869-90) shall remain sealed;

2.	Within 14 calendar days after the order approving this Stipulation is entered, BPM shall remove the "confidential" designation from the following exhibits and reproduce them to the Committee without the "confidential" designation: Exhibit 2, Exhibit 4-1 (00046259-94), Exhibit 4-2 (BPM_00046342-76), Exhibit 4-3 (BPM_00000001-36), Exhibit 4-4 (BPM_00004187-4222), Exhibit 4-5 (BPM_00011028-66), Exhibit 4-6 (BPM_00018367-18405), Exhibit 4-7 (BPM_00021893-21930), Exhibits 6-8, Exhibit 9-3 (BPM_00069120-37), Exhibit 9-4 (BPM_00069709-26), Exhibit 9-5 (BPM_00070560-76), Exhibit 10-3 (BPM_00123207-24); Exhibit 10-4 (BPM_00122920-36); Exhibit 10-5 (BPM_00122828-44), Exhibit 10-6 (BPM_00124762-78), Exhibit 10-7 (00127225-43), Exhibit 11-3 (BPM_00069100-16), Exhibit 11-4 (BPM_00069673-89), Exhibit 11-5 (BPM_00070540-56), Exhibit 11-6 (BPM_00071241-58), Exhibit 11-7 (BPM_00072111-129), Exhibit 11-8 (BPM_00073023-42), Exhibit 11-9 (BPM_00073824-45), Exhibit 11-10 (BPM_00116027-50), Exhibit 38 (BPM_00120306-54), Exhibit 39 (BPM_00133601-02), Exhibit 40 (BPM_00078742-43), Exhibit 47 (BPM_00023925); Exhibit 48 (BPM_00041423); Exhibit 67 (BPM_00034482), and Exhibits 69-72.

3.	Within 14 calendar days after the order approving this Stipulation is entered, BPM shall redact the following documents in accordance with its May 8, 2026 draft redactions provided to Committee counsel, remove the "confidential" designation from them, and re-produce them to the Committee: Exhibit 3 (BPM _00033277-81), Exhibit 5 (BPM_00046611-27), Exhibit 12-1

4920-9846-3914.2 05068.002

(BPM_00029767-70), Exhibit 12-2 (BPM_00019578-82), Exhibit 12-4 (BPM_00042221-24), Exhibit 66 (BPM_00033904-12), Exhibit 68-1 (BPM_00089491-98), Exhibit 68-2 (BPM_00089727-34), and Exhibit 68-3 (BPM_00089340-47) (collectively, the "Redacted Documents");

4. The Committee reserves the right to contest BPM's confidentiality designation on Exhibit 65-2 and the redacted portions of the Redacted Documents in connection with any further motions, discovery, or trial.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

Dated:  May 12, 2026                          PACHULSKI STANG ZIEHL & JONES LLP

                                       By    */s/ Gillian N. Brown*
                                             James I. Stang
                                             Brittany M. Michael (*Pro Hac Vice*)
                                             Gail S. Greenwood
                                             Gillian N. Brown

                                             Counsel for the Official Committee of Unsecured Creditors

Dated:  May 12, 2026                          PILLSBURY WINTHROP SHAW PITTMAN LLP

                                       By    */s/ Joshua D. Morse*
                                             Joshua D. Morse
                                             Alana A. Lyman

                                             Counsel for Non-Party BPM LLP

4920-9846-3914.2 05068.002

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com
        gbrown@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |
| | Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE, | |
| Defendants. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

STATE OF CALIFORNIA )

CITY OF LOS ANGELES )

I, Maria R. Viramontes, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1300, Los Angeles, California 90067.

On May 12, 2026, I caused to be served the **STIPULATION BETWEEN PLAINTIFF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND NON-PARTY BPM LLP RE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' DOCUMENTS SHOULD BE SEALED** in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On May 12, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.  See Attached |
| | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>See Attached |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br><br><br>Joshua D. Morse: joshua.morse@pillsburylaw.com<br><br>Alana A. Lyman: alana.lyman@pillsburylaw.com |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 12, 2026, at Los Angeles, California.

*/s/ Maria R. Viramontes*
Maria R. Viramontes

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Gillian Nicole Brown on behalf of Plaintiff The Official Committee Of Unsecured Creditors
gbrown@pszjlaw.com

Peter C. Califano on behalf of Defendant Vallombrosa Retreat Center
pcalifano@nvlawllp.com

Robert M Charles, Jr on behalf of Defendant All Hallows Chapel
Robert.Charles@wbd-us.com

Allan B Diamond on behalf of Interested Party Archdiocese of San Francisco Capital Assets
Support Corporation
adiamond@diamondmccarthy.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Gail S. Greenwood on behalf of Plaintiff The Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Ori Katz on behalf of Defendant The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Defendant The Roman Catholic Archbishop of San Francisco
jkim@go2.law, wggllp@ecf.courtdrive.com

Mikayla Kutsuris on behalf of Defendant The Roman Catholic Archbishop of San Francisco
mkutsuris@ffwplaw.com

Patrick Emerson McCormick on behalf of Defendant Parishes of the Roman Catholic Archdiocese
of San Francisco
patrick.e.mccormick@wbd-us.com

Brittany Mitchell Michael on behalf of Plaintiff The Official Committee Of Unsecured Creditors
bmichael@pszjlaw.com

Paul J. Pascuzzi on behalf of Defendant The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel
Katie.Rios@wbd-us.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

James I. Stang on behalf of Plaintiff The Official Committee Of Unsecured Creditors
jstang@pszjlaw.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

Steven John Williamson on behalf of Defendant Holy Cross Catholic Cemeteries
swilliamson@wilkefleury.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA