PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
    PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          okatz@sheppard.com
                amartin@sheppard.com

AMANDA L. COTTRELL, Cal. Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone:      (469) 391-7400
Facsimile:      (469) 391-7401
Email:          acottrell@sheppard.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| The Official Committee of Unsecured Creditors,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar | Adv No. 25-03021<br><br>**FIFTH STIPULATION EXTENDING LITIGATION DEADLINES** |

Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,

Defendants,

Case: 25-03021   Doc# 202   Filed: 05/13/26   Entered: 05/13/26 08:11:52   Page 2 of 7

Case No. 25-03021

SMRH:4919-8040-5675.1

STIPULATION EXTENDING LITIGATION DEADLINES

Plaintiff the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 bankruptcy case, on the one hand, and the parishes and parochial schools identified on Exhibit A to the Second Amended Complaint (the "Parishes"), Holy Cross Catholic Cemetery-Colma, Holy Cross Catholic Cemetery-Menlo Park, Saint Mary Magdalene Catholic Cemetery, Mt. Olivet Cemetery, Our Lady of Pillar Cemetery, and Tomales Catholic Cemetery (the "Cemeteries"), Archbishop Riordan High School, Marin Catholic High School, Junipero Serra High School ("Three High Schools"), and Sacred Heart Cathedral Preparatory, Vallombrosa Retreat Center, and debtor and debtor-in-possession The Roman Catholic Archbishop of San Francisco (the "Debtor") (collectively, the "Defendants"), by and through their counsel stipulate as follows:

**RECITALS**

WHEREAS, on May 6, 2025, the Committee filed the *Adversary Complaint for Declaratory Relief* naming the Debtor, the Parishes, the Cemeteries, the Three High Schools, Sacred Heart Cathedral Preparatory, and Vallombrosa Retreat Center as Defendants, and thereby commenced the above-captioned adversary proceeding;

WHEREAS, on November 7, 2025, the Court entered an *Order After Scheduling Conference* (ECF No. 103) setting pre-trial deadlines;

WHEREAS, on February 19, 2026, the Committee filed its *Amended Motion to Overrule Objections and to Compel Discovery Responses from The Roman Catholic Archbishop of San Francisco* ("Motion to Compel") (ECF No. 155) and set the matter for hearing on March 12, 2026, and on February 26, 2026, the Debtor filed its *Opposition* to the Motion to Compel;

WHEREAS, on February 19, 2026, the Committee filed its *Administrative Motion to Consider Whether Defendants' Documents Should Be Sealed* (the "Motion to Seal"), requesting, among other things, that certain of the 74 exhibits attached to the Declaration of Brittany Michaels (ECF No. 166) filed in support in support of the *Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Existence* and accompanying papers be filed under seal;

SMRH:4919-8040-5675.1

1

WHEREAS, on February 19, 2026, the Committee filed its *Motion for Partial Summary Regarding the Division Defendants' Alleged Separate Legal Existence* (the "Committee's Motion for Partial Summary Judgment") (ECF No. 160) and set the matter for hearing on March 26, 2026;

WHEREAS, on February 27, 2026, the Committee propounded certain supplemental written discovery (the "Committee's Second Set of Requests for Documents") on the Debtor, and Vallombrosa Retreat Center propounded certain written discovery ("Vallambrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admissions," and together with the Committee's Second Set of Requests for Documents, the "Discovery Requests") on the Committee; and

WHEREAS, pursuant to the Parties' prior stipulations, the Court extended the deadlines for the Debtor and the Committee related to these matters four times.

**NOW, THEREFORE**, the Committee and the Defendants hereby agree as follows:

1. The deadlines in the Court's *Order After Scheduling Conference* (ECF No. 103) are further modified as follows: July 17, 2026, is the last day to produce documents; September 24, 2026, is the last day to depose fact witnesses; and September 24, 2026, is the last day to produce Expert Reports (excluding Canon law experts);

2. The deadline by which the Debtor, the Three High Schools, CASC, Aprio, and BPM LLP must respond to the Committee's Motion to Seal (ECF No. 166) shall be extended to May 19, 2026;

3. The deadline by which the Committee must reply to the Motion to Compel shall be extended to June 22, 2026, and the hearing on the Motion to Compel shall be continued to June 25, 2026;

4. The hearing on the Committee's *Motion for Partial Summary Regarding the Division Defendants' Alleged Separate Legal Existence* (ECF No. 160), shall be continued to June 18, 2026, the deadline for the Defendants to respond shall be May 27, 2026, and the Committee's deadline to reply shall be June 9, 2026;

Case: 25-03021    Doc# 202    Filed: 05/13/26    Entered: 05/13/26 08:11:52    Page 4 of 7

SMRH:4919-8040-5675.1

STIPULATION EXTENDING LITIGATION DEADLINES

5. The Debtor's responses to the Committee's Second Set of Requests for Documents and the Committee's responses to Vallombrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admissions shall be due on July 17, 2026; and

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

Dated: May 13, 2026
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By      */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for the Roman Catholic Archbishop of San Francisco

Dated: May 13, 2026
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Ori Katz*
ORI KATZ
AMANDA L. COTTRELL

Attorneys for the Roman Catholic Archbishop of San Francisco

SMRH:4919-8040-5675.1
STIPULATION EXTENDING LITIGATION DEADLINES

Dated:  May 13, 2026

WOMBLE BOND DICKINSON (USA) LLP

By      */s/ Robert M. Charles, Jr.*
ROBERT M. CHARLES, JR.
KATIE RIOS

Attorneys for the Parishes and Related Parochial Schools Listed on Exhibit A to the Second Amended Complaint

Dated:  May 13, 2026

WILKE FLEURY LLP

By      */s/ Steven Williamson*
STEVEN WILLIAMSON
DANIEL EGAN

Attorneys for Catholic Cemeteries of the Archdiocese of San Francisco

Dated:  May 13, 2026

BINDER MALTER HARRIS & ROME-BANKS LLP

By      */s/ Robert G. Harris*
ROBERT G. HARRIS

Attorneys for the Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School

Dated:  May 13, 2026

MCDERMOTT WILL & SCHULTE

By      */s/ Lisa A. Linksy*
LISA A. LINSKY

Attorneys for Sacred Heart Cathedral Preparatory

Case: 25-03021   Doc# 202   Filed: 05/13/26   Entered: 05/13/26 08:11:52   Page 6 of 7

Dated: May 13, 2026        NIESAR & VESTAL LLP

By     _____/s/ Peter C. Califano_____
       PETER C. CALIFANO
       MEHA RAJA

Attorneys for Vallombrosa Retreat Center

Dated: May 13, 2026        PACHULSKI STANG ZIEHL & JONES LLP

By     _____/s/ Gail S. Greenwood_____
       JAMES I. STANG
       GAIL S. GREENWOOD
       BRITTANY M. MICHAEL

Attorneys for The Official Committee of
Unsecured Creditors

Case: 25-03021   Doc# 202   Filed: 05/13/26   Entered: 05/13/26 08:11:52   Page 7 of 7

SMRH:4919-8040-5675.1