

**Signed and Filed: May 13, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES I
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
            bmichael@pszjlaw.com
            ggreenwood@pszjlaw.com
            gbrown@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| | Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO; PARISHES LISTED IN **EXHIBIT A** TO THE COMPLAINT; HOLY CROSS CATHOLIC CEMETERIES; SAINT MARY MAGDALENE CATHOLIC CEMETERY; MT. OLIVET CEMETERY; OUR LADY OF PILLAR CEMETERY; TOMALES CATHOLIC CEMETERY; ARCHBISHOP RIORDAN HIGH SCHOOL; SACRED HEART CATHEDRAL PREPARATORY; MARIN CATHOLIC HIGH SCHOOL; JUNIPERO SERRA HIGH SCHOOL; VALLOMBROSA RETREAT CENTER; AND SERRA CLERGY HOUSE,<br><br>Defendants. | **ORDER APPROVING STIPULATION BETWEEN PLAINTIFF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND NON-PARTY BPM LLP RE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' DOCUMENTS SHOULD BE SEALED**<br><br>**[Related to Doc. 166]**<br><br>[No Hearing Per Local Procedures] |

4920-9846-3914.2 05068.002

Having considered the STIPULATION BETWEEN PLAINTIFF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND NON-PARTY BPM LLP RE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' DOCUMENTS SHOULD BE SEALED [Doc. No. 201] (the "Stipulation"), and after due deliberation and good cause appearing therefor;

IT IS ORDERED:

1.　The Stipulation is approved and authorized.

2.　Exhibit[2] 65-2 (BPM_00018869-90) shall remain sealed.

3.　Within 14 calendar days after this Order is entered, BPM LLP ("BPM") shall remove the "confidential" designation from the following exhibits and reproduce them to the Official Committee of Unsecured Creditors (the "Committee") without the "confidential" designation: Within 14 calendar days after the order approving this Stipulation is entered, BPM shall remove the "confidential" designation from the following exhibits and reproduce them to the Committee without the "confidential" designation: Exhibit 2, Exhibit 4-1 (00046259-94), Exhibit 4-2 (BPM_00046342-76), Exhibit 4-3 (BPM_00000001-36), Exhibit 4-4 (BPM_00004187-4222), Exhibit 4-5 (BPM_00011028-66), Exhibit 4-6 (BPM_00018367-18405), Exhibit 4-7 (BPM_00021893-21930), Exhibits 6-8, Exhibit 9-3 (BPM_00069120-37), Exhibit 9-4 (BPM_00069709-26), Exhibit 9-5 (BPM_00070560-76), Exhibit 10-3 (BPM_00123207-24); Exhibit 10-4 (BPM_00122920-36); Exhibit 10-5 (BPM_00122828-44), Exhibit 10-6 (BPM_00124762-78), Exhibit 10-7 (00127225-43), Exhibit 11-3 (BPM_00069100-16), Exhibit 11-4 (BPM_00069673-89), Exhibit 11-5 (BPM_00070540-56), Exhibit 11-6 (BPM_00071241-58), Exhibit 11-7 (BPM_00072111-129), Exhibit 11-8 (BPM_00073023-42), Exhibit 11-9 (BPM_00073824-45), Exhibit 11-10 (BPM_00116027-50), Exhibit 38 (BPM_00120306-54),

[2] "Exhibits" are referred to by the number assigned to them in the *Declaration of Brittany M. Michael in Support of the Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Existence* [Doc. No. 163].

4920-9846-3914.2 05068.002

Exhibit 39 (BPM_00133601-02), Exhibit 40 (BPM_00078742-43), Exhibit 47 (BPM_00023925); Exhibit 48 (BPM_00041423); Exhibit 67 (BPM_00034482), and Exhibits 69-72.

4. Within 14 calendar days after this Order is entered, BPM shall redact the following documents in accordance with its May 8, 2026 draft redactions provided to Committee counsel, remove the "confidential" designation from them, and re-produce them to the Committee: Exhibit 3 (BPM _00033277-81), Exhibit 5 (BPM_00046611-27), Exhibit 12-1 (BPM_00029767-70), Exhibit 12-2 (BPM_00019578-82), Exhibit 12-4 (BPM_00042221-24), Exhibit 66 (BPM_00033904-12), Exhibit 68-1 (BPM_00089491-98), Exhibit 68-2 (BPM_00089727-34), and Exhibit 68-3 (BPM_00089340-47) (together, the "Redacted Documents").

5. For purposes of any issues in this adversary proceeding, including trial, the Committee reserves all rights to contest BPM's asserted confidentiality designation on Exhibit 65-2 and the redacted portions of the Redacted Documents.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

* * *

4920-9846-3914.2 05068.002

COURT SERVICE LIST

**By ECF only**

4920-9846-3914.2 05068.002