

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 15~~~~
FELDERSTEIN FITZGERALD WILLOU
   PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                jrios@ffwplaw.com
                tphinney@ffwplaw.com

**Signed and Filed: May 29, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
 ORI KATZ, State Bar No. 209561
 ALAN H. MARTIN, State Bar No. 132301
 Four Embarcadero Center, 17th Floor
 San Francisco, California 94111-4109
 Telephone:      (415) 434-9100
 Facsimile:      (415) 434-3947
 Email:          okatz@sheppard.com
                 amartin@sheppard.com

AMANDA L. COTTRELL, Cal. Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone:      (469) 391-7400
Facsimile:      (469) 391-7401
Email:          acottrell@sheppard.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor and Debtor in Possession. | |
| The Official Committee of Unsecured Creditors, | Adv No. 25-03021 |
| Plaintiff, | **ORDER APPROVING SIXTH STIPULATION EXTENDING LITIGATION DEADLINES** |
| v. | |
| The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar | |

Case No. 25-03021

SMRH:4922-1387-7423.4

Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,

Defendants,

Case: 25-03021   Doc# 209   Filed: 05/29/26   Entered: 05/29/26 14:14:52   Page 2 of 5

Having considered the *Sixth Stipulation Extending Litigation Deadlines* (the "Stipulation")[1], made and entered into by and among plaintiff, the Official Committee of Unsecured Creditors (the "Committee" and the parishes and parochial schools identified on Exhibit A to the Second Amended Complaint (the "Parishes"), Holy Cross Catholic Cemetery-Colma, Holy Cross Catholic Cemetery-Menlo Park, Saint Mary Magdalene Catholic Cemetery, Mt. Olivet Cemetery, Our Lady of Pillar Cemetery, and Tomales Catholic Cemetery (the "Cemeteries"), Archbishop Riordan High School, Marin Catholic High School, Junipero Serra High School (the "Three High School"), and Sacred Heart Cathedral Preparatory, Vallombrosa Retreat Center, and debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor") (collectively, the "Defendants"), and after due deliberation and good cause appearing therefor;

IT IS ORDERED:

1. The Stipulation is approved and authorized.

2. The deadlines in the Court's *Order After Scheduling Conference* (ECF No. 103) are modified as follows: July 31, 2026, is the last day to produce documents; October 8, 2026, is the last day to depose fact witnesses; and October 8, 2026, is the last day to produce Expert Reports (excluding Canon law experts).

3. The deadline by which the Committee must reply to responses to the Committee's Motion to Seal (ECF No. 166) shall be extended to June 9, 2026.

4. The deadline by which the Committee must reply to the Motion to Compel shall be extended to July 16, 2026, and the hearing on the Motion to Compel shall be continued to July 23, 2026.

5. The hearing on the Committee's *Motion for Partial Summary Regarding the Division Defendants' Alleged Separate Legal Existence* (ECF No. 160) shall be continued to July 9, 2026, and all deadlines for the Defendants to respond shall be June 10, 2026, and the Committee's deadline to reply shall be June 23, 2026.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Case No. 25-03021

SMRH:4922-1387-7423.4

6. The Debtor's responses to the Committee's Second Set of Requests for Documents and the Committee's responses to Vallombrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admissions shall be due on June 30, 2026.

7. This Court shall retain jurisdiction to hear and determine to resolve any disputes or controversies arising from this Order.

# # # END OF ORDER # # #

SMRH:4922-1387-7423.4

## **Court Service List**

Registered ECF Participants only.

Case: 25-03021   Doc# 209   Filed: 05/29/26   Entered: 05/29/26 14:14:52   Page 5 of 5

SMRH:4922-1387-7423.4