PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
    PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ORI KATZ, State Bar No. 209561                          AMANDA L. COTTRELL, Cal. Bar No. 360215
ALAN H. MARTIN, State Bar No. 132301                   2200 Ross Avenue, 20th Floor
Four Embarcadero Center, 17th Floor                    Dallas, Texas 75201
San Francisco, California 94111-4109                   Telephone:    (469) 391-7400
Telephone:    (415) 434-9100                            Facsimile:    (469) 391-7401
Facsimile:    (415) 434-3947                            Email:        acottrell@sheppard.com
Email:        okatz@sheppard.com
              amartin@sheppard.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor and Debtor in Possession. | |
| The Official Committee of Unsecured Creditors, | Adv No. 25-03021 |
| Plaintiff, | **SEVENTH STIPULATION EXTENDING LITIGATION DEADLINES** |
| v. | |
| The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar | |

SMRH:4906-9107-4995.2                                           STIPULATION EXTENDING LITIGATION DEADLINES

Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,

Defendants,

Case: 25-03021   Doc# 210   Filed: 06/08/26   Entered: 06/08/26 15:38:08   Page 2 of 7

SMRH:4906-9107-4995.2

STIPULATION EXTENDING LITIGATION DEADLINES

Plaintiff the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 bankruptcy case, on the one hand, and the parishes and parochial schools identified on Exhibit A to the Second Amended Complaint (the "Parishes"), Holy Cross Catholic Cemetery-Colma, Holy Cross Catholic Cemetery-Menlo Park, Saint Mary Magdalene Catholic Cemetery, Mt. Olivet Cemetery, Our Lady of Pillar Cemetery, and Tomales Catholic Cemetery (the "Cemeteries"), Archbishop Riordan High School, Marin Catholic High School, Junipero Serra High School ("Three High Schools"), and Sacred Heart Cathedral Preparatory, Vallombrosa Retreat Center, and debtor and debtor-in-possession The Roman Catholic Archbishop of San Francisco (the "Debtor") (collectively, the "Defendants"), by and through their counsel stipulate as follows:

## RECITALS

WHEREAS, on May 6, 2025, the Committee filed the *Adversary Complaint for Declaratory Relief* naming the Debtor, the Parishes, the Cemeteries, the Three High Schools, Sacred Heart Cathedral Preparatory, and Vallombrosa Retreat Center as Defendants, and thereby commenced the above-captioned adversary proceeding;

WHEREAS, on November 7, 2025, the Court entered an *Order After Scheduling Conference* (ECF No. 103) setting pre-trial deadlines;

WHEREAS, on February 19, 2026, the Committee filed its *Amended Motion to Overrule Objections and to Compel Discovery Responses from The Roman Catholic Archbishop of San Francisco* ("Motion to Compel") (ECF No. 155) and set the matter for hearing on March 12, 2026, and on February 26, 2026, the Debtor filed its *Opposition* to the Motion to Compel;

WHEREAS, on February 19, 2026, the Committee filed its *Administrative Motion to Consider Whether Defendants' Documents Should Be Sealed* (the "Motion to Seal"), requesting, among other things, that certain of the 74 exhibits attached to the Declaration of Brittany Michaels (ECF No. 166) filed in support in support of the *Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Existence* and accompanying papers be filed under seal;

Case: 25-03021    Doc# 210    Filed: 06/08/26    Entered: 06/08/26 15:38:08    Page 3 of 7

WHEREAS, on February 19, 2026, the Committee filed its *Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Existence* (the "<u>Committee's Motion for Partial Summary Judgment</u>") (ECF No. 160) and set the matter for hearing on March 26, 2026;

WHEREAS, on February 27, 2026, the Committee propounded certain supplemental written discovery (the "<u>Committee's Second Set of Requests for Documents</u>") on the Debtor, and Vallombrosa Retreat Center propounded certain written discovery ("<u>Vallambrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admissions</u>," and together with the Committee's Second Set of Requests for Documents, the "<u>Discovery Requests</u>") on the Committee; and

WHEREAS, pursuant to the Parties' prior stipulations, the Court extended the deadlines for the Debtor and the Committee related to these matters six times.

**NOW, THEREFORE**, the Committee and the Defendants hereby agree as follows:

1. The deadlines in the Court's *Order After Scheduling Conference* (ECF No. 103) are further modified as follows: August 14, 2026, is the last day to produce documents; October 22, 2026, is the last day to depose fact witnesses; and October 22, 2026, is the last day to produce Expert Reports (excluding Canon law experts);

2. The deadline by which the Committee must reply to responses to the Committee's Motion to Seal (ECF No. 166) shall be extended to June 23, 2026;

3. The deadline by which the Committee must reply to the Motion to Compel shall be extended to July 30, 2026, and the hearing on the Motion to Compel shall be continued to August 13, 2026;

4. The hearing on the Committee's *Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Existence* (ECF No. 160), shall be continued to July 23, 2026, the deadline for the Defendants to respond shall be June 24, 2026, and the Committee's deadline to reply shall be July 8, 2026;

SMRH:4906-9107-4995.2

STIPULATION EXTENDING LITIGATION DEADLINES

5. The Debtor's responses to the Committee's Second Set of Requests for Documents and the Committee's responses to Vallombrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admissions shall be due on July 14, 2026; and

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

Dated:  June 8, 2026          FELDERSTEIN FITZGERALD WILLOUGHBY
                              PASCUZZI & RIOS LLP

                              By          /s/ Paul J. Pascuzzi
                                          PAUL J. PASCUZZI
                                          JASON E. RIOS
                                          THOMAS R. PHINNEY

                                     Attorneys for the Roman Catholic
                                     Archbishop of San Francisco

Dated:  June 8, 2026          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By          /s/ Ori Katz
                                          ORI KATZ
                                          AMANDA L. COTTRELL

                                     Attorneys for the Roman Catholic
                                     Archbishop of San Francisco

SMRH:4906-9107-4995.2

STIPULATION EXTENDING LITIGATION DEADLINES

Dated: June 8, 2026 WOMBLE BOND DICKINSON (USA) LLP

By       */s/ Robert M. Charles, Jr.*
ROBERT M. CHARLES, JR.
KATIE RIOS

Attorneys for the Parishes and Related Parochial Schools Listed on Exhibit A to the Second Amended Complaint

Dated: June 8, 2026 WILKE FLEURY LLP

By       */s/ Steven Williamson*
STEVEN WILLIAMSON
DANIEL EGAN

Attorneys for Catholic Cemeteries of the Archdiocese of San Francisco

Dated: June 8, 2026 BINDER MALTER HARRIS & ROME-BANKS LLP

By       */s/ Robert G. Harris*
ROBERT G. HARRIS

Attorneys for the Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School

Dated: June 8, 2026 MCDERMOTT WILL & SCHULTE

By       */s/ Lisa A. Linsky*
LISA A. LINSKY

Attorneys for Sacred Heart Cathedral Preparatory

SMRH:4906-9107-4995.2       STIPULATION EXTENDING LITIGATION DEADLINES

Dated: June 8, 2026        NIESAR & VESTAL LLP

By _____/s/ Peter C. Califano_____
        PETER C. CALIFANO

Attorneys for Vallombrosa Retreat Center


Dated: June 8, 2026        PACHULSKI STANG ZIEHL & JONES LLP

By _____/s/ Gail S. Greenwood_____
        JAMES I. STANG
        GAIL S. GREENWOOD
        BRITTANY M. MICHAEL

Attorneys for The Official Committee of
Unsecured Creditors

Case No. 25-03021

STIPULATION EXTENDING LITIGATION DEADLINES