

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 15~·~~
FELDERSTEIN FITZGERALD WILLOU
    PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:       (916) 329-7400
Facsimile:       (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                 jrios@ffwplaw.com
                 tphinney@ffwplaw.com

**Signed and Filed: July 16, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
 ORI KATZ, State Bar No. 209561
 Four Embarcadero Center, 17th Floor
 San Francisco, California 94111-4109
 Telephone:    (415) 434-9100
 Facsimile:    (415) 434-3947
 Email:        okatz@sheppard.com
               amartin@sheppard.com

AMANDA L. COTTRELL, Cal. Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone:    (469) 391-7400
Facsimile:    (469) 391-7401
Email:        acottrell@sheppard.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| The Roman Catholic Archbishop of San Francisco, | Chapter 11 |
| Debtor and Debtor in Possession. | |
| The Official Committee of Unsecured Creditors, | Adv No. 25-03021 |
| Plaintiff, | **ORDER APPROVING NINTH STIPULATION EXTENDING LITIGATION DEADLINES** |
| v. | |
| The Roman Catholic Archbishop of San Francisco; Parishes Listed in Exhibit A; Holy Cross Catholic Cemeteries; Saint Mary Magdalene Catholic Cemetery; Mt. Olivet Cemetery; Our Lady of Pillar | |

Case No. 25-03021

SMRH:4931-4900-2941.2

Cemetery; Tomales Catholic Cemetery; Archbishop Riordan High School; Sacred Heart Cathedral Preparatory; Marin Catholic High School; Junipero Serra High School; Vallombrosa Retreat Center; and Serra Clergy House,

Defendants,

Case: 25-03021   Doc# 215   Filed: 07/16/26   Entered: 07/16/26 15:30:51   Page 2 of 5

Case No. 25-03021

SMRH:4931-4900-2941.2

Having considered the *Ninth Stipulation Extending Litigation Deadlines* (the "Stipulation")[1], made and entered into by and among plaintiff, the Official Committee of Unsecured Creditors (the "Committee" and the parishes and parochial schools identified on Exhibit A to the Second Amended Complaint (the "Parishes"), Holy Cross Catholic Cemetery-Colma, Holy Cross Catholic Cemetery-Menlo Park, Saint Mary Magdalene Catholic Cemetery, Mt. Olivet Cemetery, Our Lady of Pillar Cemetery, and Tomales Catholic Cemetery (the "Cemeteries"), Archbishop Riordan High School, Marin Catholic High School, Junipero Serra High School (the "Three High School"), and Sacred Heart Cathedral Preparatory, Vallombrosa Retreat Center, and debtor and debtor in possession The Roman Catholic Archbishop of San Francisco (the "Debtor") (collectively, the "Defendants"), and after due deliberation and good cause appearing therefor;

IT IS ORDERED:

1.      The Stipulation is approved and authorized.

2.      If the Debtor's *Motion to Approve Form of Ballot and Related Procedures* (the "Ballot Motion") is granted, all litigation deadlines in the above-captioned adversary proceeding are hereby extended to the effective date of a chapter 11 plan in the above captioned bankruptcy case, provided that either the Committee or the Debtor may give written notice of its desire to terminate the extension of this Stipulation.

3.      If the Ballot Motion is denied with respect to the opt-out provisions relating to third-party releases, the litigation deadlines are extended from the date of entry of an order thereon ("Opt-out Denial") as follows: the Defendants' opposition(s) to the Committee's Motion for Partial Summary Judgment and the Committee's reply to the Motion to Seal (ECF No. 166) shall be due 21 days after the Opt-out Denial; the Committee's reply to the Motion for Partial Summary Judgment shall be due 28 days after the Opt-out Denial; the Debtor's responses to the Committee's Second Set of Requests for Documents and the Committee's responses to Vallombrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admission shall be due 42 days

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

1

Case No. 25-03021

SMRH:4931-4900-2941.2

after the Opt-out Denial; and court hearings on the Committee's *Motion for Partial Summary Regarding the Division Defendants' Alleged Separate Legal Existence* (ECF No. 160) and Motion to Compel shall be reasonably scheduled based upon the Court's availability..

4. The Committee or the Debtor may give written notice to all parties in this adversary proceeding of a desire to terminate the extension in this Stipulation, and then the litigation deadlines will be advanced from the date of written notice ("Termination Notice") as follows: the Defendants' opposition(s) to the Committee's Motion for Partial Summary Judgment and the Committee's reply to the Motion to Seal (ECF No. 166) shall be due 21 days after the Termination Notice; the Committee's reply to the Motion for Partial Summary Judgment shall be due 28 days after the Termination Notice; the Debtor's responses to the Committee's Second Set of Requests for Documents and the Committee's responses to Vallombrosa Retreat Center's First Set of Interrogatories and First Set of Requests for Admission shall be due 42 days after the Termination Notice; and court hearings on the Committee's *Motion for Partial Summary Regarding the Division Defendants' Alleged Separate Legal Existence* (ECF No. 160) and Motion to Compel shall be reasonably scheduled based upon the Court's availability.

5. This Court shall retain jurisdiction to hear and determine to resolve any disputes or controversies arising from this Order.

# # # END OF ORDER # # #

SMRH:4931-4900-2941.2

**Court Service List**

Registered ECF Participants only.

SMRH:4931-4900-2941.2